AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.    24 Cr. 676 (VEC) |
| Alon Alexander, Oren Alexander, and Tal Alexander | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                                             .

Date:     12/28/2024

_____
*Attorney's signature*

Kaiya Arroyo
*Printed name and bar number*

Assistant United States Attorney
United States Attorney's Office
Southern District of New York
26 Federal Plaza, New York NY 10007
*Address*

kaiya.arroyo@usdoj.gov
*E-mail address*

(212) 637-2226
*Telephone number*

_____
*FAX number*