```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                       CASE NO. 24-MJ-4616

UNITED STATES OF AMERICA,
                                    Miami, Florida

            vs.                     January 3, 2025


ALON ALEXANDER,

                Defendant(s).       Pages 1 - 37
------------------------------------------------------------

                 DETENTION AND REMOVAL HEARING
              TRANSCRIBED FROM DIGITAL AUDIO RECORDING
               BEFORE THE HONORABLE EDUARDO SANCHEZ
                  UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE PLAINTIFF(S):  ELIZABETH ESPINOSA
                       KAIYA ARROYO
                       United States Attorney's Office
                       Southern District of New York
                       New York, New York 10278

                       LAUREN ASTIGARAGGA
                       United States Attorney's Office
                       99 NE 4th Street
                       Miami, FL 33132

FOR THE DEFENDANT(S):  HOWARD MILTON SREBNICK
                       RAYMIE WALSH
                       Black Srebnick, P.A.
                       201 S. Biscayne Boulevard
                       Suite 1300
                       Miami, FL 33131

REPORTED BY:           JILL M. WELLS, RMR, CRR, CSR
                       Federal Official Court Reporter
                       701 Clematis Street
                       West Palm Beach, FL 33401
                       jill_wells@flsd.uscourts.gov
```

1    (Case called to order of the court.)

2              THE COURT:  Please be seated.

3              Before we call the first case, I am going to advise

4    all of the defendants and the government of the Due Process

5    Protections Act requirements.

6              Pursuant to the Due Process Protections Act and

7    Rule 5(f) of the Federal Rules of Criminal Procedure, the court

8    hereby confirms the United States' obligation to disclose to

9    the defendant any evidence filed within the scope of

10   *Brady v. Maryland* and its progeny.

11             That includes any exculpatory evidence tending to show

12   that the defendant is not guilty, any evidence that could be

13   used to impeach the government's witnesses, or any evidence

14   that could be used to mitigate a defendant's potential

15   sentence.

16             The government must disclose this evidence even

17   without a request from the defendant.  The failure to timely

18   disclose this evidence could result in sanctions, including,

19   but not limited to, the exclusion of evidence, adverse jury

20   instructions, dismissal of the charges, contempt proceedings,

21   disciplinary action, or other sanctions by the court.

22             Call the first case, please.

23             THE COURTROOM DEPUTY:  Alon Alexander, 24-mj-4616.

24             Would counsel announce your appearance.

25             MS. ESPINOSA:  Good morning, your Honor.

1      Elizabeth Espinosa and Kaiya Arroyo, for the

2  government, from the Southern District of New York.  We are

3  also joined by Lauren Astigarraga.

4      MR. SREBNICK:  Good morning, your Honor.

5      Howard Srebnick, together with my colleague Raymie

6  Walsh, on behalf of the defendant, Alon Alexander.

7      THE COURT:  Good morning.

8      We are here on the continuation of the pretrial

9  detention hearing in this matter that we commenced on Monday.

10      I will tell you that I have reviewed all of your

11  submissions.  I don't know at this time if -- I guess you want

12  to present some additional argument.

13      MR. SREBNICK:  Yes, please.

14      Can he be seated like last time?  Would that be okay?

15      THE COURT:  Yes, that's fine.

16      MR. SREBNICK:  Thank you.  Judge.

17      Yesterday we submitted for you a proposal in response

18  to the government's concern that our proposal had been

19  hypothetical.  We now have something quite concrete, no pun

20  intended, since you have seen the building that would house

21  Alon Alexander in the event the court sets conditions of

22  confinement, to include home confinement, to the conditions of

23  release, to include home detention.

24      What we have done is the following.  We have

25  identified a two-bedroom apartment here in Miami-Dade County.

1    You have the address.  The government has the address.  It is

2    on the eighth floor.

3         Far from the government's description, it is not a

4    luxury apartment.  It is, as described by V2 Global that went

5    to the place, surveilled it, surveyed it, prepared a site plan,

6    it is a basic two-bedroom apartment.  It is available because a

7    family friend has it available and is offering to have it used

8    by Alon during the period of pretrial release.  That is to say,

9    if Alon is going to be in Miami, he can stay right there.

10         To the extent he needs to be in New York for any

11   proceedings, the government is aware of the address of brother

12   Tal Alexander's New York City apartment, which is on an even

13   higher floor and has no balconies.

14         So we have proposed a concrete plan of two locations

15   where Alon Alexander would reside during the period of pretrial

16   release.

17         V2 Global, you met already Donnie DeLuca -- he is now

18   standing in the second row, he will stand -- and DC Page.  We

19   were on a phone call yesterday with the prosecutors, together

20   with another one of their colleagues, George Piro, from V2

21   Global.

22         You may remember, George Piro was a special agent in

23   charge of Miami.  He is available as we speak by phone right

24   now, if your Honor wants to speak to him.

25         So he can assure the court that V2 Global, these men

1    who are former law enforcement, will not, just because they are

2    being paid by the defendant because that's the way it's done

3    for these kinds of additional assurances, they are not going to

4    ruin their reputation, subject themselves to contempt of court,

5    subject themselves to financial ruin by the mere potential

6    conflict of interest.

7         Let me say that in every case that has ever been cited

8    by the courts, cited by the government where there's a private

9    security firm involved approved by the judges, approved by U.S.

10    Attorney's offices, the defendant always pays for those kinds

11    of additional assurances to satisfy the court.

12         To the extent the court wants to hear from George

13    Piro, he is available until 11 a.m., because he is taking a

14    flight back to Miami from where he is now.

15         Also on that phone call yesterday with the government

16    was Mr. Mills, another former law enforcement officer.  He was

17    actually on the assignment together with DC Page monitoring

18    Mr. Napout, N-A-P-O-U-T, a defendant charged in the Eastern

19    District of New York, a citizen of Paraguay, who successfully

20    participated in home detention under the supervision of these

21    men that are here in court today approximately eight years ago.

22         And let me just say, I know your Honor said you

23    thought there might have been a situation where a home

24    detention with private security didn't work.

25         We have found no such case, and the government has

1    cited none, where this additional assurance has failed.  And

2    certainly it's never failed on the watch of the men that are

3    standing before you today, together with Mr. Piro, who is

4    available by telephone.

5           And the mere fact that it's paid for by the defendant,

6    that is a red herring argument that's being offered by the

7    government, because that's always the case, even in the

8    situations where the government has agreed to private security,

9    as in the Napout case, as in the Ludwickson case, where the

10   defendant was granted by Magistrate Judge Bandstra right in

11   this courthouse.  It was affirmed by the Eastern District of

12   New York judge, over the government's objection, I might add,

13   additionally, but then everything worked out, paid for by the

14   defendant.  That's always the case.

15          And I want to respond to the government's argument

16   that someone is trying to "buy their way out of jail."  That

17   was their exact quote to you yesterday in their motion.

18          Let's understand that these defendants are presumed

19   innocent.  They have been convicted of nothing.  They have no

20   criminal history.  They are not supposed to be in jail.  They

21   have not been convicted of anything.

22          And up to now all you have seen was the testimony of

23   an agent who knew nothing about the case other than what's been

24   reported to her by another agent who didn't testify.

25          So to the extent the government is trying to suggest

1    to you that the strength of the evidence is something that the

2    court should use to deny them bail, the government has got the

3    burdens backwards.

4            The fact that there is a rebuttable presumption

5    because of the nature of the charge, sex trafficking, we can

6    respond to that, because the government itself in cases in

7    New York have agreed to home detention in two well-known cases

8    of this year, a Mr. Jeffries and a Mr. Smith, Case Number

9    24-423, in the Eastern District of New York.

10           Mr. Jeffries, whose net worth was measured at about

11   $300 million, was released on home detention with the consent

12   of the government on a sex trafficking case.  His codefendant,

13   a U.K. citizen, Mr. Smith, likewise released on home detention,

14   neither of which was required to have the additional safeguard

15   that we are offering of private security.

16           And that was in December of this year -- excuse me,

17   last year now.  December, last month.  Enormous financial

18   resources in that case.

19           So I view that argument, that a defendant is trying to

20   buy his way out of jail, a bit problematic.

21           The government wants to cite the equal protection

22   clause.  Any defendant can come to you in this court and say,

23   Judge, here are the conditions that we can use to satisfy you

24   that Alon Alexander is not going to present a flight risk and a

25   danger to the community.

1       Everyone has that opportunity, rich or poor.  And if

2  someone himself doesn't have assets to offer to the court, they

3  can have friends and family offer those assets.  In fact,

4  courts routinely want to know that the community supports the

5  defendant by showing that the community is willing to risk

6  their assets.

7       You said something the other day that I thought about.

8  You said that the defendant's family, because they are willing

9  to offer everything they have, would be willing to lose

10  everything they have because they are concerned about the case.

11       Well, I think that the answer to that is no.  The

12  family is willing to risk everything they have because they

13  know that Alon Alexander is not going to leave the family

14  destitute.

15       They are not giving the money to the court.  They are

16  pledging the money to the court because they know that Alon

17  will abide by any condition you set.  They are willing to take

18  that risk.

19       They are not willing to be destitute for the rest of

20  their lives and have their son on the lam.  That is not what

21  this is about because they know their son is not going

22  anywhere.

23       That's the showing that you would like to see from a

24  family, willing to risk everything, and this family is willing

25  to do that.

1          Uncle Gil, who is again in the courtroom today, he is

2     willing, in addition to the court setting a personal surety

3     bond of any amount, secured by the wealth of the parents and

4     the brothers accused, if the court would like the additional

5     safeguard of a corporate surety bond, Gil is prepared.

6     Whatever the bondsman needs, he will be the person that

7     collateralizes, if necessary, a corporate surety bond.

8          You will have a bondsman, who is an additional

9     safeguard, to overcome any concern you have about risk of

10    flight.

11          I also thought about the Israel thing a lot.

12          We are taking their passports away.  Israel is,

13    perhaps, the most secure country in the world.  Right now, you

14    can't just walk into Israel.  You can't even get a flight in

15    into Israel.

16          The notion that the government is suggesting to you

17    that they are going to take the family, the wife and the two

18    kids, and sneak into Israel, that's under wartime conditions,

19    is fanciful, and it's just not based in any evidence.

20          Alon Alexander has known for months that the FBI is

21    investigating.  He's done nothing to suggest any intention of

22    fleeing, any intention of not facing that which he's being

23    accused of.  So much so, as you know, the government made much

24    that he has been working with lawyers and compiling information

25    to help his lawyers defend against the civil lawsuits that have

1    already started being filed.

2            We are not limiting any options.  We will make any

3    option available to your Honor.  For the moment, you have a

4    concrete example of something that will work.

5            He will leave the courthouse.  He will leave the jail,

6    wherever he's going to be released from, into the custody of

7    law enforcement officers with decades of experience.

8            If the court requires it, he will be handcuffed.  He

9    will be transported handcuffed to that condominium here in

10   Miami-Dade County eight floors up in the air.

11           It's a relatively small, given the number of people

12   that will be there, two-bedroom apartment.  One of the security

13   guards from V2 will be in the unit.  The unit will be alarmed.

14   There will be cameras so that anyone who has access to the

15   remote video can watch the events that are going on in that

16   apartment 24 hours, seven days a week.

17           When the time comes that the judge in New York wants

18   Alon Alexander physically to be in New York, V2 Global will, as

19   they did in the Napout case, transport Alon from Miami to

20   New York.  They can do it by car, they can do it by aircraft,

21   all of which will be vetted first by the U.S. Attorney's

22   Office.  Everything will be precleared by the U.S. Attorney's

23   Office and the FBI.

24           Yesterday, when we were on the phone with the

25   government, we offered, let us speak to -- let us talk to

1    whoever from the FBI wants to get more information.  The

2    government has access to all of that.

