UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 24-CR-00676 (VEC)

UNITED STATES OF AMERICA,

    vs.

ALON ALEXANDER, et al.
_____/

**ALON ALEXANDER'S NOTICE OF FILING**
**LIST OF EXHIBITS SUBMITTED AT HIS**
**DECEMBER 30, 2024 DETENTION HEARING**

    Defendant, Alon Alexander, by counsel, hereby files the List of Exhibits Submitted at his December 30, 2024 Detention Hearing in the Southern District of Florida, Case Number 24-MJ-04616-EFD.

    Without objection from the government, defendant will submit the exhibits to Judge Caproni's Chambers via email for *in camera* review.

                    Respectfully submitted,

                    **BLACK SREBNICK**
                    201 South Biscayne Boulevard, Suite 1300
                    Miami, FL 33131 / Tel: (305) 371-6421

                    *Howard Srebnick*
                    **HOWARD SREBNICK, ESQ.**
                    Fla. Bar No. 919063
                    HSrebnick@RoyBlack.com