USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

ALON ALEXANDER, OREN ALEXANDER, and TAL ALEXANDER,

                            Defendants.
------------------------------------------------------------X

24-CR-676 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on January 15, 2025, the Government and defense counsel[1] appeared before the Court for a consolidated bail hearing;

    WHEREAS Defendants Tal and Alon Alexander appealed Detention Orders issued by Magistrate Judges in the Southern District of Florida;

    WHEREAS Defendant Oren Alexander waived a detention hearing in Florida, so the Government moved for detention in the first instance before the Undersigned; and

    WHEREAS at the consolidated bail hearing, the Court orally ordered all Defendants be detained pretrial, finding there was no condition or combination of conditions that would reasonably assure the safety of the community and the appearance of the Defendants at trial;

---

[1] Defendants waived their right to appear at the bail hearing. As the Court stated at the bail hearing, it is highly unlikely to permit Defendants to waive future appearances.

IT IS HEREBY ORDERED that the parties must appear for a status conference before the Court on **Wednesday, January 29, 2025, at 1:00 P.M.** in Courtroom **20C**, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Date: January 15, 2025
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**