USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                         :
:
       -against-                 :  24-CR-676 (VEC)
:
ALON ALEXANDER, OREN ALEXANDER, and                               :  ORDER
TAL ALEXANDER,                                                    :
:
       Defendants.               :
:
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on January 15, 2025, the Court ordered the parties to appear for a status conference on January 29, 2025, at 1:00 P.M.; and

    WHEREAS the Court is no longer available at that time;

    IT IS HEREBY ORDERED that the status conference scheduled for Wednesday, January 29, 2025, at 1:00 P.M. is ADJOURNED to **Wednesday, January 29, 2025, at 2:30 P.M.** The status conference will take place in Courtroom **20C**, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Date: **January 22, 2025**
      **New York, NY**

                                        **VALERIE CAPRONI**
                                        **United States District Judge**