Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

*U.S. DISTRICT COURT FILED JAN 28 2025 S.D. OF N.Y.*

Caption:
United States of America
v.
**Alon Alexander**

Docket No.: 1:24-cr-00676-VEC-1
Valerie E. Caproni
(District Court Judge)

Notice is hereby given that Alon Alexander appeals to the United States Court of Appeals for the Second Circuit from the judgment _____, other | ✓ Order Denying Release on Conditions
(specify)
entered in this action on 01/15/2025
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other |✓|

Defendant found guilty by plea | | trial | | N/A |✓|.

Offense occurred after November 1, 1987? Yes | No | N/A |✓|

Date of sentence: _____ N/A |✓|

Bail/Jail Disposition: Committed |✓| Not committed | | N/A |

Appellant is represented by counsel? Yes ✓ | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Howard M. Srebnick (Admitted Pro Hac Vice) |
| Counsel's Address: | Black Srebnick, P.A. |
| | 201 S Biscayne Blvd, Ste 1300, Miami, FL 33131 |
| Counsel's Phone: | 305-371-6421 |
| Assistant U.S. Attorney: | Elizabeth A. Espinosa |
| AUSA's Address: | U.S. Attorney's Office, SDNY |
| | 26 Federal Plaza, 37th Floor, New York, NY 10278 |
| AUSA's Phone: | 212-637-2216 |

_____
Signature

*[Handwritten left margin: Recpt No. 36672  $605.00  1/28/25  DE]*

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Jan 28, 2025 3:36PM

ALON ALEXANDER

| Rcpt. No: 36672 | Trans. Date: Jan 28, 2025 3:36PM | | | Cashier ID: #JE |

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $605.00 |

|  |  |
|---|---|
| Total Due Prior to Payment: | $605.00 |
| Total Tendered: | $605.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments:** 24CR00676-1 VEC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.