**Black Srebnick**
CIVIL | CRIMINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2025

HOWARD SREBNICK, Partner
Office: 305.371.6421
Mobile: 305.608.2600
*HSrebnick@RoyBlack.com*

January 28, 2025

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square New York, New York 10007



Re: United States v. Alon Alexander et al., Docket No. 24-CR-00676 (VEC)

Dear Judge Caproni:

Earlier today, the Court reset the status conference for February 5, 2025. See ECF#42.

On that day (Wednesday) at 2:00 PM, I am scheduled to appear as counsel before U.S. District Judge K. Michael Moore for a hearing on post-trial motions and sentencing of a defendant remanded after a jury trial. See *United States v. Hadad*, Case No. 24-cr-20220-KMM (SDFL). Also on that same day and time, DeAnna Paul (counsel for Oren Alexander) is scheduled to be in state court for an oral argument on an application for injunction.

On Feb. 6 (Thursday) at 11:00 AM, I am scheduled to appear as counsel before U.S. District Judge Donald M. Middlebrooks for a consolidated plea and sentencing. *See United States v. Gallagher*, Case No. 24-Cr-20239-DMM (SDFL).

To alleviate the scheduling conflict, Alon Alexander respectfully moves to continue the status conference until February 7, 2025 (Friday), when government counsel and counsel for Tal and Oren Alexander are also available.

I would be grateful for any accommodation the Court can make.

Respectfully submitted,

/s Howard Srebnick
Howard Srebnick (*Pro Hac Vice*)
*Counsel for Alon Alexander*

cc: Counsel of record (via ECF)

Application GRANTED.  The Court previously adjourned the status conference to February 5, 2025, to allow Defendants, who have had well over a month to find New York-based counsel, additional time to find trial counsel of their choice.  Florida-based counsel's scheduling conflicts should no longer bear on whether to further adjourn that conference; the entire point of the adjournment was to give Defendants time to find new counsel.  And Ms. Paul — who represents Tal, not Oren, Alexander — is part of a team of three attorneys who the Court is confident can ably represent Tal Alexander for the routine tasks of an initial appearance, arraignment, setting a trial schedule, and discussing entry of a protective order.

Nevertheless, because Mr. Srebnick is the only attorney who has noticed an appearance for Alon Alexander, the Court will accommodate his schedule.  The status conference scheduled for Wednesday, February 5, 2025, at 2:30 P.M. is ADJOURNED to **Friday, February 7, 2025, at 10:45 A.M.** for all Defendants.

If Defendants continue to seek new counsel, the Court expects them to do so with alacrity and not unnecessarily delay the progress of this case.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 43.

SO ORDERED.

*[signature]*    1/31/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE