USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
            -against- :      24-CR-676 (VEC)
:
ALON ALEXANDER, OREN ALEXANDER, and :      ORDER
TAL ALEXANDER, :
:
                      Defendants. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 31, 2025, the Court adjourned the next status conference in this matter to Friday, February 7, 2025, *see* Dkt. 47;

      IT IS HEREBY ORDERED that the status conference scheduled for February 7, 2025, at 10:45 A.M. will now take place in Courtroom **23B**, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

**Date: February 5, 2025**
**New York, NY**

                                        **VALERIE CAPRONI**
                                        **United States District Judge**