USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
:
-against- : 24-CR-676 (VEC)
:
ALON ALEXANDER, OREN ALEXANDER, and : ORDER
TAL ALEXANDER, :
:
Defendants. :
:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 7, 2025, the parties appeared before the Court for a status conference and arraignment; and

WHEREAS the Court will enter a Rule 5(f) Order separately;

IT IS HEREBY ORDERED that trial in this matter will begin on **Monday, January 5, 2026, at 10:00 A.M.** in Courtroom **20C**, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that any pretrial motions are due by **Tuesday, May 20, 2025**. Responses to any pretrial motions are due by **Friday, June 20, 2025**. Reply papers, if any, are due by **Friday, June 27, 2025**. If a hearing is necessary to determine any pretrial motions, that hearing will take place on **Tuesday, July 15, 2025, at 10:00 A.M.** in Courtroom 20C.

IT IS FURTHER ORDERED that if the parties seek to introduce expert witness testimony, the Government's expert disclosures are due by **Friday, June 13, 2025**, and the Defendants' expert disclosures are due by **Friday, June 27, 2025**. The Government's rebuttal witness disclosures, if any, are due by **Thursday, July 3, 2025**. Any party that intends to make a *Daubert* motion to disqualify an expert must notify the Court of that fact by **Friday, July 18, 2025**. The Court will then set a briefing schedule for such motion(s).

IT IS FURTHER ORDERED that the parties' motions *in limine* and requests to charge are due by **Friday, September 5, 2025**. Responses to the motions *in limine* are due by **Friday, September 19, 2025**.

IT IS FURTHER ORDERED that by **Friday, September 19, 2025**, the parties must inform the Court whether they agree that a jury questionnaire would be helpful in trying this case. If the parties do not agree that a jury questionnaire would be helpful, the parties' proposed *voir dire* questions are due by **Friday, September 19, 2025**.

IT IS FURTHER ORDERED that the parties must appear for the final pretrial conference on **Monday, December 22, 2025, at 10:00 A.M.** in Courtroom 20C.

IT IS FURTHER ORDERED that time is excluded for the period between February 7, 2025, and January 5, 2026, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), due to the complexity of this case and the large volume of discovery.

**SO ORDERED.**

Date:  February 7, 2025
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**