

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javitz Federal Building*
*26 Federal Plaza – Floor 37*
*New York, NY 10007*

February 27, 2025

**By ECF**
The Honorable Valorie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Alon Alexander, Oren Alexander, and Tal Alexander*,
        S1 24 Cr. 676 (VEC)

Dear Judge Caproni:

The parties have conferred and reached an agreement on a protective order in this case. The proposed order is attached to this filing, and the parties request that the Court enter the order.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By:   /s/_____
Kaiya Arroyo
Elizabeth A. Espinosa
Andrew W. Jones
Assistant United States Attorneys
(212) 637-2226/-2216/-2249

cc: All defense counsel