AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-CR-00676 |
| Alon Alexander, Oren Alexander, and Tal Alexander. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Alon Alexander                                                                                                   .

Date:   03/10/2025

/s/ Jason Goldman
*Attorney's signature*

Jason Goldman - 5393905
*Printed name and bar number*

The Law Offices of Jason Goldman
275 Madison Avenue
35th Floor
New York, New York 10016
*Address*

jg@jasongoldmanlaw.com
*E-mail address*

(212) 466-6617
*Telephone number*

*FAX number*