P6ADAleA

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   UNITED STATES OF AMERICA,

4           v.                       24 Cr. 00676 (SN)

5   ALON ALEXANDER, ET AL.,

6                               Arraignment
              Defendants.
7   ------------------------------x

8                             New York, N.Y.
9                             June 10, 2025
                            2:00 p.m.
10

11   Before:

12                 HON. SARAH NETBURN,

13                             U.S. Magistrate Judge

14                      APPEARANCES

15   JAY CLAYTON
      United States Attorney for the
16       Southern District of New York
  ANDREW JONES
17   ELIZABETH ESPINOSA
      Assistant United States Attorney
18

19   HOWARD SREBNICK
      Attorney for Defendant Alon Alexander

20   RICHARD KLUGH
      Attorney for Defendant Oren Alexander
21

22   MILTON WILLIAMS
      Attorney for Defendant Tal Alexander

23

24

25

1          (Case called; appearances noted)

2          THE COURT:  Thank you, everybody.  My name is Judge

3    Netburn.

4          All right.  So we are here for the arraignment on the

5    third superseding indictment; is that correct, Mr. Jones?

6          MR. JONES:  Yes, your Honor.  I don't know if the

7    Court has issued an unsealing order or not yet, or if you are

8    about to orally do so now.  I don't believe it's hit the docket

9    yet, but we have provided copies of the third superseding

10   indictment to the defense attorneys by email and also in

11   physical form this afternoon.

12         THE COURT:  I thought I had unsealed it.

13         All right.  I have issued an order unsealing the third

14   superseding indictment, so that is with the arraignment.  It

15   will get up on the docket momentarily.

16         Mr. Jones, do I need to arraign each defendant on all

17   10 counts?  Is that the best way to proceed?  I'm happy to do

18   so if you think that's the best way to proceed, or only the new

19   ones.

20         MR. JONES:  Your Honor, I think there is a change --

21   also a change to the conspiracy timeline.  I think there's a

22   change to additional counts to victims who were originally

23   charged.  So the short answer is yes, going through the 10

24   counts would probably make the most sense.

25         THE COURT:  All right.  So, as to each of the three

1    defendants, Mr. Alon Alexander, Oren Alexander, and Tal

2    Alexander, I'm going to go through this indictment, but let me

3    ask each of you whether or not you have received a copy of the

4    S-3 indictment at this point.

5         Can I just ask, Alon Alexander, have you received a

6    copy of the S-3?

7         DEFENDANT ALON ALEXANDER:  Yes, your Honor.

8         THE COURT:  Have you had an opportunity to review it

9    with your lawyer?

10        DEFENDANT ALON ALEXANDER:  Not yet, your Honor.

11        THE COURT:  Not yet.  All right.

12        Mr. Oren Alexander, have you received a copy of the

13   S-3?

14        DEFENDANT OREN ALEXANDER:  Yes, your Honor.

15        THE COURT:  Have you had an opportunity to discuss it

16   with your lawyer?

17        DEFENDANT OREN ALEXANDER:  We just received it.

18        THE COURT:  Mr. Tal Alexander, same questions.  Have

19   you received a copy of the S-3?

20        DEFENDANT TAL ALEXANDER:  Yes, your Honor.  I just

21   received it.

22        THE COURT:  You just received it as well.

23        Okay.  At a certain point, I'm going to ask each of

24   you to enter a plea as to the charges here.  Maybe I'll ask

25   counsel, would you prefer that we recess so that you can speak

1   with your clients before they enter a plea, or can we move

2   forward?

3        MR. SREBNICK:  Move forward.  We would waive the

4   formal reading of the indictment.  You can be sure we'll study

5   it with our client, so we're prepared to proceed and have the

6   Court enter the not guilty pleas on all ten counts.

7        THE COURT:  I think, so the record is clear, I'll

8   state the charges.  I appreciate your waiver of the full public

9   reading, so I will not read the full indictment on the public

10  record.

