```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
            -against-                                          :    24-CR-676 (VEC)
                                                               :
ALON ALEXANDER, OREN ALEXANDER, and                            :    ORDER
TAL ALEXANDER,                                                 :
                                                               :
                        Defendants.                            :
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS between June 8, 2025, and June 17, 2025, Defendants filed several pretrial motions in this action, *see* Dkts. 69–77, 81–83, 93–111, 118–19;

WHEREAS on July 21, 2025, the Government opposed the motions, *see* Dkt. 121;

WHEREAS on August 4, 2025, Defendants moved to quash pending grand jury subpoenas, *see* Dkt. 134;

WHEREAS the Defendants' deadline to reply in further support of their pretrial motions is Friday, August 8, 2025, *see* Dkt. 133; and

WHEREAS the Court previously set a hearing for Tuesday, August 19, 2025, at 2:00 P.M. regarding any pretrial motions, *see* Dkt. 66;

IT IS HEREBY ORDERED that the Government's deadline to respond to Defendants' motion to quash is **Monday, August 18, 2025**.  Defendants' deadline to reply in support of their motion to quash is **Monday, August 25, 2025**.

IT IS FURTHER ORDERED that the hearing scheduled for Tuesday, August 19, 2025, at 2:00 P.M. is ADJOURNED *sine die*. The Court will reschedule the hearing for a later date if necessary.

**SO ORDERED.**

Date: August 7, 2025
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**