UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALON ALEXANDER,<br>OREN ALEXANDER, and<br>TAL ALEXANDER,<br><br>               Defendant. | **NOTICE OF APPEARANCE**<br><br>S3 24 Cr. 676 (VEC) |

TO:    Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance on behalf of the Government in the above-captioned case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                              Respectfully submitted,

                                              JAY CLAYTON
                                              United States Attorney for the
                                              Southern District of New York

                                    by: _____
                                              Madison Reddick Smyser
                                              Assistant United States Attorney
                                              (212) 637-2381