

HOWARD SREBNICK, *Partner*
Office: 305.371.6421
HSrebnick@RoyBlack.com

November 3, 2025

**VIA ECF**

Hon. Valerie E. Caproni
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *U.S. v. Alon Alexander*, et al.
    No. 24-CR-00676 (VEC)

Dear Judge Caproni:

  The defendants jointly request that the Court adjourn the November 6, 2025 status conference (DE#167) from 10:30 a.m. to 2:00 p.m. to allow undersigned counsel, who is traveling from Miami, to book a flight that departs the morning of November 6. The government does not oppose.

            Respectfully submitted,

            */s/ Howard Srebnick*
            Howard Srebnick
            **BLACK SREBNICK**
            201 South Biscayne Boulevard
            Suite 1300
            Miami, FL 33131
            HSrebnick@RoyBlack.com
            *Attorney for Alon Alexander*

cc: All counsel via ECF