# Black Srebnick
CIVIL | CRIMINAL

HOWARD SREBNICK, *Partner*
Office: 305.371.6421
HSrebnick@RoyBlack.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   11/3/2025
```

November 3, 2025

**MEMO ENDORSED**

<u>VIA ECF</u>

Hon. Valerie E. Caproni
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *U.S. v. Alon Alexander*, et al.
     No. 24-CR-00676 (VEC)

Dear Judge Caproni:

  The defendants jointly request that the Court adjourn the November 6, 2025 status conference (DE#167) from 10:30 a.m. to 2:00 p.m. to allow undersigned counsel, who is traveling from Miami, to book a flight that departs the morning of November 6. The government does not oppose.

          Respectfully submitted,

          */s/ Howard Srebnick*
          Howard Srebnick
          **BLACK SREBNICK**
          201 South Biscayne Boulevard
          Suite 1300
          Miami, FL 33131
          HSrebnick@RoyBlack.com
          *Attorney for Alon Alexander*

cc: All counsel via ECF

Application GRANTED.  The status conference scheduled for Thursday, November 6, 2025, at 10:30 A.M. is ADJOURNED to **Thursday, November 6, 2025, at 2:00 P.M.**  The conference will be held in Courtroom **20C** of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, 10007.


SO ORDERED.

*[signature]*     11/3/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE