UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ALON ALEXANDER, OREN ALEXANDER, TAL ALEXANDER,

Defendants.

Case No. 24-CR-676 (VEC)

### DECLARATION OF DEANNA M. PAUL

I, Deanna M. Paul, declare as follows:

1. I am an attorney at Walden Macht Haran & Williams LLP, counsel for Tal Alexander. I am licensed and in good standing to practice law in the State of New York and I am admitted to the United States District Court for the Southern District of New York.

2. The declaration is based on my personal knowledge of the facts stated herein and my review of the discovery produced to the defense thus far, and is submitted in support of Defendants motion to exclude testimony and photographs relating to A.B. and portions of the testimony of Victim 4 (the "Motion").

3. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from Defendants' combined Detention Hearing in the Southern District of New York on January 15, 2025.

4. Attached hereto as Exhibit 2 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, numbered 3508-001.

5. Attached hereto as Exhibit 3 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, numbered 3508-009.

6. Attached hereto as Exhibit 4 is a true and correct copy of ███████████ ███████████████████████████████████████████, numbered 3577-020.

7. Attached hereto as Exhibit 5 is a true and correct copy of ███████████ ████████████████████████████████████████████████████████, numbered 3577-019.

8. Attached hereto as Exhibit 6 is a true and correct copy of ███████████ █████████████████████████████████████████, numbered 3577-017.

9. Attached hereto as Exhibits 7-1 and 7-2 are true and correct copies of ███████ ████████████████████████████████████████████████████████████████ ███.

10. Attached hereto as Exhibit 8 is a true and correct copy of ███████████ ████████████████████████████████████████████, numbered 3514-001.

11. Attached hereto as Exhibit 9 is a true and correct copy of ███████████ ██████████████████████████████████████████████████, numbered 3514-006.

12. Attached hereto as Exhibit 10 is a true and correct copy of Dr. Rocchio's Expert Witness Disclosure, Dated August 15, 2025.

13. Attached hereto as Exhibit 11 is a true and correct copy of Dr. Hail's Expert Witness Disclosure, Dated October 29, 2025.

14. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:      November 5, 2025
            New York, NY

/s/ *Deanna M. Paul*
Deanna M. Paul