```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                :
UNITED STATES OF AMERICA,                                       :
                                                                :
                      -against-                                 :   24-CR-676 (VEC)
                                                                :
ALON ALEXANDER, OREN ALEXANDER, and                             :   ORDER
TAL ALEXANDER,                                                  :
                                                                :
                                           Defendants.          :
                                                                :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on Wednesday, November 5, 2025, the parties submitted preliminary motions *in limine*, *see* Dkt. 174 (Defendants' motions *in limine*);[1] and

WHEREAS the parties' responses to the motions *in limine* are due by Monday, November 17, 2025;

IT IS HEREBY ORDERED that the parties appear for a hearing on **Monday, November 24, 2025, at 2:00 P.M.**  The hearing will be held in Courtroom **20C** of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, 10007.  The parties should be prepared to argue all then-pending motions *in limine* at the hearing.[2]

IT IS FURTHER ORDERED that the Government file its motions *in limine* and exhibits on the public docket by **Friday, November 14, 2025**.  The documents may be filed with redactions that are consistent with *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), the instructions provided by the Court at the November 6, 2025, status conference

---

[1] The Government's motions *in limine* were submitted to the Court under seal.  The Court understands that the Government is conferring with Defendants regarding proposed redactions.

[2] The Court recognizes that some of the motions *in limine* may be mooted by each parties' responsive briefing.

regarding the purpose and utility of redactions, and the Court's prior orders in this case. *See, e.g.*, Order, Dkt. 181 (discussing redactions to Defendants' motions *in limine*).

**SO ORDERED.**

Date:  November 10, 2025
       New York, NY

                                     **VALERIE CAPRONI**
                                     **United States District Judge**