# AGNIFILO INTRATER

November 15, 2025

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007

      Re:    *United States v. Alon Alexander, Oren Alexander & Tal Alexander*,
             **24 Cr. 676 (VEC)**

Dear Judge Caproni:

      We submit this letter, with the consent of the government, to seek a one-day extension (until November 18, 2025) for all parties to submit responses to the motions *in limine*. The defense is mindful that the Court has scheduled a November 24, 2025 hearing on the motions and that the Court's Order informed the parties that it is unlikely to grant further extensions of the *in limine* deadline absent good cause. (ECF 167.) Here, there is good cause. On the day of the filing of the government's 141-page motion in limine, counsel for Oren Alexander (Teny Geragos), gave birth; after the filing, counsel for Alon Alexander (Jackie Perczek) travelled to Colombia for six days to attend to her 86-year old father (who lives alone) during radiation treatments for an inoperable tumor. Thank you for your consideration.

                                            Respectfully submitted,

                                            Marc Agnifilo
                                            Teny Geragos
                                            Zach Intrater

                                            *Attorneys for Oren Alexander*

                                            Howard Srebnick
                                            Jackie Perczek
                                            Jason Goldman

                                            *Attorneys for Alon Alexander*

                                            Milton L. Williams
                                            Alex Kahn
                                            Deanna Paul

                                            *Attorneys for Tal Alexander*