```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
   UNITED STATES OF AMERICA,                                   :
                                                               :
                         -against-                             :   24-CR-676 (VEC)
                                                               :
   ALON ALEXANDER, OREN ALEXANDER, and                         :   SCHEDULING ORDER
   TAL ALEXANDER,                                              :
                                                               :
                                        Defendants.            :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2025

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on November 10, 2025, the Court ordered that the parties appear for a motions *in limine* hearing on Monday, November 24, 2025, at 2:00 P.M., *see* Dkt. 182; and

WHEREAS the Court now has a conflict at that time;

IT IS HEREBY ORDERED that the motions *in limine* hearing scheduled for Monday, November 24, 2025, at 2:00 P.M., is RESCHEDULED to **Monday, November 24, 2025, at 10:30 A.M.** The hearing will be held in Courtroom **20C** of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: November 14, 2025**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**