

250 Vesey Street
27th Floor
New York, NY 10281

wmhwlaw.com
T: 212-335-2030
F: 212-335-2040



November 30, 2025

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007



     **Re:**   *United States v. Alexander et al.*, Docket No. 24-CR-00676 (VEC)

Dear Judge Caproni:

     On behalf of defendants Tal Alexander, Oren Alexander, and Alon Alexander, we submit this letter in response to the Court's Order, dated November 29, 2025. Counsel for the Alexanders notified the government of two conflicts on Friday, December 5, 2025:

     Howard Srebnick has previously scheduled international travel on Friday to attend a destination wedding. But, to accommodate other counsel, Mr. Srebnick is prepared to reschedule his departure (even if he will miss events scheduled on Friday).

     Deanna Paul teaches at Columbia University on Friday until 11:30 a.m. She is available starting at 12 noon.

     Thus, the Alexanders respectfully request that the hearing commence on Friday, December 5, at or after 12 noon. Alternatively, if the hearing must begin before noon on Friday, we request that the Court address the expert, pseudonymity, and civil plaintiffs' attorney issues first, and address the remaining issues once Deanna Paul arrives in court so that she may present argument. This will accommodate the attorneys who will be handling each of the outstanding matters.

     Thank you for your consideration.

                                                                Respectfully submitted,

                                                                */s/ Milton L. Williams*
                                                                Milton L. Williams
                                                                Alex Kahn
                                                                Deanna Paul

                                                                *Attorneys for Tal Alexander*

                                                              */s/ Marc Agnifilo*
                                                              Marc Agnifilo
                                                              Zach Intrater
                                                              Teny Geragos

                                                              *Attorneys for Oren Alexander*

2

/s/ Howard Srebnick
Howard Srebnick
Jackie Perczek
Jason Goldman

*Attorneys for Alon Alexander*

cc:  All counsel (via ECF)

---

The hearing scheduled for Tuesday, December 2, 2025, at 2:00 P.M. is ADJOURNED to **Friday, December 5, 2025, at 1:00 P.M.**

SO ORDERED.

*[signature: Valerie Caproni]*                    12/1/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2