

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:___12/9/2025__

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 8, 2025

**BY EMAIL**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007



Re: *United States v. Alon Alexander, Oren Alexander, and Tal Alexander,*
S3 24 Cr. 676 (VEC)

Dear Judge Caproni:

On Friday, December 5, 2025, the parties appeared before this Court to be heard on the parties' remaining motions *in limine* in the above-referenced matter. During that conference, the Court granted a brief adjournment of the start of the trial from January 5, 2026, to January 20 or 21, 2026. In light of this adjournment, the parties have conferred and respectfully submit this joint letter to propose an updated schedule for certain pre-trial notices and disclosures.

- December 15, 2025: Defense motion to permit certain evidence pursuant to Federal Rule of Evidence 412
- December 19, 2025: Government opposition to defendants' Rule 412 Motion
- December 22, 2025: Government disclosure of witness list and exhibits
- January 7, 2026: Defense disclosure of witness list and exhibit lists
- January 9, 2026: Supplemental defense disclosure of exhibits for Alon Alexander

The parties also agree that, as previously ordered, the defense will disclose any Rule 26.2 material three days before the Government rests its case-in chief.

Finally, the parties respectfully request that the Court hold a joint final pretrial status conference and hearing on the Rule 412 motions **the week of January 12, 2026**.

The parties thank the Court for its consideration of these issues.

                         Respectfully submitted,

                         JAY CLAYTON
                         United States Attorney

By:   /s                       
     Kaiya Arroyo
     Elizabeth A. Espinosa
     Andrew Jones
     Madison Reddick Smyser
     Assistant United States Attorneys
     (212) 637-2226/-2216/-2249/-2381

cc: All defense counsel

---

Application GRANTED.  The deadline for Defendants to submit Rule 412 motions is ADJOURNED to **Monday, December 15, 2025**.  The deadline to file any responses to such motions is ADJOURNED to **Friday, December 19, 2025**.  The deadline to file any replies to such motions is ADJOURNED to **Tuesday, December 23, 2025**.  The Government's deadline to disclose its witness list(s) and exhibits is ADJOURNED to **Monday, December 22, 2025**.  Defendants' deadline to disclose its witness list(s) and exhibits is ADJOURNED to **Wednesday, January 7, 2026**.  Defendants' deadline to disclose supplemental exhibits related to Alon Alexander, if any, is **Friday, January 9, 2026**.

The final pretrial conference scheduled for Monday, December 22, 2025, is ADJOURNED to **Tuesday, January 13, 2026, at 10:00 A.M.**  The conference will be held in Courtroom **20C** of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, 10007.

Any deadline(s) not addressed herein remain unchanged.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 239.

SO ORDERED.

*[signature]*                      12/9/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE