USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/12/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ALON ALEXANDER, TAL ALEXANDER, and OREN ALEXANDER

Defendants.

Case No. 24 CR 676 (VEC)

~~PROPOSED~~ ORDER

WHEREAS, the Court and the parties seek to ensure that ALON ALEXANDER, TAL ALEXANDER, and OREN ALEXANDER have meaningful access to review discovery and other case materials while detained at the Metropolitan Detention Center, Brooklyn ("MDC"); and

WHEREAS, the Court seeks to ensure that such discovery access does not jeopardize the security and operational interests of the MDC Brooklyn;

IT IS HEREBY ORDERED that

1. Mr. ALON ALEXANDER, TAL ALEXANDER, and OREN ALEXANDER may have access to a laptop computer (the "Laptop") and the harddrives prepared by the Government.

2. The Laptop is disabled from accessing the internet, local area networks, or other electronic devices, aside from the harddrives provided to MDC;

3. Mr. ALON ALEXANDER, TAL ALEXANDER, and OREN ALEXANDER may share the laptop and the harddrives;

4. The Government or defendant's counsel shall ensure that the laptop is delivered to the proper authorities at the MDC Brooklyn at a reasonable time deemed appropriate;

5. The Laptop shall be password-protected and maintained in a location acceptable to Bureau of Prisons personnel;

6. The harddrives prepared by the government will be stored with the laptop;

7. Bureau of Prisons personnel will provide Mr. ALON ALEXANDER, TAL

ALEXANDER, and OREN ALEXANDER with access to the Laptop Monday through Friday in the visiting room, for at least 20 hours per week;

8. This Order remains in effect until the trial in this matter is completed and a copy of this Order shall be made available to the Unit Team/Floor where Mr. ALON ALEXANDER, TAL ALEXANDER, and OREN ALEXANDER are housed;

9. Mr. ALON ALEXANDER, TAL ALEXANDER, and OREN ALEXANDER shall execute an agreement setting forth his understanding that he may use the Laptop for the sole purpose of reviewing discovery and legal materials that relate to his criminal case, that he shall not share the Laptop or the materials loaded onto the Laptop with other inmates or with any attorney not defending this case without an order of this Court, that he will not access or attempt to access the internet or any form of wireless communication, and that he will forfeit his right under this Order to use the Laptop, and that he may expose himself to criminal prosecution for possessing or distributing a "prohibited object" as that term is defined in 18 U.S.C. § 1791(d) in the future, should he violate any of these understandings.

10. Within forty-eight hours of MDC Brooklyn's receipt of the Laptop from the Government or defense counsel, Mr. ALON ALEXANDER, TAL ALEXANDER, and OREN ALEXANDER shall receive access to the Laptop subject to the following conditions:

    a. Mr. ALON ALEXANDER, TAL ALEXANDER, and OREN ALEXANDER will be brought to the visiting room upon his request to the unit officer Monday through Friday (with an effort to provide Mr. ALON ALEXANDER, TAL ALEXANDER, and OREN ALEXANDER access on a business day basis);

    b. Mr. ALON ALEXANDER, TAL ALEXANDER, and OREN ALEXANDER shall not have possession of any charging apparatus or cord that connects to the laptop.

Dated:    New York, New York
          <u>    December    </u>  <u> 12 </u> , 2025

                                                         SO ORDERED

                                                           _____
                                                           The Honorable Valerie E. Caproni
                                                           United States District Court
                                                           District of New York