

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 18, 2025

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *United States v. Alon Alexander, Oren Alexander, and Tal Alexander,*
       **S4 24 Cr. 676 (VEC)**

Dear Judge Caproni:

The Government respectfully  requests to adjourn its deadline to respond to the defendants' motion to admit certain evidence pursuant to Federal Rule of Evidence 412 (the "412 Motion"). to **Monday, December 22, 2025.**  Defense counsel consents to this request and requests a parallel adjournment to file their reply to **December 26, 2025,** in light of the Christmas holiday.

On Wednesday, December 17, 2025, the defendants filed a supplement to their initial 412 Motion.  The proposed adjournments will enable the Government to file a single response addressing both motions.  Defense counsel also served copies of their motions on victims' counsel on Wednesday, December 17, and defense counsel and the Government are conferring with counsel for the victims discussed in the defendants' motions to determine which victims wish to respond in writing and/or be heard at a sealed proceeding relating to these motions.  The parties will provide the Court with an update on the need for a sealed Rule 412 hearing and a schedule for victim submissions after conferring with victims' counsel.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    /s
       Kaiya Arroyo
       Elizabeth A. Espinosa
       Andrew W. Jones
       Madison Reddick Smyser
       Assistant United States Attorneys
       (212) 637-2226/-2216/-2249/-2381