```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                         :
UNITED STATES OF AMERICA                  :

              -against-                        :             24-CR-676 (VEC)

ALON ALEXANDER, OREN ALEXANDER, and  :             <u>ORDER</u>
TAL ALEXANDER,                                         :

                                Defendants.     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on December 11, 2025, the Court heard oral argument on the parties' motions *in limine*, *see* Dkts. 174, 188, 201, 202, 204, 224, 226, and other pretrial matters;

       WHEREAS on December 12, 2025, the Court ordered Defendants to notify the Court whether they object to Victim 7 testifying under a full pseudonym, *see* Dkt. 252; and

       WHEREAS on December 19, 2025, Defendants filed a letter notifying the Court that they object to Victim 7 testifying under a full pseudonym, with exhibits appended thereto, *see* Dkts. 266, 266-1 (under seal), 266-2 (under seal), 266-3 (under seal), 266-4 (under seal), 266-5 (under seal);

       IT IS HEREBY ORDERED that, by **Wednesday, December 31, 2025**, the Government must submit a response to Defendants' opposition if it still believes that allowing Victim 7 to testify under a full pseudonym is warranted, or otherwise notify the Court if it withdraws the request that Victim 7 be allowed to testify under a full pseudonym.

       SO ORDERED.

                                                                     _____
Date:  December 22, 2025                                    VALERIE CAPRONI
         New York, NY                                         United States District Judge