UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                          :

UNITED STATES OF AMERICA          :

                                 :

         -against-             :          24-CR-676 (VEC)

                                 :

ALON ALEXANDER, OREN ALEXANDER, and  :         ORDER
TAL ALEXANDER,                 :

                                 :

                 Defendants.   :

                                 :

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/22/2025__

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that Ms. Lilian Timmermann, Esq., of the law firm Lili M.

Timmermann PA, be granted access to file via CM/ECF in the above-captioned action as the

representative of an interested party ("Victim 1") to this case.

      SO ORDERED.

                                          _____

Date:  December 22, 2025                      VALERIE CAPRONI
      New York, NY                     United States District Judge