

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

26 Federal Plaza, 37th Floor
New York, New York 10278

December 29, 2025

**By ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *United States v. Alon Alexander et al.*, S4 24 Cr. 676 (VEC)

Dear Judge Caproni:

  The Government respectfully writes to ask the Court to allow Victim-6 and Victim-20 to testify under full pseudonyms, rather than just pseudonymous last names. As laid out in detail in affirmations from counsel for Victim-6 (attached hereto as Sealed Exhibit A) and counsel for Victim-20 (attached hereto as Sealed Exhibit B), the combination of the victims' real first names and the substance of their testimonies will result in both Victim-6 and Victim-20 being easily identifiable to the public.

  As the Court stated while granting the Government's motion to allow certain victims to testify under pseudonyms,

> In cases that involve sex crimes and other intimate offenses, 'requiring victims to provide their names in public 'could chill their willingness to testify for fear of having their personal histories publicized.' *United States v. Raniere*, 2022 WL 17544087 at *7 (2d Cir. Dec. 9, 2022). Allowing public anonymity in a criminal case is consistent with the demands of the Crime Victims' Act which requires district courts to implement procedures to ensure that victims are 'reasonably protected from the accused,' and 'treated with fairness and with respect for the victim's dignity and privacy.'

(Dec. 11, 2025 Tr. at 48-49 (quoting 18 U.S.C. § 3771(a)(1), (a)(8)).

  The Court ruled that witnesses with "plain, vanilla first names" will be permitted to testify with pseudonymous last names but their real first names. (*Id*. at 51). The Court permitted certain other victims with unusual first names to testify under full pseudonyms to protect their identities from public disclosure. (*Id.*). While pseudonymous last names may be sufficient to protect the identities of some of the victims who will testify at trial, as laid out in the affirmations from their counsel, Victim-6 and Victim-20 will be testifying to certain personal details that are necessary to relay their experiences with the defendants. These details, in combination with their true first names, make the victims easily identifiable to the public. In order to ensure that Victim-6 and

Victim-20 are treated with respect for their dignity and privacy as required under the Crime Victims' Rights Act and in light of the Court's recognition that protecting the identities of alleged victims of sexual violence has a strong public interest, the Government respectfully requests that Victim-6 and Victim-20 be permitted to testify under full pseudonyms.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

By:   /s                     
     Kaiya Arroyo
     Elizabeth A. Espinosa
     Andrew W. Jones
     Madison Reddick Smyser
     Assistant United States Attorneys
     (212) 637-2226/-2216/-2249/-2381