

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 31, 2025

**By ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re:  *United States v. Alon Alexander et al.*, S4 24 Cr. 676 (VEC)

Dear Judge Caproni:

  The Government writes respectfully to provide the Court with an affirmation from counsel for Victim-7 (attached hereto as Sealed Exhibit A) in support of the Government's motion to allow Victim-7 to testify under a full pseudonym rather than just a pseudonymous last name.

  As the Court stated while granting the Government's motion to allow certain victims to testify under pseudonyms, "[a]llowing public anonymity in a criminal case is consistent with the demands of the Crime Victims' Act which requires district courts to implement procedures to ensure that victims are 'reasonably protected from the accused,' and 'treated with fairness and with respect for the victim's dignity and privacy.'" (Dec. 11, 2025 Tr. at 48-49 (quoting 18 U.S.C. § 3771(a)(1), (a)(8)).

  As described by counsel for Victim-7 in the attached letter, there are specific considerations regarding Victim-7 that support her testifying under a full pseudonym. Accordingly, the Government respectfully requests that the Court grant the Government's motion to ensure that Victim-7 is treated with respect for her dignity and privacy as required under the Crime Victims' Rights Act.

            Respectfully submitted,

            JAY CLAYTON
            United States Attorney

          By:  /s
            Kaiya Arroyo
            Elizabeth A. Espinosa
            Andrew W. Jones
            Madison Reddick Smyser
            Assistant United States Attorneys
            (212) 637-2226/-2216/-2249/-2381