```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/5/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                           :
:
        -against-                                         :    24-CR-676 (VEC)
:
ALON ALEXANDER, OREN ALEXANDER, and                                :    ORDER
TAL ALEXANDER,                                                     :
:
                        Defendants.                        :
:
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that Ms. Lauren Schorr Potter, Esq., of the law firm Patterson Belknap Webb & Tyler LLP, be granted access to file via CM/ECF in the above-captioned action as the representative of an interested party ("Victim 6") to this case.

      SO ORDERED.

Date: January 5, 2026
      New York, NY

                                              _____
                                              VALERIE CAPRONI
                                              United States District Judge