UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA

      -against-

ALON ALEXANDER, OREN ALEXANDER, and
TAL ALEXANDER,

                Defendants.

------------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:___1/7/2026___ |

24-CR-676 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that Messrs. Evan Torgan, Esq., and Jonathan Tabar, Esq., of

the law firm Torgan Cooper & Aaron, P.C., be granted access to file via CM/ECF in the above-

captioned action as the representatives of interested parties (Victims 2, 4, 5, 10, 11, 12, 13, 15,

21, and Minor Victims 3, 26) to this case.

      SO ORDERED.

_____
            VALERIE CAPRONI
Date:  January 7, 2026           United States District Judge
     New York, NY