

|  |  |  |
|---|---|---|
|  | 17 State Street<br>39th Floor<br>New York, NY 10004 | ATTORNEYS AT LAW<br>EVAN TORGAN<br>EDWARD T. COOPER<br>MITCHELL K. AARON |
|  | Office 212·232·2500<br>Fax 212·232·2509 | JONATHAN TABAR<br>BRENDAN BROWN |
|  | TorganCooperAaron.com | MITCHELL R. DRACH<br>Of Counsel |

January 8, 2026

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: United States v. Alon Alexander, Oren Alexander, and Tal Alexander
       S4 24 Cr. 676 (VEC)

Your Honor:

  We represent Victims 2, 4, 5, 10, 11, 12, 13, 15, 21, Minor Victims 3 and 26 in this matter. We hereby submit the instant letter motion seeking permission to file "Under Seal" a letter on behalf of the aforementioned Victims in response to the pending motions by Defendants seeking admission of evidence pursuant to Federal Rule of Evidence 412 ("Rule 412"). As per the Part rules, a copy of the subject letter is being sent via email to Chambers with copy to all counsel of record. We seek to file the letter "Under Seal" due to the sensitive nature of the subject matter addressed therein and as all documents in connection with the Rule 412 motions have been filed Under Seal.

                Respectfully submitted,

                TORGAN COOPER & AARON, P.C.

                By: _____
                   Evan Torgan
                   Jonathan Tabar

cc: All counsel (via ECF)