UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA

-against-

ALON ALEXANDER, OREN ALEXANDER, and
TAL ALEXANDER,

                              Defendants.
-------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/8/2026
```

24-CR-676 (VEC)

SCHEDULING ORDER

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the Final Pretrial Conference in this matter scheduled for **Tuesday, January 13, 2026, at 10:00 A.M.**, and the trial commencing on **Tuesday, January 20, 2026, at 10:00 A.M.**, will take place in Courtroom **26A** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. The hearings on Monday, January 12, 2026, at 11:00 A.M. and 2:30 P.M. will take place in Courtroom **20C**, as originally scheduled, *see* Dkts. 281, 283.

      SO ORDERED.

Date: January 8, 2026
      New York, NY

_____
VALERIE CAPRONI
United States District Judge