

250 Vesey Street  
27th Floor  
New York, NY 10281

wmhwlaw.com  
T: 212-335-2030  
F: 212-335-2040

January 8, 2026

<u>Via ECF</u>  
Hon. Valerie Caproni  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

    Re:    *United States v. Alexander, et al.*, **24-CR-676**

Dear Judge Caproni:

    We write on behalf of Tal Alexander, Oren Alexander and Alon Alexander ("Defendants") pursuant to Your Honor's Individual Criminal Rule 3(A)(1). We respectfully request to file the Defendants' opposition to Victim 1's motion to quash, and accompanying exhibits, with limited redactions. We respectfully request these redactions because the briefing contains sensitive information that would identify victims and witnesses, and to protect the privacy interests of uncharged third parties and government witnesses. *See United States v. Amodeo*, 44 F.3d 141, 147 (2d Cir. 1995); *United States v. Jones*, 21-CR-59 (LAP), at *9 (S.D.N.Y. April 19, 2024).

    The Government and counsel for Victim 1 consent to this request.

    We will submit highlighted proposed redactions for *in camera* review, as required by Your Honor's Individual Criminal Rule 3(A)(1).

                            Sincerely,

                            */s/ Milton L. Williams*  
                            Milton L. Williams  
                            Deanna M. Paul  
                            Alexander Kahn  
                            WALDEN MACHT HARAN & WILLIAMS, LLP  
                            250 Vesey Street, 27th Floor  
                            New York, NY 10281

                            *Attorneys for Tal Alexander*

*/s/ Howard Srebnick*
Howard Srebnick
BLACK SREBNICK, P.A.
201 South Biscayne Boulevard
Suite 1300
Miami, FL 33131

*Attorneys for Alon Alexander*

*/s/ Marc Agnifilo*
Marc Agnifilo
Teny Geragos
Zach Intrater
Agnifilo Intrater LLP
140 Broadway, Ste. 2450
New York, NY 10005

*Attorneys for Oren Alexander*