January 9, 2026

**Via ECF**

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Doe v. Alexander et al., Case No. 24-CR-676

Dear Judge Caproni,

    I represent Victim 1 in the above captioned case and submit this letter motion, pursuant to Your Honor's Individual Criminal Rule 3(A), for leave to file under seal Victim 1's letter, submitted on January 9, 2026, in response to the Defendants' Rule 412 Motion. The 412 Motion and all related briefing have been filed under seal. Counsel for Defendants do not take a position on our request to file the letter under seal.

                                        Sincerely,

                                        */s/Lilian Timmermann*
                                        LILIAN M. TIMMERMANN PA
                                        Attorney for Victim 1

cc: all counsel of record via ECF