

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 13, 2026

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Re: *United States v. Alon Alexander, Oren Alexander, and Tal Alexander,*
>     S5 24 Cr. 676 (VEC)

Dear Judge Caproni:

    The Government respectfully writes to provide a supplemental preliminary instruction regarding Count Eleven in the fifth superseding indictment, in accordance with this Court's prior practice and the inclusion of other preliminary instructions in this case.

**Sexual Abuse**

    Alon and Oren Alexander are also charged with one count of sexual abuse on a cruise ship. To sustain its burden as to this charge, the Government must prove:

    <u>First</u>, that the Defendant engaged in a sexual act with the victim;

    <u>Second</u>, that the victim was physically incapable of declining participation in a sexual act.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By:   /s  _____
    Kaiya Arroyo, Elizabeth A. Espinosa
    Andrew Jones, Madison Reddick Smyser
    Assistant United States Attorneys
    (212) 637-2226/-2216/-2249/-2381