3            V2 Global, George Piro, formerly the person in charge

4    of the FBI, is willing to stand by his company's ability to

5    carry out the duties that we are asking them to undertake under

6    government supervision and under court order.

7            What more can we ask of Alon Alexander?  What more can

8    we ask of his family to satisfy you, Judge, that if you set

9    conditions, he will abide by them, so much so that V2 Global,

10    or any other security company that the government prefers, will

11    assure you that in real-time the government, the FBI, the

12    court, local law enforcement will know Alon Alexander is at

13    such and such an address on the eighth floor.

14            If he moves, there will be an all-points bulletin

15    where the local police will be there.  The FBI will be noticed.

16    Where he is going under those conditions?

17            Your only decision, I believe, is to decide, do those

18    conditions satisfy you that it will assure the safety of the

19    community.

20            Alon Alexander has been living peacefully in his home

21    for five years with not a single allegation.  Not even a

22    parking ticket in five years has been alleged in this

23    courtroom.

24            I am sure he's had a parking ticket.  I don't want to

25    say he hasn't.  But no one has accused him of anything in that

1  regard.

2          You know, he has not posed any danger to the community

3  in more than five years.  There will be a significant challenge

4  to the statute of limitations issues in this case.  That's not

5  your concern today.

6          Your concern today is, he has shown that, together

7  with his wife, who testified before your Honor, and, again, the

8  government, desperate to make any argument because she was

9  qualified to serve as an assistant to a brigadier general, the

10  government makes the allegation, supported by nothing, that she

11  must have some connections in the Israeli military.

12          These are insulting arguments.  These are just

13  insulting to make those baseless accusations.

14          We brought that to your attention so you would know

15  the kind of person who Alon Alexander is sharing his life with,

16  now with their two children.

17          A judge in the Western District of New York, Lawrence

18  Vilardo, he wrote an opinion in *United States v. Fox*, another

19  sex trafficking case, where a magistrate judge had initially

20  denied bail.  And District Judge Vilardo, from Buffalo,

21  overruled the magistrate and said we can fashion conditions of

22  release.

23          He recognized in his opinion, published at 602 F.

24  Supp. 3d 434, that of course these are sensational allegations,

25  but he recognized the presumption of innocence.  He recognized

1  that the bail presumption is rebuttable, and he set conditions

2  of bond.

3          The government has not come to the court and shown us

4  one single case where these conditions have failed.

5          So with all of that I ask, Judge, if there's anything

6  more that would satisfy you, anything we need to do to assure

7  you that Alon Alexander, for the next 12 to 18 months or

8  however long it takes to get to trial, will abide to make sure

9  you are satisfied, we are not closing off any options.

10          Our concern is this.  You have read about, I am sure,

11  the conditions of confinement in Brooklyn at the detention

12  center plagued with drugs and guns, suicides and murder.

13          The FBI had to raid that place because it was

14  becoming -- it is and had become unsafe.  Judges describing it

15  as dangerous.  Judges describing it as horrific.

16          Alon Alexander should not be placed in those

17  conditions for the next 12 months, because that's what it's

18  going to take, likely, to get this case to trial.  He should

19  not be placed in those conditions when we can give you an

20  alternative to assure you that he will be in court and that he

21  will comply.

22          If I could have a moment.

23          (Pause.)

24          Thank you.

25          THE COURT:  Thank you.

1          MS. ESPINOSA:  Thank you, your Honor.

2          Now, the law is clear in the Second Circuit that a

3     defendant cannot be released to the care of private security

4     when an indigent defendant would be detained under the same

5     circumstances.  This is a violation of the Bail Reform Act of

6     equal protection under the law.

7          The only circumstances in which a defendant can be

8     released to the care of a private security is if he would be

9     released but for his wealth, and that is simply not what we are

10    dealing with in this case.

11         Here, there are a host of reasons why the defendants

12    are a severe flight risk that cannot be mitigated by any

13    conditions, including the conditions that they have proposed.

14         Now, we will focus our arguments today on risk of

15    flight primarily, but, again, your Honor, we do maintain very

16    strongly that the defendants are a danger to the community, and

17    that that is also a reason that factors in support of their

18    detention here.

19         Now, as your Honor noted on Monday, three of four

20    children in the defendant's family are charged in this case.

21    Three of four are facing a 15-year mandatory minimum sentence

22    with the possibility of life in prison.

23         If they are convicted and spend the rest of their

24    lives in prison, this family suffers incredible harm.  Three of

25    their four children are in jail for the rest of their lives.

1    If there is ever a case to risk everything to avoid that, this

2    is it for that family.

3         Now, they have made clear that money is no object to

4    keep their sons out of jail and are willing to put up money for

5    bond and to create this private facility in an apartment to

6    keep them from being detained.

7         But that, as your Honor pointed out, just goes to show

8    that they will do anything for their sons, that they will put

9    up anything to get them out of jail, to help them avoid facing

10   these charges.  There's absolutely every incentive here to

11   flee.

12        Now, the property that defense counsel has proposed

13   has not changed the calculation here.  It is not directly on

14   the water.  But everywhere in Miami is quite close to waterways

15   that give access to the ocean, close to private airfields that

16   you have access to a private jet.  And all the defendant needs

17   is a head start to successfully evade law enforcement.

18        Here, all private security can do is slightly reduce

19   that head start.  They can't prevent it.  They are going to

20   call the FBI, call the local police if the defendants leave

21   without permission.

22        The defendants do not need much time to get out of

23   reach of law enforcement, to get beyond the reach of the FBI,

24   to make their way on a boat or a private plane, and they cannot

25   be stopped in time.

1          These defendants have a lot of experience booking just

2    that sort of travel.  It would be easy for them in their

3    apartment to arrange for their trip, wait for the right moment

4    to go get on a boat, make their way to a Caribbean island, get

5    on a private plane, fly out of the country, and they would be

6    gone before we could stop them, and all the private security

7    could do is call the police.

8          One moment, your Honor.

9          Additionally, I want to note, your Honor, that the

10   defendant's family also owns several properties outside of the

11   United States based on information that defense counsel

12   provided us on Monday.

13         His parents own an apartment in Tel Aviv and a house

14   in the Bahamas, which gives him a location to go to directly

15   should he make his way out of the country and allow him to have

16   a place to stay while he attempts to fight any attempts to

17   remove him back to the United States.

18         Again, your Honor, I think -- I want to go back to the

19   principle that the question is not can we theoretically get him

20   back.  The question is not is he ultimately going to evade

21   prosecution for the rest of his life.

22         The question is, can these conditions prevent him from

23   fleeing in the first place.

24         We should not -- the question is not can we bring him

25   back; it is can we prevent him from going at all.  Here, these

1   conditions are simply ineffective to do that.

2        I will also note, your Honor, that the information

3   provided by defense counsel as to the parents' assets does not

4   include the value of any cash or liquid assets.  It includes

5   primarily investments and properties.

6        So I don't know to the extent there are other assets

7   available that are not accounted for here, and that raises the

8   question of what percentage of their wealth are they actually

9   staking?  We don't actually know that.

10       Now, again, your Honor, I keep harping on the

11  mandatory minimum here, but I do think that is an incredibly

12  important factor in their calculus.

13       Fifteen years in prison for someone who has never

14  spent time in jail before this case is enormous, and the

15  possibility of life is obviously devastating.  That gives them

16  absolutely every incentive in the world to flee.

17       Now, I briefly want to address the Jeffries case that

18  Mr. Srebnick brought up.  That case is distinguishable for a

19  couple of reasons.

20       First, Mr. Jeffries and Mr. Smith were both much older

21  than these defendants, and it's my understanding, from some

22  representations that have been made in court, they both have

23  nonpublic health reasons that resulted in their release that

24  are not the case for these particular defendants here, and that

25  was one of the calculations that went into agreeing, in

1   particular for Mr. Jeffries, who is in his eighties.

2          Additionally, the conduct in that case is much older

3   and stopped, I believe, in 2014, if I recall the date

4   correctly.

5          Now, as to the conditions of the Metropolitan

6   Detention Center in Brooklyn, that's something that courts in

7   the Southern District of New York have been very focused on.

8   It is something that has been improving.

9          In fact, Judge Cronan, the district judge assigned to

10  this case, said only a couple of weeks ago, in a hearing on

11  another district arrest, that the conditions in the MDC are

12  improving day by day.  And that's an issue that we remain very

13  focused on and are committed to assisting as necessary.

14         I will also note that there are a number of facilities

15  in the New York City area that are used by the Bureau of

16  Prisons and the marshals to house inmates as needs demand.

17         Again, your Honor, I will also talk about the Napout

18  case briefly.

19         That is a fraud case at bottom.  There is no mandatory

20  minimum sentence, and the guidelines are very unlikely to have

21  been life in that case, though I do not have that in front of

22  me.

23         And that defendant was simply facing a different

24  calculus.  That was not a case that involved violence.  That

25  was not a case that involved sex trafficking.  It was a fraud

1   case, a bribery case.  And that defendant was not facing any

2   mandatory minimum term of incarceration.  And so it is simply

3   not comparable to this situation here at hand.

4        Indeed, the vast majority of the cases defense counsel

5   has relied on where this happened are, in fact, nonviolent

6   fraud cases where defendants are not facing a mandatory

7   minimum.

8        Here, the incentives are different.  The calculus is

9   different, and defendants have every reason to attempt to flee.

10        One moment, your Honor.

11        Finally, your Honor, I will note that this case is

12   actually directly comparable to many cases in the Southern

13   District of New York where judges have rejected exactly this

14   condition:

15        The Sean Combs case, Jeffrey Epstein, Ghislaine

16   Maxwell, as well as others in the Eastern District, like Keith

17   Raniere, individuals charged with serious sex trafficking

18   offenses who had enormous wealth at their fingertips, who

19   attempted use that to construct their own private facilities,

20   and judges have routinely rejected that as inadequate to ensure

21   that they appeared in court as required.

22        Your Honor, if you have any specific questions, I am

23   happy to address them.

24        THE COURT:  Okay.  Thank you.

25        Very briefly, Mr. Srebnick.

1          MR. SREBNICK:  So now it sounds like all of Miami is

2     now a risk of flight because we are near the water.

3          I don't know how to respond to that other than to say,

4     Manhattan is an island, and they are on the water, too.  So I

5     don't know what I am supposed to make of that nonsensical

6     argument.

7          Now the government is saying that Alon -- James

8     Bond -- Alexander is going put together an international

9     conspiracy to jet him from an eighth floor building.

10          I see from your reaction I don't need to waste time

11     with responding to that.

12          With regard to the family's wealth, the government has

13     offered nothing, zero, to rebut the presentation made about

14     wealth.  Nothing.  No evidence, nothing.

15          As Judge Vilardo, in the Western District of New York,

16     said, we don't have the burden of persuasion even when there's

17     a rebuttable presumption.  We just have the burden of

18     production.  It's a light burden.  And we have well exceeded

19     any production by the presentation that we made today.

20          We will agree to have phones monitored so that -- we

21     can deny the defendant access to a cell phone, if that would

22     make the court more comfortable.  He's waiving extradition.

23          Judge, anything.  Thank you.

24          THE COURT:  Thank you, Mr. Srebnick.

25          Okay, look.  The court has to determine today whether

1    the government has met its burden of proving that no condition,

2    or combination of conditions, will reasonably assure

3    Mr. Alexander's appearance as required and the safety of the

4    community.

5          As to appearance as required, the government's burden

6    is preponderance of the evidence.

7          As to danger to the community, it is a burden to

8    establish by clear and convincing evidence and (inaudible)

9    sufficient as to create an abiding conviction that future

10   danger is highly probable.

11         The court assesses the extent of any risk first, and

12   then whether any condition, or combination of conditions, would

13   reasonably mitigate that risk.