11       Count I charges a conspiracy to commit sex

12  trafficking.  It is a count that is brought against all three

13  defendants, and it is brought under Title 18 of the United

14  States Code, section 1594(c).

15       Count Two is brought against Tal Alexander, and it is

16  a charge of sex trafficking by force, fraud, or coercion

17  against a person identified as victim one.  That count is

18  brought under Title 18 of the United States Code, sections

19  1591(a), (b)(1), and Two.

20       Count Three is brought against all three defendants.

21  It's for sex trafficking by force, fraud, or coercion against

22  victim two.  It is brought under Title 18 of the United States

23  Code, sections 1591(a), (b)(1), and Two.

24       Count Four is brought against all three defendants,

25  and charges inducement to travel to engage in unlawful sexual

1   activity against victim two.  That count is brought under Title

2   18 of the United States Code, sections 24, 22(a), and Two.

3       Count Five is brought against Alon Alexander and Tal

4   Alexander.  It charges sex trafficking of a minor by force,

5   fraud, or coercion.  The minor is identified as minor victim

6   three.  That count is brought under Title 18 of the United

7   States Code, section 1591(a), (b)(1), (b)(2), and section Two.

8       Count Six is brought against all three defendants.  It

9   charges sex trafficking by force, fraud, or coercion against

10  victim four.  That count is brought under Title 18 of the

11  United States Code, sections 1591(a), (b)(1), and section Two.

12      Count Seven is brought against all three defendants.

13  It charges sex trafficking by force, fraud, or coercion against

14  victim five.  That count is brought under Title 18 of the

15  United States Code, sections 1591(a), (b)(1), 1594(a), and

16  section Two.

17      Count Eight is brought against Tal Alexander.  It

18  charges sex trafficking by force, fraud, or coercion against

19  victim six.  That count is brought under Title 18 of the United

20  States Code, sections 1591(a), (b)(1), and section Two.

21      Count Nine is brought against Tal Alexander.  It

22  charges inducement to travel to engage in unlawful sexual

23  activity against victim six.  That count is brought under Title

24  18 of the United States Code, section 2422(a), and section Two.

25      Count Ten is brought against Alon Alexander and Oren

1  Alexander.  It charges aggravated sex abuse by force, or

2  threat, or intoxicant against victim seven.  That count is

3  brought under Title 18 of the United States Code, sections

4  2241(a)(1), (b)(2), and section 320 -- 3238, and section Seven

5  and Two.

6          I understand from counsel that each defendant intends

7  to enter a plea of not guilty as to all of those charges.

8          Is that correct, counsel?

9          MR. SREBNICK:  Correct, your Honor.

10          THE COURT:  Okay.  I'll enter a plea of not guilty as

11  to each of those charges.

12          Anything further from the government?

13          MR. JONES:  No, your Honor.

14          Just for everybody's awareness, as a result of this

15  indictment, there's not new discovery that would have not

16  otherwise been provided.  We're still producing, we've been

17  producing, and will continue to produce discovery.

18          I think our next appearance is a hearing on motions,

19  if necessary, on August 19 with Judge Caproni.  We've raised,

20  or we've started discussing the possibility of asking her for a

21  motion schedule change, but that will be -- on the basis of the

22  new indictment, but we'll obviously take that up with her.

23          THE COURT:  Understood.  So you've already been

24  ordered pursuant to criminal procedure 5(f); is that correct?

25          MR. JONES:  Yes, your Honor.  That's correct.

P6ADAleA

1          THE COURT:  So you'll remain under those obligations

2     to produce all discovery pursuant to the rules.

3          MR. JONES:  Yes, your Honor.

4          THE COURT:  Okay.  Thank you.

5          Anything further from the defendants?

6          MR. SREBNICK:  No, your Honor.

7          MR. KLUGH:  No, your Honor.

8          MR. WILLIAMS:  No, your Honor.

9          THE COURT:  All right.  Thank you, everybody.  We are

10    adjourned.

11          (Adjourned)

12

13

14

15

16

17

18

19

20

21

22

23

24

25