14         Here, the indictment clearly establishes probable

15   cause to believe that the defendant committed the charged

16   offense, and that creates the rebuttal presumption that no

17   condition, or combination of conditions, would reasonably

18   assure his appearance as required and the safety of the

19   community.

20         Regardless of the presumption, the government still

21   has the burden of proving that detention is required, and the

22   presumption is, nonetheless, also considered as evidence, along

23   with all of the other evidence in regard to whether the

24   government has met its burden.

25         I think a lot here has been said in terms of

dangerousness.  While clearly there is a presumption, and I do think that there is dangerousness here, I think that conditions could be fashioned, a combination of conditions, to address any type of danger that is presented here.

The risk of flight is really, I think, the issue here. Looking at the nature and circumstances of the offense, these are extremely serious charges that carry extremely serious penalties.

The 15-year minimum mandatory is, I think, an important factor here affecting the court's decision, as is the potential for a life sentence, given the dozens of victims who have come forward, and that is what also makes the weight of the evidence in this case strong.

It is the fact that there have been so many victims who have come forward under similar circumstances and made similar allegations.

I do recognize that the defendant has, aside from this, really, his personal circumstances are not the sort that would normally present an issue on risk of flight.  Certainly he has ties to this community, but it is also concerning to the court that he does have ties in many other places of the world, particularly Israel.

I know that, because there is a report, there are also ties to Brazil, through the brother's family, but really primarily Israel.  And, you know, he is the son of Israeli

immigrants.  His wife is an Israeli citizen with family there,
as well, and I think that puts him in a different position.

        While I do recognize there is an extradition treaty
with Israeli, I do recognize that just because there is an
extradition in place does not make it easy to extradite someone
from a foreign country, and that it would be difficult,
potentially, for someone who is the citizen [sic] of Israeli
citizens, whose wife is an Israeli citizen, who could
potentially even be deemed, as I understand it because of the
circumstances, akin to an Israeli citizen or given similar
protections.

        I have seriously considered the conditions that have
been put forward by the defense.

        I think, Mr. Srebnick, you have done a commendable job
advocating for your client in these conditions.  I have looked
at them, and I will tell you, I understand the government's
argument, and I am concerned about the two-tier system of
justice, one for the wealthy and one for those who are not
wealthy, and could do this.

        But notwithstanding that, I have considered this in
this case, and as I go through it, I ultimately -- the only
thing that would convince me is that I look to see if you can
make this the equivalent of confinement because I really feel
that confinement is about the only thing that could reasonably
assure his appearance as required under the circumstances with

1    what is faced here.

2          And I recognize that there are other cases where this

3    might work.  Every case is an individual consideration.  And I

4    realize the family's willingness to risk all sorts of things

5    for the defendant -- and I think that is admirable -- but I

6    think in this case it just is not enough to -- it isn't enough

7    to assure, reasonably assure the appearance of the defendant.

8          I think there are too many incentives, the

9    circumstances of this case, the opportunity -- I think the

10   wealth -- while the wealth is not what is deciding my decision

11   here, because I think a lot of what the government has

12   suggested with the fears here have been in cases where people

13   do flee with substantial less wealth, and are able to do it

14   from this district.

15         It is really, I think, the willingness and the desire

16   and the incentive to do it under the circumstances, and I think

17   this case would be -- as I said, we meet dozens of accusers

18   that way, and the penalties that are faced, that there just

19   aren't any conditions, or a combination of conditions, that

20   would reasonably assure the defendant's appearance as required.

21         I will say, it has been a tough decision.  I think

22   this is close, but I think the government has met its burden of

23   proving that no condition, or combination of conditions, will

24   reasonably assure Mr. Alon Alexander's appearance as required.

25         As a result of that, Mr. Alexander, I am going to rule

1  that you be remanded to the custody of the marshal.

2       I will go ahead and enter a written order summarizing

3  those rulings later.

4       MR. SREBNICK:  So, your Honor, two things.

5       One is, I heard your Honor refer to dozens, although I

6  think the agent testified she couldn't even quantify how many

7  were against Alon, and it worries me that the court is relying

8  on the government proffer that was not supported from the

9  witness stand about how many people are accusing Alon

10  Alexander.  She couldn't even identify the number.

11       THE COURT:  I understand, Mr. Srebnick.  I am not

12  saying individually for the substantive count.  The conspiracy

13  count carries the same penalties, and it is, I think, more than

14  sufficient.

15       I think the weight of the evidence -- and even not

16  just against himself.  I think the notion that it is the

17  brothers -- and I am not saying this -- I think the fact that

18  they are all facing these charges is something that is an

19  incentive for him individually, as well, to flee.

20       So I think the weight of the evidence presented in

21  this case is still -- I understand what you are saying, but I

22  think with the indictment, what the agent testified to -- and

23  even if she couldn't give you some of the particulars on

24  cross-examination, I think she was able to support the proffer

25  about what the prosecutor said in terms of other things, and I

1  think that is sufficient to establish that.

2      MR. SREBNICK:  Then, to be clear, the bail package we

3  proposed, if any one brother flees, they all get remanded

4  because the collateral is collateralizing.  The collateral is

5  all of them.

6      But that, I suppose for the moment, for Alon, if he

7  were to disobey the court's command, the other brothers would

8  have no chance at bail, of course, in Tal's appeal and Oren's

9  next hearing.

10      So I want to be clear that that is what the family is

11  willing to offer.

12      THE COURT:  I understand that the family is willing,

13  and I understand that there is other conditions.

14      I have thought and been willing to consider other

15  things, whether there are other options even beyond what you

16  had proposed that I thought would work, and Mr. Srebnick, I

17  simply find that no conditions short of confinement would

18  satisfy.

19      MR. SREBNICK:  So what's left at this point is removal

20  and whether the government has satisfied its burden to

21  establish identity, and what I heard the witness say is,

22  suggest that she could distinguish between the two brothers.

23      When I presented her photographs of one of the two

24  Alexander brothers, she can't distinguish the brothers from

25  each other.

1              And so I submit to your Honor that the government has

2      failed in establishing the necessary burden for removal in

3      terms of identity.

4              THE COURT:  Okay.

5              Ms. Espinosa, what is your response?

6              MS. ESPINOSA:  Your Honor, the question for an

7      identity hearing is did we arrest the person who is charged in

8      the underlying indictment, and the issues as to false

9      identification are trial issues, are the issues properly taken

10     up with the district judge supervising this case.

11             Here, I proffered, and the agent adopted, adequate

12     facts to demonstrate that we arrested the correct individual.

13             Alon Alexander was arrested at his home which is

14     linked to him in multiple records, including law enforcement

15     databases.  There is a GPS locator on his cell phone

16     subscribing his name pinging at that location.  It was on his

17     person when he was arrested.

18             We arrested the correct person.

19             THE COURT:  Okay.  Frankly, I don't think that there's

20     an issue as to identity.  I think that was adequately

21     established.

22             I understand that there is some issue with identifying

23     a photograph of him skiing.

24             I will tell you, sitting here today, looking at the

25     two of them from that photograph, I would not have been able to

1    tell you who it was, but that's more a factor, I think, of the

2    photograph than of the two defendants.  They clearly look

3    similar.  They are brothers.

4         But I think the agent, from her review, clearly

5    testified that she could identify and separate them, and I

6    believe her, that she believes that.  And I think the other

7    circumstances establish identity.

8         So I do find that the government has met its burden to

9    establish identity.  I am going to go ahead and order the

10   defendant removed on that basis.

11        Is there anything else we need to address on this

12   particular matter with respect to this defendant?

13        MS. ESPINOSA:  Not from the government, your Honor.

14        MR. SREBNICK:  I will file post hearing the materials

15   that we submitted on PACER, a PowerPoint.  There is one exhibit

16   under seal.

17        THE COURT:  Very good.

18        THE COURTROOM DEPUTY:  Calling Oren Alexander,

19   24-mj-4616.

20        THE COURT:  For the record, I am going to ask the

21   government if they could submit a proposed order on the AO form

22   in Word format.

23        MS. ESPINOSA:  Yes, your Honor.

24        And I would also just ask that Mr. Srebnick not file

25   the PowerPoint under seal showing the amount -- or in public,

1    on PACER, showing the photographs that he demonstrated in

2    court.

3            Those would go to identify people who may be

4    witnesses, and that would be inappropriate at this stage in the

5    case.

6            I am happy to discuss with him appropriate redactions

7    or appropriate methods to file it, but I would ask that he not

8    file that prior to having that conference.

9            MR. SREBNICK:  We will work it out, yes.

10           THE COURT:  Yes, please, nothing that identifies or

11   shows victims or witnesses, please.

12           MR. SREBNICK:  We will work it out.

13           THE COURT:  Okay.  Thank you.

14           (Proceedings adjourned.)

15

16                    C E R T I F I C A T E

17

18       I hereby certify that the foregoing is an accurate

19   transcription to the best of my ability of the digital audio

20   recording in the above-entitled matter.

21

22   January 4, 2025          /s/ Jill M. Wells
                              Jill M. Wells, RMR, CRR, CSR
23                            Federal Official Court Reporter
                              701 Clematis Street
24                            West Palm Beach, FL 33401
                              jill_wells@flsd.uscourts.gov
25

MR. SREBNICK: [10]  3/4 3/13 3/16
20/1 25/4 26/2 26/19 28/14 29/9 29/12
MS. ESPINOSA: [5]  2/25 14/1 27/6
28/13 28/23
THE COURT: [14]  2/2 3/7 3/15 13/25
19/24 20/24 25/11 26/12 27/4 27/19
28/17 28/20 29/10 29/13
THE COURTROOM DEPUTY: [2]  2/23
28/18

**$**

**$300 [1]**  7/11
**$300 million [1]**  7/11

**/**

**/s [1]**  29/22

**1**

**10278 [1]**  1/14
**11 [1]**  5/13
**12 [2]**  13/7 13/17
**1300 [1]**  1/20
**15-year [2]**  14/21 22/9
**18 [1]**  13/7

**2**

**201 [1]**  1/19
**2014 [1]**  18/3
**2025 [2]**  1/5 29/22
**24 [1]**  10/16
**24-423 [1]**  7/9
**24-MJ-4616 [3]**  1/2 2/23 28/19

**3**

**33131 [1]**  1/20
**33132 [1]**  1/17
**33401 [2]**  1/23 29/24
**37 [1]**  1/7
**3d [1]**  12/24

**4**

**423 [1]**  7/9
**434 [1]**  12/24
**4616 [3]**  1/2 2/23 28/19
**4th [1]**  1/16

**6**

**602 [1]**  12/23

**7**

**701 [2]**  1/22 29/23

**9**

**99 [1]**  1/16

**A**

**a.m [1]**  5/13
**abide [3]**  8/17 11/9 13/8
**abiding [1]**  21/9
**ability [2]**  11/4 19/1
**able [3]**  24/13 25/24 27/25
**about [14]**  6/23 7/10 8/7 8/10 8/21 9/9
9/11 13/10 18/17 20/13 23/17 23/24 25/9
25/25
**above [1]**  29/20

**above-entitled [1]**  29/20
**absolutely [2]**  15/10 17/16
**access [1]**  10/14 11/2 15/15 15/16
20/21
**accounted [1]**  17/7
**accurate [1]**  29/18
**accusations [1]**  12/13
**accused [3]**  9/4 9/23 11/25
**accusers [1]**  24/17
**accusing [1]**  25/9
**Act [3]**  2/5 2/6 14/5
**action [1]**  2/21
**actually [4]**  5/17 17/8 17/9 19/12
**add [1]**  6/12
**addition [1]**  9/2
**additional [7]**  3/12 5/3 5/11 6/1 7/14 9/4
9/8
**additionally [3]**  6/13 16/9 18/2
**address [8]**  4/1 4/4 4/11 11/13 17/17
19/23 22/3 28/11
**adequate [1]**  27/11
**adequately [1]**  27/20
**adjourned [1]**  29/14
**admirable [1]**  24/5
**adopted [1]**  27/11
**adverse [1]**  2/19
**advise [1]**  2/3
**advocating [1]**  23/15
**affecting [1]**  22/10
**affirmed [1]**  6/11
**again [6]**  9/1 12/7 14/15 16/18 17/10
18/17
**against [3]**  9/25 25/7 25/16
**agent [7]**  4/22 6/23 6/24 25/6 25/22
27/11 28/4
**ago [2]**  5/21 18/10
**agree [1]**  20/20
**agreed [2]**  6/8 7/7
**agreeing [1]**  17/25
**ahead [2]**  25/2 28/9
**air [1]**  10/10
**aircraft [1]**  10/20
**airfields [1]**  15/15
**akin [1]**  23/10
**alarmed [1]**  10/13
**ALEXANDER [21]**  1/6 2/23 3/6 3/21
4/15 7/24 8/13 9/20 10/18 11/7 11/12
11/20 12/15 13/7 13/16 20/8 24/25 25/10
26/24 27/13 28/18
**Alexander's [3]**  4/12 21/3 24/24
**all [17]**  2/4 3/10 6/22 10/21 11/2 11/14
13/5 15/16 15/18 16/6 16/25 20/1 21/23
24/4 25/18 26/3 26/5
**all-points [1]**  11/14
**allegation [1]**  11/21 12/10
**allegations [2]**  12/24 22/16
**alleged [1]**  11/22
**allow [1]**  16/15
**ALON [25]**  1/6 2/23 3/6 3/21 4/8 4/9
4/15 7/24 8/13 8/16 9/20 10/18 10/19
11/7 11/12 11/20 12/15 13/7 13/16 20/7
24/24 25/7 25/9 26/6 27/13
**along [1]**  21/22
**already [2]**  4/17 10/1
**also [13]**  3/3 5/15 9/11 14/17 16/10 17/2
18/14 18/17 21/22 22/12 22/20 22/23

**above [1]**  29/20
**absolutely [2]**  26/24
**alternative [1]**  13/20
**although [1]**  25/5
**always [3]**  5/10 6/7 6/14
**am [12]**  2/3 11/24 13/10 19/22 20/5
23/17 24/25 25/11 25/17 28/9 28/20 29/6
**AMERICA [1]**  1/3
**amount [2]**  9/3 28/25
**announce [1]**  2/24
**another [5]**  4/20 5/16 6/24 12/18 18/11
**answer [1]**  8/11
**any [29]**  2/9 2/11 2/12 2/13 4/10 7/22
8/17 9/3 9/9 9/19 9/21 9/22 10/2 10/2
11/10 12/2 12/8 13/9 14/12 16/16 17/4
19/1 19/22 20/19 21/11 21/12 22/3 24/19
26/3
**anyone [1]**  10/14
**anything [8]**  6/21 11/25 13/5 13/6 15/8
15/9 20/23 28/11
**anywhere [1]**  8/22
**AO [1]**  28/21
**apartment [9]**  3/25 4/4 4/6 4/12 10/12
10/16 15/5 16/3 16/13
**appeal [1]**  26/8
**appearance [8]**  2/24 21/3 21/5 21/18
23/25 24/7 24/20 24/24
**APPEARANCES [1]**  1/11
**appeared [1]**  19/21
**appropriate [2]**  29/6 29/7
**approved [2]**  5/9 5/9
**approximately [1]**  5/21
**are [67]**
**area [1]**  18/15
**aren't [1]**  24/19
**argument [7]**  3/12 6/6 6/15 7/19 12/8
20/6 23/17
**arguments [2]**  12/12 14/14
**arrange [1]**  16/3
**arrest [2]**  18/11 27/7
**arrested [4]**  27/12 27/13 27/17 27/18
**ARROYO [2]**  1/13 3/1
**as [39]**
**aside [1]**  22/17
**ask [6]**  11/7 11/8 13/5 28/20 28/24 29/7
**asking [1]**  11/5
**assesses [1]**  21/11
**assets [6]**  8/2 8/3 8/6 17/3 17/4 17/6
**assigned [1]**  18/9
**assignment [1]**  5/17
**assistant [1]**  12/9
**assisting [1]**  18/13
**assurance [1]**  6/1
**assurances [2]**  5/3 5/11
**assure [12]**  4/25 11/11 11/18 13/6 13/20
21/2 21/18 23/25 24/7 24/7 24/20 24/24
**ASTIGARAGGA [1]**  1/15
**Astigarraga [1]**  3/3
**attempt [1]**  19/9
**attempted [1]**  19/19
**attempts [2]**  16/16 16/16
**attention [1]**  12/14
**Attorney's [5]**  1/13 1/16 5/10 10/21
10/22
**audio [2]**  1/9 29/19
**available [7]**  4/6 4/7 4/23 5/13 6/4 10/3
17/7

## A

**Aviv [1]** 16/13
**avoid [2]** 15/1 15/9
**aware [1]** 4/11
**away [1]** 9/12

## B

**back [5]** 5/14 16/17 16/18 16/20 16/25
**backwards [1]** 7/3
**Bahamas [1]** 16/14
**bail [6]** 7/2 12/20 13/1 14/5 26/2 26/8
**balconies [1]** 4/13
**Bandstra [1]** 6/10
**based [2]** 9/19 16/11
**baseless [1]** 12/13
**basic [1]** 4/6
**basis [1]** 28/10
**be [45]**
**Beach [1]** 1/23 29/24
**because [22]** 4/6 5/1 5/2 5/13 6/7 7/5
7/6 8/8 8/10 8/12 8/16 8/21 12/8 13/13
13/17 20/2 22/23 23/4 23/9 23/23 24/11
26/4
**become [1]** 13/14
**becoming [1]** 13/14
**bedroom [3]** 3/25 4/6 10/12
**been [20]** 3/18 5/7 5/23 6/19 6/21 6/23
9/24 11/20 11/22 17/22 18/7 18/8 18/21
21/25 22/14 23/13 24/12 24/21 26/14
27/25
**before [6]** 1/10 2/3 6/3 12/7 16/6 17/14
**behalf [1]** 3/6
**being [5]** 5/2 6/6 9/22 10/1 15/6
**believe [4]** 11/7 18/3 21/15 28/6
**believes [1]** 28/6
**best [1]** 29/19
**between [1]** 26/22
**beyond [2]** 15/23 26/15
**Biscayne [1]** 1/19
**bit [1]** 7/20
**Black [1]** 1/19
**boat [2]** 15/24 16/4
**bond [6]** 9/3 9/5 9/7 13/2 15/5 20/8
**bondsman [2]** 9/6 9/8
**booking [1]** 16/1
**both [2]** 17/20 17/22
**bottom [1]** 18/19
**Boulevard [1]** 1/19
**Brady [1]** 2/10
**Brady v. Maryland [1]** 2/10
**Brazil [1]** 22/24
**bribery [1]** 19/1
**briefly [3]** 17/17 18/18 19/25
**brigadier [1]** 12/9
**bring [1]** 16/24
**Brooklyn [1]** 13/11 18/6
**brother [2]** 4/11 26/3
**brother's [1]** 22/24
**brothers [7]** 9/4 25/17 26/7 26/22 26/24
26/24 28/3
**brought [2]** 12/14 17/18
**Buffalo [1]** 12/20
**building [2]** 3/20 20/9
**bulletin [1]** 11/14
**burden [12]** 20/16 20/17 20/18 21/1
21/5 21/7 21/21 21/24 24/22 26/20 27/2

**burdens [1]** 7/3
**Bureau [1]** 18/15
**buy [2]** 6/16 7/20

## C

**calculation [1]** 15/13
**calculations [1]** 17/25
**calculus [3]** 17/12 18/24 19/8
**call [7]** 2/3 2/22 4/19 5/15 15/20 15/20
16/7
**called [1]** 2/1
**Calling [1]** 28/18
**cameras [1]** 10/14
**can [22]** 3/14 4/9 4/25 7/5 7/22 7/23 8/3
10/15 10/20 10/20 11/7 11/7 12/21 13/19
14/7 15/18 16/19 16/22 16/24 16/25
20/21 23/22
**can't [4]** 9/14 9/14 15/19 26/24
**cannot [3]** 14/3 14/12 15/24
**car [1]** 10/20
**care [1]** 14/3 14/8
**Caribbean [1]** 16/4
**carries [1]** 25/13
**carry [2]** 11/5 22/7
**case [47]**
**cases [1]** 7/6 7/7 19/4 19/6 19/12 24/2
24/12
**cash [1]** 17/4
**cause [1]** 21/15
**cell [2]** 20/21 27/15
**center [2]** 13/12 18/6
**certainly [2]** 6/2 22/19
**certify [1]** 29/18
**challenge [1]** 12/3
**chance [1]** 26/8
**changed [1]** 15/13
**charge [3]** 4/23 7/5 11/3
**charged [5]** 5/18 14/20 19/17 21/15
27/7
**charges [4]** 2/20 15/10 22/7 25/18
**children [3]** 12/16 14/20 14/25
**Circuit [1]** 14/2
**circumstances [10]** 14/5 14/7 22/6
22/15 22/18 23/10 23/25 24/9 24/16 28/7
**cite [1]** 7/21
**cited [3]** 5/7 5/8 6/1
**citizen [6]** 5/19 7/13 23/1 23/7 23/8
23/10
**citizens [1]** 23/8
**City [2]** 4/12 18/15
**civil [1]** 9/25
**clause [1]** 7/22
**clear [5]** 14/2 15/3 21/8 26/2 26/10
**clearly [4]** 21/14 22/1 28/2 28/4
**Clematis [2]** 1/22 29/23
**client [1]** 23/15
**close [3]** 15/14 15/15 24/22
**closing [1]** 13/9
**codefendant [1]** 7/12
**collateral [2]** 26/4 26/4
**collateralizes [1]** 9/7
**collateralizing [1]** 26/4
**colleague [1]** 3/5
**colleagues [1]** 4/20
**combination [6]** 21/2 21/12 21/17 22/3

**Combs [1]** 19/15
**come [4]** 7/22 13/3 22/12 22/15
**comes [1]** 10/17
**comfortable [1]** 20/22
**command [1]** 26/7
**commenced [1]** 3/9
**commendable [1]** 23/14
**committed [2]** 18/13 21/15
**community [10]** 7/25 8/4 8/5 11/19 12/2
14/16 21/4 21/7 21/19 22/20
**company [1]** 11/10
**company's [1]** 11/4
**comparable [2]** 19/3 19/12
**compiling [1]** 9/24
**comply [1]** 13/21
**concern [5]** 3/18 9/9 12/5 12/6 13/10
**concerned [2]** 8/10 23/17
**concerning [1]** 22/20
**concrete [3]** 3/19 4/14 10/4
**condition [6]** 8/17 19/14 21/1 21/12
21/17 24/23
**conditions [31]**
**condominium [1]** 10/9
**conduct [1]** 18/2
**conference [1]** 29/8
**confinement [6]** 3/22 3/22 13/11 23/23
23/24 26/17
**confirms [1]** 2/8
**conflict [1]** 5/6
**connections [1]** 12/11
**consent [1]** 7/11
**consider [1]** 26/14
**consideration [1]** 24/3
**considered [3]** 21/22 23/12 23/20
**conspiracy [2]** 20/9 25/12
**construct [1]** 19/19
**contempt [2]** 2/20 5/4
**continuation [1]** 3/8
**convicted [3]** 6/19 6/21 14/23
**conviction [1]** 21/9
**convince [1]** 23/22
**convincing [1]** 21/8
**corporate [2]** 9/5 9/7
**correct [2]** 27/12 27/18
**correctly [1]** 18/4
**could [13]** 2/12 2/14 2/18 13/22 16/6
16/7 22/3 23/8 23/19 23/24 26/22 28/5
28/21
**couldn't [3]** 25/6 25/10 25/23
**counsel [5]** 2/24 15/12 16/11 17/3 19/4
**count [2]** 25/12 25/13
**country [4]** 9/13 16/5 16/15 23/6
**County [2]** 3/25 10/10
**couple [2]** 17/19 18/10
**course [2]** 12/24 26/8
**court [32]**
**court's [2]** 22/10 26/7
**courthouse [2]** 6/11 10/5
**courtroom [2]** 9/1 11/23
**courts [3]** 5/8 8/4 18/6
**create [2]** 15/5 21/9
**creates [1]** 21/16
**criminal [2]** 2/7 6/20
**Cronan [1]** 18/9
**cross [1]** 25/24

## C

**cross-examination [1]** 25/24
**CRR [2]** 1/21 29/22
**CSR [2]** 1/21 29/22
**custody [2]** 10/6 25/1

## D

**Dade [2]** 3/25 10/10
**danger [6]** 7/25 12/2 14/16 21/7 21/10 22/4
**dangerous [1]** 13/15
**dangerousness [2]** 22/1 22/2
**databases [1]** 27/15
**date [1]** 18/3
**day [3]** 8/7 18/12 18/12
**days [1]** 10/16
**DC [2]** 4/18 5/17
**dealing [1]** 14/10
**decades [1]** 10/7
**December [2]** 7/16 7/17
**decide [1]** 11/17
**deciding [1]** 24/10
**decision [4]** 11/17 22/10 24/10 24/21
**deemed [1]** 23/9
**defend [1]** 9/25
**defendant [28]** 1/7 1/18 2/9 2/12 2/17 3/6 5/2 5/10 5/18 6/6 6/10 6/14 7/19 7/22 8/5 14/3 14/4 14/7 15/16 18/23 19/1 20/21 21/15 22/17 24/5 24/7 28/10 28/12
**defendant's [5]** 2/14 8/8 14/20 16/10 24/20
**defendants [12]** 2/4 6/18 14/11 14/16 15/20 15/22 16/1 17/21 17/24 19/6 19/9 28/2
**defense [5]** 15/12 16/11 17/3 19/4 23/13
**DeLuca [1]** 4/17
**demand [1]** 18/16
**demonstrate [1]** 27/12
**demonstrated [1]** 29/1
**denied [1]** 12/20
**deny [2]** 7/2 20/21
**described [1]** 4/4
**describing [2]** 13/14 13/15
**description [1]** 4/3
**desire [1]** 24/15
**desperate [1]** 12/8
**destitute [2]** 8/14 8/19
**detained [2]** 14/4 15/6
**detention [12]** 1/9 3/9 3/23 5/20 5/24 7/7 7/11 7/13 13/11 14/18 18/6 21/21
**determine [1]** 20/25
**devastating [1]** 17/15
**did [2]** 10/19 27/7
**didn't [2]** 5/24 6/24
**different [4]** 18/23 19/8 19/9 23/2
**difficult [1]** 23/6
**digital [2]** 1/9 29/19
**directly [3]** 15/13 16/14 19/12
**disciplinary [1]** 2/21
**disclose [3]** 2/8 2/16 2/18
**discuss [1]** 29/6
**dismissal [1]** 2/20
**disobey [1]** 26/7
**distinguish [2]** 26/22 26/24

**distinguishable [1]** 17/18
**district [17]** 1/1 1/1 1/14 3/2 5/19 6/11 7/9 12/17 12/20 18/7 18/9 18/11 19/13 19/16 20/15 24/14 27/10
**do [22]** 8/25 10/20 10/20 11/17 13/6 14/15 15/8 15/18 15/22 16/7 17/1 17/11 18/21 22/1 22/17 23/3 23/4 23/9 24/13 24/13 24/16 28/8
**does [3]** 17/3 22/21 23/5
**doesn't [1]** 8/2
**don't [9]** 3/11 11/24 17/6 17/9 20/3 20/5 20/10 20/16 27/19
**done [4]** 3/24 5/2 9/21 23/14
**Donnie [1]** 4/17
**dozens [3]** 22/11 24/17 25/5
**drugs [1]** 13/12
**Due [2]** 2/4 2/6
**during [2]** 4/8 4/15
**duties [1]** 11/5

## E

**each [1]** 26/25
**Eastern [4]** 5/18 6/11 7/9 19/16
**easy [2]** 16/2 23/5
**EDUARDO [1]** 1/10
**eight [2]** 5/21 10/10
**eighth [3]** 4/2 11/13 20/9
**eighties [1]** 18/1
**ELIZABETH [2]** 1/12 3/1
**else [1]** 28/11
**enforcement [9]** 5/1 5/16 10/7 11/12 15/17 15/23 27/14
**enormous [3]** 7/17 17/14 19/18
**enough [2]** 24/6 24/6
**ensure [1]** 19/20
**enter [1]** 25/2
**entitled [1]** 29/20
**Epstein [1]** 19/15
**equal [2]** 7/21 14/6
**equivalent [1]** 23/23
**ESPINOSA [3]** 1/12 3/1 27/5
**establish [5]** 21/8 26/1 26/21 28/7 28/9
**established [1]** 27/21
**establishes [1]** 21/14
**establishing [1]** 27/2
**evade [2]** 15/17 16/20
**even [12]** 2/16 4/12 6/7 9/14 11/21 20/16 23/9 25/6 25/10 25/15 25/23 26/15
**event [1]** 3/21
**events [1]** 10/15
**ever [2]** 5/7 15/1
**every [5]** 5/7 15/10 17/16 19/9 24/3
**Everyone [1]** 8/1
**everything [7]** 6/13 8/9 8/10 8/12 8/24 10/22 15/1
**everywhere [1]** 15/14
**evidence [17]** 2/9 2/11 2/12 2/13 2/16 2/18 2/19 7/1 9/19 20/14 21/6 21/8 21/22 21/23 22/13 25/15 25/20
**exact [1]** 6/17
**exactly [1]** 19/13
**examination [1]** 25/24
**example [1]** 10/4
**exceeded [1]** 20/18
**exclusion [1]** 2/19
**exculpatory [1]** 2/11

**excuse [1]** 9/16
**exhibit [1]** 28/15
**experience [2]** 10/7 16/1
**extent [5]** 4/10 5/12 6/25 17/6 21/11
**extradite [1]** 23/5
**extradition [3]** 20/22 23/3 23/5
**extremely [2]** 22/7 22/7

## F

**faced [2]** 24/1 24/18
**facilities [2]** 18/14 19/19
**facility [1]** 15/5
**facing [7]** 9/22 14/21 15/9 18/23 19/1 19/6 25/18
**fact [7]** 6/5 7/4 8/3 18/9 19/5 22/14 25/17
**factor [3]** 17/12 22/10 28/1
**factors [1]** 14/17
**facts [1]** 27/12
**failed [4]** 6/1 6/2 13/4 27/2
**failure [1]** 2/17
**false [1]** 27/8
**family [17]** 4/7 8/3 8/8 8/12 8/13 8/24 8/24 9/17 11/8 14/20 14/24 15/2 16/10 22/24 23/1 26/10 26/12
**family's [2]** 20/12 24/4
**fanciful [1]** 9/19
**Far [1]** 4/3
**fashion [1]** 12/21
**fashioned [1]** 22/3
**FBI [9]** 9/20 10/23 11/1 11/4 11/11 11/15 13/13 15/20 15/23
**fears [1]** 24/12
**Federal [3]** 1/22 2/7 29/23
**feel [2]** 23/23
**Fifteen [1]** 17/13
**fight [1]** 16/16
**file [4]** 28/14 28/24 29/7 29/8
**filed [2]** 2/9 10/1
**Finally [1]** 19/11
**financial [2]** 5/5 7/17
**find [2]** 26/17 28/8
**fine [1]** 3/15
**fingertips [1]** 19/18
**firm [1]** 5/9
**first [6]** 2/3 2/22 10/21 16/23 17/20 21/11
**five [3]** 11/21 11/22 12/3
**FL [4]** 1/17 1/20 1/23 29/24
**flee [3]** 15/11 17/16 19/9 24/13 25/19
**fleeing [2]** 9/22 16/23
**flees [1]** 26/3
**flight [9]** 5/14 7/24 9/10 9/14 14/12 14/15 20/2 22/5 22/19
**floor [4]** 4/2 4/13 11/13 20/9
**floors [1]** 10/10
**FLORIDA [2]** 1/1 1/4
**flsd.uscourts.gov [2]** 1/23 29/24
**fly [1]** 16/5
**focus [1]** 14/14
**focused [2]** 18/7 18/13
**following [1]** 3/24
**foregoing [1]** 29/18
**foreign [1]** 23/6
**form [1]** 28/21
**format [1]** 28/22

**F**

**former [2]** 5/1 5/16
**formerly [1]** 11/3
**forward [3]** 22/12 22/15 23/13
**found [1]** 5/25
**four [3]** 14/19 14/21 14/25
**Fox [1]** 12/18
**Frankly [1]** 27/19
**fraud [3]** 18/19 18/25 19/6
**friend [1]** 4/7
**friends [1]** 8/3
**front [1]** 18/21
**future [1]** 21/9

**G**

**general [1]** 12/9
**George [4]** 4/20 4/22 5/12 11/3
**get [11]** 9/14 11/1 13/8 13/18 15/9 15/22
  15/23 16/4 16/4 16/9 16/26/3
**Ghislaine [1]** 19/15
**Gil [2]** 9/1 9/5
**give [3]** 13/19 15/15 25/23
**given [3]** 10/11 22/11 23/10
**gives [2]** 16/14 17/15
**giving [1]** 8/15
**Global [7]** 4/4 4/17 4/21 4/25 10/18 11/3
  11/9
**go [7]** 16/4 16/14 16/18 23/21 25/2 28/9
  29/3
**goes [1]** 15/7
**going [18]** 2/3 4/9 5/3 7/24 8/13 8/21
  9/17 10/6 10/15 11/16 13/18 15/19 16/20
  16/25 20/8 24/25 28/9 28/20
**gone [1]** 16/6
**good [4]** 2/25 3/4 3/7 28/17
**got [1]** 7/2
**government [38]**
**government's [7]** 2/13 3/18 4/3 6/12
  6/15 21/5 23/16
**GPS [1]** 27/15
**granted [1]** 6/10
**guards [1]** 10/13
**guess [1]** 3/11
**guidelines [1]** 18/20
**guilty [1]** 2/12
**guns [1]** 13/12

**H**

**had [7]** 3/18 11/24 12/19 13/13 13/14
  19/18 26/16
**hand [1]** 19/3
**handcuffed [2]** 10/8 10/9
**happened [1]** 19/5
**happy [2]** 19/23 29/6
**harm [1]** 14/24
**harping [1]** 17/10
**has [38]**
**hasn't [1]** 11/25
**have [61]**
**having [1]** 29/8
**he [43]**
**he's [5]** 9/21 9/22 10/6 11/24 20/22
**head [2]** 15/17 15/19
**health [1]** 17/23
**hear [1]** 5/12
**heard [2]** 25/5 26/21

**hearing [8]** 1/9 5/9 18/10 26/9 27/7
  28/14
**help [2]** 9/25 15/9
**her [4]** 6/24 26/23 28/4 28/6
**here [27]** 3/8 3/25 5/21 7/23 10/9 14/11
  14/18 15/10 15/13 15/18 16/25 17/7
  17/11 17/24 19/3 19/8 21/4 21/25 22/2
  22/4 22/5 22/10 24/1 24/11 24/12 27/11
  27/24
**hereby [1]** 2/8 29/18
**herring [1]** 6/6
**higher [1]** 4/13
**highly [1]** 21/10
**him [15]** 4/24 11/25 16/14 16/15 16/17
  16/19 16/22 16/24 16/25 20/9 23/2 25/19
  27/14 27/23 29/6
**himself [2]** 8/2 25/16
**his [22]** 7/12 7/20 9/25 11/4 11/8 11/20
  12/7 12/15 12/23 14/9 16/13 16/15 16/21
  18/1 21/18 22/18 23/1 23/25 27/13 27/15
  27/16 27/16
**history [1]** 6/20
**home [9]** 3/22 3/23 5/20 5/23 7/7 7/11
  7/13 11/20 27/13
**Honor [25]** 2/25 3/4 4/24 5/22 10/3 12/7
  14/1 14/15 14/19 15/7 16/8 16/9 16/18
  17/2 17/10 18/17 19/10 19/11 19/22 25/4
  25/5 27/1 27/6 28/13 28/23
**HONORABLE [1]** 1/10
**horrific [1]** 13/15
**host [1]** 14/11
**hours [1]** 10/16
**house [3]** 3/20 16/13 18/16
**how [3]** 20/3 25/6 25/9
**HOWARD [2]** 1/18 3/5
**however [1]** 13/8
**hypothetical [1]** 3/19

**I**

**identification [1]** 27/9
**identified [1]** 3/25
**identifies [1]** 29/10
**identify [3]** 25/10 28/5 29/3
**identifying [1]** 27/22
**identity [6]** 26/21 27/3 27/7 27/20 28/7
  28/9
**immigrants [1]** 23/1
**impeach [1]** 2/13
**important [2]** 17/12 22/10
**improving [2]** 18/8 18/12
**inadequate [1]** 19/20
**inappropriate [1]** 29/4
**inaudible [1]** 21/8
**incarceration [1]** 19/2
**incentive [4]** 15/10 17/16 24/16 25/19
**incentives [2]** 19/8 24/8
**include [3]** 3/22 3/23 17/4
**includes [2]** 2/11 17/4
**including [3]** 2/18 14/13 27/14
**incredible [1]** 14/24
**incredibly [1]** 17/11
**Indeed [1]** 19/4
**indictment [3]** 21/14 25/22 27/8
**indigent [1]** 14/4
**individual [2]** 24/3 27/12
**individually [1]** 25/12 25/19

**individuals [1]** 19/17
**ineffective [1]** 17/1
**information [4]** 9/24 11/1 16/11 17/2
**initially [1]** 12/19
**inmates [1]** 18/16
**innocence [1]** 12/25
**innocent [1]** 6/19
**instructions [1]** 2/20
**insulting [2]** 12/12 12/13
**intended [1]** 3/20
**intention [2]** 9/21 9/22
**interest [1]** 5/6
**international [1]** 20/8
**investigating [1]** 9/21
**investments [1]** 17/5
**involved [1]** 5/9 18/24 18/25
**is [141]**
**island [2]** 16/4 20/4
**isn't [1]** 20/6
**Israel [7]** 9/11 9/12 9/14 9/15 9/18 22/2
  22/25
**Israeli [7]** 12/11 22/25 23/1 23/4 23/7
  23/8 23/10
**issue [5]** 18/12 22/5 22/19 27/20 27/22
**issues [4]** 12/4 27/8 27/9 27/9
**it [50]**
**it's [8]** 5/2 6/2 6/5 9/19 10/11 13/17
  17/21 20/18
**its [6]** 2/10 21/1 21/24 24/22 26/20 28/8
**itself [1]** 7/6

**J**

**jail [8]** 6/16 6/20 7/20 10/5 14/25 15/4
  15/9 17/14
**James [1]** 20/7
**January [2]** 1/5 29/22
**Jeffrey [1]** 19/15
**Jeffries [5]** 7/8 7/10 17/17 17/20 18/1
  15/16 20/9
**jet [2]** 15/16 20/9
**Jill [5]** 1/21 1/23 29/22 29/22 29/24
**job [1]** 23/14
**joined [1]** 3/3
**judge [16]** 1/10 3/16 6/10 6/12 7/23
  10/17 11/8 12/17 12/19 12/20 13/5 18/9
  18/9 20/15 20/23 27/10
**judges [5]** 5/9 13/14 13/15 19/13 19/20
**jury [1]** 2/19
**just [13]** 5/1 5/22 9/14 9/19 12/12 15/7
  16/1 20/17 23/4 24/6 24/18 25/16 28/24
**justice [1]** 23/18

**K**

**KAIYA [2]** 1/13 3/1
**keep [2]** 15/4 15/6 17/10
**Keith [1]** 19/16
**kids [1]** 9/18
**kind [1]** 12/15
**kinds [2]** 5/3 5/10
**knew [1]** 6/23
**know [16]** 3/11 5/22 8/4 8/13 8/16 8/21
  9/23 11/12 12/2 12/14 17/6 17/9 20/3
  20/5 22/23 22/25
**known [2]** 7/7 9/20

**L**

**lam [1]** 8/20

## L

**last [3]** 3/14 7/17 7/17
**later [1]** 25/3
**LAUREN [2]** 1/15 3/3
**law [9]** 5/1 5/16 10/7 11/12 14/2 14/6 15/17 15/23 27/14
**Lawrence [1]** 12/17
**lawsuits [1]** 9/25
**lawyers [2]** 9/24 9/25
**leave [4]** 8/13 10/5 10/5 15/20
**left [1]** 26/19
**less [1]** 24/13
**let [4]** 5/7 5/22 10/25 10/25
**Let's [1]** 6/18
**life [6]** 12/15 14/22 16/21 17/15 18/21 22/11
**light [1]** 20/18
**like [5]** 3/14 8/23 9/4 19/16 20/1
**likely [1]** 13/18
**likewise [1]** 7/13
**limitations [1]** 12/4
**limited [1]** 2/19
**limiting [1]** 10/2
**linked [1]** 27/14
**liquid [1]** 17/4
**lives [3]** 8/20 14/24 14/25
**living [1]** 11/20
**local [3]** 11/12 11/15 15/20
**location [2]** 16/14 27/16
**locations [1]** 4/14
**locator [1]** 27/15
**long [1]** 13/8
**look [3]** 20/25 23/22 28/2
**looked [1]** 23/15
**looking [2]** 22/6 27/24
**lose [1]** 8/9
**lot [4]** 9/11 16/1 21/25 24/11
**Ludwickson [1]** 6/9
**luxury [1]** 4/4

## M

**made [6]** 9/23 15/3 17/22 20/13 20/19 22/15
**magistrate [4]** 1/10 6/10 12/19 12/21
**maintain [1]** 14/15
**majority [1]** 19/4
**make [11]** 10/2 12/8 12/13 13/8 15/24 16/4 16/15 20/5 20/22 23/5 23/23
**makes [2]** 12/10 22/12
**mandatory [6]** 14/21 17/11 18/19 19/2 19/6 22/9
**Manhattan [1]** 20/4
**many [6]** 19/12 22/14 22/21 24/8 25/6 25/9
**marshal [1]** 25/1
**marshals [1]** 18/16
**Maryland [1]** 2/10
**materials [1]** 28/14
**matter [3]** 3/9 28/12 29/20
**Maxwell [1]** 19/16
**may [2]** 4/22 29/3
**MDC [1]** 18/11
**me [6]** 5/7 5/22 7/16 18/22 23/22 25/7
**measured [1]** 7/10
**meet [1]** 24/17
**men [3]** 4/25 5/21 6/2

**mere [2]** 5/8 6/5
**met [5]** 4/17 21/1 21/24 24/22 28/8
**methods [1]** 29/7
**Metropolitan [1]** 18/5
**Miami [11]** 1/4 1/17 1/20 3/25 4/9 4/23 5/14 10/10 10/19 15/14 20/1
**Miami-Dade [2]** 3/25 10/10
**might [3]** 5/23 6/12 24/3
**military [1]** 12/11
**million [1]** 7/11
**Mills [1]** 5/16
**MILTON [1]** 1/18
**minimum [6]** 14/21 17/11 18/20 19/2 19/7 22/9
**mitigate [2]** 2/14 21/13
**mitigated [1]** 14/12
**mj [3]** 1/2 2/23 28/19
**moment [6]** 10/3 13/22 16/3 16/8 19/10 26/6
**Monday [3]** 3/9 14/19 16/12
**money [4]** 8/15 8/16 15/3 15/4
**monitored [1]** 20/20
**monitoring [1]** 5/17
**month [1]** 7/17
**months [3]** 9/20 13/7 13/17
**more [8]** 11/1 11/7 11/7 12/3 13/6 20/22 25/13 28/1
**morning [3]** 2/25 3/4 3/7
**most [1]** 9/13
**motion [1]** 6/17
**moves [1]** 11/14
**Mr. [20]** 5/16 5/18 6/3 7/8 7/8 7/10 7/13 17/18 17/20 17/20 18/1 19/25 20/24 21/3 23/14 24/24 24/25 25/11 26/16 28/24
**Mr. Alexander [1]** 24/25
**Mr. Alexander's [1]** 21/3
**Mr. Alon [1]** 24/24
**Mr. Jeffries [4]** 7/8 7/10 17/20 18/1
**Mr. Mills [1]** 5/16
**Mr. Napout [1]** 5/18
**Mr. Piro [1]** 6/3
**Mr. Smith [3]** 7/8 7/13 17/20
**Mr. Srebnick [7]** 17/18 19/25 20/24 23/14 25/11 26/16 28/24
**Ms. [1]** 27/5
**Ms. Espinosa [1]** 27/5
**much [6]** 9/23 9/23 11/9 15/22 17/20 18/2
**multiple [1]** 27/14
**murder [1]** 13/12
**must [2]** 2/16 12/11
**my [4]** 3/5 17/21 24/10 29/19

## N

**N-A-P-O-U-T [1]** 5/18
**name [1]** 27/16
**Napout [4]** 5/18 6/9 10/19 18/17
**nature [2]** 7/5 22/6
**NE [1]** 1/16
**near [1]** 20/2
**necessary [3]** 9/7 18/13 27/2
**need [4]** 13/6 15/22 20/10 28/11
**needs [4]** 4/10 9/6 15/16 18/16
**neither [1]** 7/14
**net [1]** 7/10
**never [2]** 6/2 17/13

**New [18]** 1/4 1/14 1/14 3/2 4/10 4/12 5/19 6/12 7/7 7/9 10/17 10/18 10/20 12/17 18/7 18/15 19/13 20/15
**New York [13]** 3/2 4/10 5/19 6/12 7/7 7/9 10/17 10/18 10/20 12/17 18/7 19/13 20/15
**next [3]** 13/7 13/17 26/9
**no [15]** 1/2 3/19 4/13 5/25 6/19 8/11 11/25 15/3 18/19 20/14 21/1 21/16 24/23 26/8 26/17
**none [1]** 6/1
**nonetheless [1]** 21/22
**nonpublic [1]** 17/23
**nonsensical [1]** 20/5
**nonviolent [1]** 19/5
**normally [1]** 22/19
**not [54]**
**note [4]** 16/9 17/2 18/14 19/11
**noted [1]** 14/19
**nothing [8]** 6/19 6/23 9/21 12/10 20/13 20/14 20/14 29/10
**noticed [1]** 11/15
**notion [2]** 9/16 25/16
**notwithstanding [1]** 23/20
**now [19]** 3/19 4/17 4/24 5/14 6/22 7/17 9/13 12/16 14/2 14/14 14/19 15/3 15/12 17/10 17/17 18/5 20/1 20/2 20/7
**number [4]** 7/8 10/11 18/14 25/10

## O

**object [1]** 15/3
**objection [1]** 6/12
**obligation [1]** 2/8
**obviously [1]** 17/15
**ocean [1]** 15/15
**off [1]** 13/9
**offense [2]** 21/16 22/6
**offenses [1]** 19/18
**offer [4]** 8/2 8/3 8/9 26/11
**offered [3]** 6/6 10/25 20/13
**offering [2]** 4/7 7/15
**Office [4]** 1/13 1/16 10/22 10/23
**officer [1]** 5/16
**officers [1]** 10/7
**offices [1]** 5/10
**Official [2]** 1/22 29/23
**okay [6]** 3/14 19/24 20/25 27/4 27/19 29/13
**older [2]** 17/20 18/2
**one [13]** 4/20 10/12 11/25 13/4 16/8 17/25 19/10 23/18 23/18 25/5 26/3 26/23 28/15
**only [5]** 11/17 14/7 18/10 23/21 23/24
**opinion [2]** 12/18 12/23
**opportunity [2]** 8/1 24/9
**option [1]** 10/3
**options [3]** 10/2 13/9 26/15
**order [5]** 2/1 11/6 25/2 28/9 28/21
**Oren [1]** 28/18
**Oren's [1]** 26/8
**other [16]** 2/21 6/23 8/7 11/10 17/6 20/3 21/23 22/21 24/2 25/25 26/7 26/13 26/14 26/15 26/25 28/6
**others [1]** 19/16
**our [3]** 3/18 13/10 14/14
**out [12]** 6/13 6/16 7/20 11/5 15/4 15/7

**O**

out... **[6]** 15/9 15/22 16/5 16/15 29/9 29/12
outside **[1]** 16/10
over **[1]** 6/12
overcome **[1]** 9/9
overruled **[1]** 12/21
own **[2]** 16/13 19/19
owns **[1]** 16/10

**P**

P.A **[1]** 1/19
PACER **[2]** 28/15 29/1
package **[1]** 26/2
Page **[2]** 4/18 5/17
Page monitoring **[1]** 5/17
Pages **[1]** 1/7
paid **[3]** 5/2 6/5 6/13
Palm **[1]** 1/23 29/24
Paraguay **[1]** 5/19
parents **[2]** 9/3 16/13
parents' **[1]** 17/3
parking **[2]** 11/22 11/24
participated **[1]** 5/20
particular **[3]** 17/24 18/1 28/12
particularly **[1]** 22/22
particulars **[1]** 25/23
passports **[1]** 9/12
Pause **[1]** 13/23
pays **[1]** 5/10
peacefully **[1]** 11/20
penalties **[3]** 22/8 24/18 25/13
people **[4]** 10/11 24/12 25/9 29/3
percentage **[1]** 17/8
perhaps **[1]** 9/13
period **[2]** 4/8 4/15
permission **[1]** 15/21
person **[6]** 9/6 11/3 12/15 27/7 27/17 27/18
personal **[2]** 9/2 22/18
persuasion **[1]** 20/16
phone **[6]** 4/19 4/23 5/15 10/24 20/21 27/15
phones **[1]** 20/20
photograph **[3]** 27/23 27/25 28/2
photographs **[2]** 26/23 29/1
physically **[1]** 10/18
pinging **[1]** 27/16
Piro **[5]** 4/20 4/22 5/13 6/3 11/3
place **[5]** 4/5 13/13 16/16 16/23 23/5
placed **[2]** 13/16 13/19
places **[1]** 22/21
plagued **[1]** 13/12
PLAINTIFF **[1]** 1/12
plan **[2]** 4/5 4/14
plane **[2]** 15/24 16/5
please **[5]** 2/2 2/22 3/13 29/10 29/11
pledging **[1]** 8/16
point **[1]** 26/19
pointed **[1]** 15/7
points **[1]** 11/14
police **[3]** 11/15 15/20 16/7
poor **[1]** 8/1
posed **[1]** 12/2
position **[1]** 23/2
possibility **[2]** 14/22 17/15

post **[1]** 26/14
potential **[3]** 2/14 5/5 22/11
potentially **[2]** 23/7 23/9
PowerPoint **[1]** 28/25
precleared **[1]** 10/22
prefers **[1]** 11/10
prepared **[2]** 4/5 9/5
preponderance **[1]** 21/6
present **[3]** 3/12 7/24 22/19
presentation **[2]** 20/13 20/19
presented **[3]** 22/4 25/20 26/23
presumed **[1]** 6/18
presumption **[8]** 7/4 12/25 13/1 20/17 21/16 21/20 21/22 22/1
pretrial **[3]** 3/8 4/8 4/15
prevent **[3]** 15/19 16/22 16/25
primarily **[3]** 14/15 17/5 22/25
principle **[1]** 16/19
prior **[1]** 29/8
prison **[3]** 14/22 14/24 17/13
Prisons **[1]** 18/16
private **[14]** 5/8 5/24 6/8 7/15 14/3 14/8 15/5 15/15 15/16 15/18 15/24 16/5 16/6 19/19
probable **[2]** 21/10 21/14
problematic **[1]** 7/20
Procedure **[1]** 2/7
proceedings **[3]** 2/20 4/11 29/14
Process **[2]** 2/4 2/6
production **[2]** 20/18 20/19
proffer **[2]** 25/8 25/24
proffered **[1]** 27/11
progeny **[1]** 2/10
properly **[1]** 27/9
properties **[2]** 16/10 17/5
property **[1]** 15/12
proposal **[3]** 3/17 3/18
proposed **[6]** 4/14 14/13 15/12 26/3 26/16 28/21
prosecution **[1]** 16/21
prosecutor **[1]** 25/25
prosecutors **[1]** 11/4
protection **[2]** 7/21 14/6
protections **[3]** 2/5 2/6 23/11
provided **[2]** 16/12 17/3
proving **[3]** 21/1 21/21 24/23
public **[1]** 28/25
published **[1]** 12/23
pun **[1]** 3/19
Pursuant **[1]** 2/6
put **[4]** 15/4 15/8 20/8 23/13
puts **[1]** 23/2

**Q**

qualified **[1]** 12/9
quantify **[1]** 25/6
question **[6]** 16/19 16/20 16/22 16/24 17/8 27/6
questions **[1]** 19/22
quite **[2]** 3/19 15/14
quote **[1]** 6/17

**R**

raid **[1]** 13/13
raises **[1]** 17/7
Raniere **[1]** 19/17

RAYMIE **[2]** 1/18 3/9
reach **[2]** 15/23 15/23
reaction **[1]** 20/10
read **[1]** 13/10
real **[1]** 11/11
real-time **[1]** 11/11
realize **[1]** 24/4
really **[5]** 22/5 22/18 22/24 23/23 24/15
reason **[2]** 14/17 19/9
reasonably **[7]** 21/2 21/13 21/17 23/24 24/7 24/20 24/24
reasons **[3]** 14/11 17/19 17/23
rebut **[1]** 20/13
rebuttable **[3]** 7/4 13/1 20/17
rebuttal **[1]** 21/16
recall **[1]** 18/3
recognize **[4]** 22/17 23/3 23/4 24/2
recognized **[3]** 12/23 12/25 12/25
record **[1]** 28/20
recording **[2]** 1/9 29/20
records **[1]** 27/14
red **[1]** 6/6
redactions **[1]** 29/6
reduce **[1]** 15/18
refer **[1]** 25/5
Reform **[1]** 14/5
regard **[3]** 12/1 20/12 21/23
Regardless **[1]** 21/20
rejected **[2]** 19/13 19/20
relatively **[1]** 10/11
release **[5]** 3/23 4/8 4/16 12/22 17/23
released **[6]** 7/11 7/13 10/6 14/3 14/8 14/9
relied **[1]** 19/5
relying **[1]** 25/7
remain **[1]** 18/12
remanded **[2]** 25/1 26/3
remember **[1]** 4/22
remote **[1]** 10/15
removal **[3]** 1/9 26/19 27/2
remove **[1]** 16/17
removed **[1]** 28/10
report **[1]** 22/23
reported **[2]** 1/21 6/24
Reporter **[1]** 1/22 29/23
representations **[1]** 17/22
reputation **[1]** 5/4
request **[1]** 2/17
required **[9]** 7/14 19/21 21/3 21/5 21/18 21/21 23/25 24/20 24/24
requirements **[1]** 2/5
requires **[1]** 10/8
reside **[1]** 4/15
resources **[1]** 7/18
respect **[1]** 28/12
respond **[3]** 6/15 7/6 20/3
responding **[1]** 20/11
response **[2]** 3/17 27/5
rest **[4]** 8/19 14/23 14/25 16/21
result **[2]** 2/18 24/25
resulted **[1]** 17/23
review **[1]** 28/4
reviewed **[1]** 3/10
rich **[1]** 8/1
right **[5]** 4/9 4/23 6/10 9/13 16/3
risk **[15]** 7/24 8/5 8/12 8/18 8/24 9/9

**R**

risk... **[9]**  14/12 14/14 15/1 20/2 21/11
21/13 22/5 22/19 24/4
RMR **[2]**  1/21 29/22
routinely **[2]**  8/4 19/20
row **[1]**  4/18
ruin **[2]**  5/4 5/5
rule **[2]**  2/7 24/25
Rules **[1]**  2/7
rulings **[1]**  25/3

**S**

safeguard **[3]**  7/14 9/5 9/9
safety **[3]**  11/18 21/3 21/18
said **[9]**  5/22 8/7 8/8 12/21 18/10 20/16
21/25 24/17 25/25
same **[2]**  14/4 25/13
SANCHEZ **[1]**  1/10
sanctions **[2]**  2/18 2/21
satisfied **[2]**  13/9 26/20
satisfy **[6]**  5/11 7/23 11/8 11/18 13/6
26/18
say **[8]**  4/8 5/7 5/22 7/22 11/25 20/3
24/21 26/21
saying **[4]**  20/7 25/12 25/17 25/21
scope **[1]**  2/9
seal **[2]**  28/16 28/25
Sean **[1]**  19/15
seated **[2]**  2/2 3/14
second **[2]**  4/18 14/2
secure **[1]**  9/13
secured **[1]**  9/3
security **[10]**  5/9 5/24 6/8 7/15 10/12
11/10 14/3 14/8 15/18 16/6
see **[3]**  8/23 20/10 23/22
seen **[2]**  3/20 6/22
sensational **[1]**  12/24
sentence **[4]**  2/15 14/21 18/20 22/11
separate **[1]**  28/5
serious **[3]**  19/17 22/7 22/7
seriously **[1]**  23/12
serve **[1]**  12/9
set **[3]**  8/17 11/8 13/1
sets **[1]**  3/21
setting **[1]**  9/2
seven **[1]**  10/16
several **[1]**  16/10
severe **[1]**  14/12
sex **[5]**  7/5 7/12 12/19 18/25 19/17
sharing **[1]**  12/15
she **[10]**  12/8 12/10 25/6 25/10 25/23
25/24 26/12 26/24 28/5 28/6
short **[1]**  26/17
should **[5]**  7/2 13/16 13/18 16/15 16/24
show **[2]**  2/11 15/7
showing **[4]**  8/5 8/23 28/25 29/1
shown **[2]**  12/6 13/3
shows **[1]**  29/11
sic **[1]**  23/7
significant **[1]**  12/3
similar **[4]**  22/15 22/16 23/10 28/3
simply **[5]**  14/9 17/1 18/23 19/2 26/17
since **[1]**  3/20
single **[2]**  11/21 13/4
site **[1]**  4/5
sitting **[1]**  27/24

situation **[2]**  5/23 19/3
situations **[1]**  6/8
skiing **[1]**  27/23
slightly **[1]**  15/18
small **[1]**  10/11
Smith **[3]**  7/8 7/13 17/20
sneak **[1]**  9/18
so **[23]**  4/14 4/25 6/25 7/19 9/23 9/23
10/14 11/9 11/9 12/14 13/5 17/6 19/2
20/1 20/4 20/20 22/14 25/4 25/20 26/10
26/19 27/1 28/8
some **[5]**  3/12 12/11 17/21 25/23 27/22
someone **[5]**  6/16 8/2 17/13 23/5 23/7
something **[7]**  3/19 7/1 8/7 10/4 18/6
18/8 25/18
son **[3]**  8/20 8/21 22/25
sons **[2]**  15/4 15/8
sort **[2]**  16/2 22/18
sorts **[1]**  24/4
sounds **[1]**  20/1
SOUTHERN **[5]**  1/1 1/14 3/2 18/7 19/12
speak **[3]**  4/23 4/24 10/25
special **[1]**  4/22
specific **[1]**  19/22
spend **[1]**  14/23
spent **[1]**  17/14
SREBNICK **[10]**  1/18 1/19 3/5 17/18
19/25 20/24 23/14 25/11 26/16 28/24
stage **[1]**  29/4
staking **[1]**  17/9
stand **[3]**  4/18 11/4 25/9
standing **[2]**  4/18 6/3
start **[2]**  15/17 15/19
started **[1]**  10/1
STATES **[8]**  1/1 1/3 1/10 1/13 1/16
12/18 16/11 16/17
States' **[1]**  2/8
statute **[1]**  12/4
stay **[2]**  4/9 16/16
still **[2]**  21/20 25/21
stop **[1]**  16/6
stopped **[2]**  15/25 18/3
Street **[3]**  1/16 1/22 29/23
strength **[1]**  7/1
strong **[1]**  22/13
strongly **[1]**  14/16
subject **[2]**  5/4 5/5
submissions **[1]**  3/11
submit **[2]**  27/1 28/21
submitted **[2]**  3/17 28/15
subscribing **[1]**  27/16
substantial **[1]**  24/13
substantive **[1]**  25/12
successfully **[2]**  5/19 15/17
such **[3]**  5/25 11/13 11/13
suffers **[1]**  14/24
sufficient **[3]**  21/9 25/14 26/1
suggest **[3]**  6/25 9/21 26/22
suggested **[1]**  24/12
suggesting **[1]**  9/16
suicides **[1]**  13/12
Suite **[1]**  1/20
summarizing **[1]**  25/2
supervising **[1]**  27/10
supervision **[2]**  5/20 11/6
Supp **[1]**  12/24

support **[2]**  9/4 17/23/24
supported **[2]**  12/10 25/8
supports **[1]**  8/4
suppose **[1]**  26/6
supposed **[2]**  6/20 20/5
sure **[3]**  11/24 13/8 13/10
surety **[3]**  9/2 9/5 9/7
surveilled **[1]**  4/5
surveyed **[1]**  4/5
system **[1]**  23/17

**T**

take **[3]**  8/17 9/17 13/18
taken **[1]**  27/9
takes **[1]**  13/8
taking **[2]**  5/13 9/12
Tal **[1]**  4/12
Tal's **[1]**  26/8
talk **[2]**  10/25 18/17
Tel **[1]**  16/13
Tel Aviv **[1]**  16/13
telephone **[1]**  6/4
tell **[4]**  3/10 23/16 27/24 28/1
tending **[1]**  2/11
term **[1]**  19/2
terms **[3]**  21/25 25/25 27/3
testified **[4]**  12/7 25/6 25/22 28/5
testify **[1]**  6/24
testimony **[1]**  6/22
than **[6]**  6/23 12/3 17/21 20/3 25/13
28/2
Thank **[8]**  3/16 13/24 13/25 14/1 19/24
20/23 20/24 29/13
that **[213]**
that's **[12]**  3/15 5/2 6/6 6/7 6/14 8/23
9/18 12/4 13/17 18/6 18/12 28/1
their **[26]**  4/20 5/4 6/16 6/17 6/17 8/6
8/20 8/20 8/21 9/12 12/16 14/17 14/23
14/25 14/25 15/4 15/8 15/24 16/2 16/3
16/4 17/8 17/12 17/23 19/18 19/19
them **[14]**  7/2 11/5 11/9 15/6 15/9 15/9
16/2 16/6 17/15 19/23 23/16 26/5 27/25
28/5
themselves **[2]**  5/4 5/5
then **[3]**  6/13 21/12 26/2
theoretically **[1]**  16/19
there **[30]**
there's **[5]**  5/8 13/5 15/10 20/16 27/19
these **[17]**  4/25 5/3 5/20 6/18 12/12
12/12 12/24 13/4 15/10 16/1 16/22 16/25
17/21 17/24 22/6 23/15 25/18
they **[41]**
thing **[3]**  9/11 23/22 23/24
things **[4]**  24/4 25/4 25/25 26/15
think **[33]**
this **[47]**
those **[10]**  5/10 8/3 11/16 11/17 12/13
13/16 13/19 23/18 25/3 29/3
though **[1]**  18/21
thought **[5]**  5/23 8/7 9/11 26/14 26/16
three **[3]**  14/19 14/21 14/24
through **[2]**  22/24 23/21
ticket **[2]**  11/22 11/24
tier **[1]**  23/17
ties **[3]**  22/20 22/21 22/24
time **[8]**  3/11 3/14 10/17 11/11 15/22

**T**

**time...** [3]  15/25 17/14 20/10
**timely** [1]  2/17
**today** [9]  5/21 6/3 9/1 12/5 12/6 14/14
20/19 20/25 27/24
**together** [6]  3/5 4/19 5/17 6/3 12/6 20/8
**too** [2]  20/4 24/8
**tough** [1]  24/21
**trafficking** [7]  7/5 7/12 12/19 18/25
19/17
**TRANSCRIBED** [1]  1/9
**transcription** [1]  29/19
**transport** [1]  10/19
**transported** [1]  10/9
**travel** [1]  16/2
**treaty** [1]  23/3
**trial** [3]  13/8 13/18 27/9
**trip** [1]  16/3
**trying** [3]  6/16 6/25 7/19
**two** [13]  3/25 4/6 4/14 7/7 9/17 10/12
12/16 23/17 25/4 26/22 26/23 27/25 28/2
**two-bedroom** [1]  3/25 4/6 10/12
**two-tier** [1]  23/17
**type** [1]  22/4

**U**

**U.K** [1]  7/13
**U.S** [3]  5/9 10/21 10/22
**ultimately** [2]  16/20 23/21
**Uncle** [1]  9/1
**under** [12]  5/20 9/18 11/5 11/6 11/16
14/4 14/6 22/15 23/25 24/16 28/16 28/25
**underlying** [1]  27/8
**understand** [8]  6/18 23/9 23/16 25/11
25/21 26/12 26/13 27/22
**understanding** [1]  17/21
**undertake** [1]  11/5
**unit** [2]  10/13 10/13
**UNITED** [9]  1/1 1/3 1/10 1/13 1/16 2/8
12/18 16/11 16/17
**United States** [3]  12/18 16/11 16/17
**unlikely** [1]  18/20
**unsafe** [1]  13/14
**until** [1]  5/13
**up** [6]  6/22 10/10 15/4 15/9 17/18 27/10
**us** [4]  10/25 10/25 13/3 16/12
**use** [3]  7/2 7/23 19/19
**used** [4]  2/13 2/14 4/7 18/15

**V**

**v.** [1]  2/10
**V2** [8]  4/4 4/17 4/20 4/25 10/13 10/18
11/3 11/9
**value** [1]  17/4
**vast** [1]  19/4
**very** [6]  14/15 18/7 18/12 18/20 19/25
28/17
**vetted** [1]  10/21
**victims** [3]  22/11 22/14 29/11
**video** [1]  10/15
**view** [1]  7/19
**Vilardo** [3]  12/18 12/20 20/15
**violation** [1]  14/5
**violence** [1]  18/24
**vs** [1]  1/5

**W**

**wait** [1]  16/3
**waiving** [1]  20/22
**walk** [1]  9/14
**WALSH** [2]  1/18 3/6
**want** [8]  3/11 6/15 8/4 11/24 16/9 16/18
17/17 26/10
**wants** [5]  4/24 5/12 7/21 10/17 11/1
**wartime** [1]  9/18
**was** [26]  4/22 5/16 5/16 6/10 6/11 6/17
6/22 7/10 7/11 7/14 7/16 12/8 13/13
17/25 18/23 18/24 18/25 18/25 19/1 25/8
25/24 27/13 27/16 27/17 27/20 28/1
**waste** [1]  20/10
**watch** [2]  6/2 10/15
**water** [3]  15/14 20/2 20/4
**waterways** [1]  15/14
**way** [7]  5/2 6/16 7/20 15/24 16/4 16/15
24/18
**we** [54]
**wealth** [9]  9/3 14/9 17/8 19/18 20/12
20/14 24/10 24/10 24/13
**wealthy** [2]  23/18 23/19
**week** [1]  10/16
**weeks** [1]  18/10
**weight** [3]  22/12 25/15 25/20
**well** [7]  7/7 8/11 19/16 20/18 23/2 25/19
**well-known** [1]  7/7
**wells** [5]  1/21 1/23 29/22 29/22 29/24
**went** [2]  4/4 17/25
**were** [5]  4/19 10/24 17/20 25/7 26/7
**West** [2]  1/23 29/24
**Western** [2]  12/17 20/15
**what** [19]  3/24 8/20 11/7 11/7 13/17
14/9 17/8 20/5 22/12 24/1 24/10 24/11
25/21 25/22 25/25 26/10 26/15 26/21
27/5
**what's** [2]  6/23 26/19
**Whatever** [1]  9/6
**when** [7]  10/17 10/24 13/19 14/4 20/16
26/23 27/17
**where** [16]  4/15 5/8 5/14 5/23 6/1 6/8
6/9 11/15 11/16 12/19 13/4 19/5 19/6
19/13 24/2 24/12
**wherever** [1]  10/6
**whether** [5]  20/25 21/12 21/23 26/15
26/20
**which** [7]  4/12 7/14 9/22 10/21 14/7
16/14 27/13
**while** [4]  16/16 22/1 23/3 24/10
**who** [22]  5/1 5/19 6/3 6/23 6/24 9/1 9/8
10/14 12/7 12/15 17/13 18/1 19/18 19/18
22/11 22/15 23/7 23/8 23/18 27/7 28/1
29/3
**whoever** [1]  11/1
**whose** [2]  7/10 23/8
**why** [1]  14/11
**wife** [4]  9/17 12/7 23/1 23/8
**will** [47]
**willing** [14]  8/5 8/8 8/9 8/12 8/17 8/19
8/24 8/24 9/2 11/4 15/4 26/11 26/12
26/14
**willingness** [2]  24/4 24/15
**within** [1]  2/9
**without** [2]  2/17 15/21
**witness** [2]  25/9 26/21
**witnesses** [3]  2/13 29/4 29/11

**Word** [1]  28/22
**work** [6]  5/24 10/4 24/3 26/16 29/9
29/12
**worked** [1]  6/13
**working** [1]  9/24
**world** [3]  9/13 17/16 22/21
**worries** [1]  25/7
**worth** [1]  7/10
**would** [29]  2/24 3/14 3/20 4/15 8/9 8/23
9/4 12/14 13/6 14/4 14/8 16/2 16/5
20/21 21/12 21/17 22/19 23/6 23/22
24/17 24/20 26/7 26/16 26/17 27/25
28/24 29/3 29/4 29/7
**written** [1]  25/2
**wrote** [1]  12/18

**Y**

**year** [5]  7/8 7/16 7/17 14/21 22/9
**years** [5]  5/21 11/21 11/22 12/3 17/13
**yes** [5]  3/13 3/15 28/23 29/9 29/10
**yesterday** [5]  3/17 4/19 5/15 6/17 10/24
**York** [18]  1/14 1/14 1/14 3/2 4/10 4/12
5/19 6/12 7/7 7/9 10/17 10/18 10/20
12/17 18/7 18/15 19/13 20/15
**you** [57]
**your** [34]

**Z**

**zero** [1]  20/13