```
                                                         USDC SDNY
                                                         DOCUMENT
                                                         ELECTRONICALLY FILED
                                                         DOC #:_____
                                                         DATE FILED:   1/13/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                :

UNITED STATES OF AMERICA         :

                                :

        -against-            :         24-CR-676 (VEC)

                                :

ALON ALEXANDER, OREN ALEXANDER, and  :       <u>ORDER</u>
TAL ALEXANDER,                         :

                                :

                    Defendants.    :

                                :

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 12, 2026, the Court conducted *in camera* hearings to discuss

Defendants' motions to admit evidence pursuant to Federal Rule of Evidence 412 ("Rule 412");

and

      WHEREAS on January 12, 2026, the Court received the attached communication from

Matthew Russell Lee of Inner City Press regarding the parties' Rule 412 briefing and exhibits

thereto, which have been filed under seal in this case, and wherein Mr. Lee requests to (i)

intervene in this case and (ii) "that all segregable powers be put in the docket immediately";

      IT IS HEREBY ORDERED that Mr. Lee's request to intervene and for the Court to

unseal the parties' Rule 412 briefing and the exhibits thereto is DENIED.  The Federal Rules of

Evidence affirmatively preclude the public and press from accessing the sensitive material that

Mr. Lee now requests.  *See* Fed. R. Evid. 412(c)(2) ("Before admitting evidence under this rule,

the court must conduct an *in camera* hearing and give the victim and parties a right to attend and

be heard. Unless the court orders otherwise, the motion, related materials, and the record of the

hearing must be and remain sealed.").

///

///

**SO ORDERED.**

Date:  **January 13, 2026**
        **New York, NY**

_____
        **VALERIE CAPRONI**
        **United States District Judge**

# Inner City Press

January 12, 2026

By E-mail to Chambers

Hon. Valerie E. Caproni, United States District Judge
Southern District of New York, 500 Pearl Street, New York, NY 10007

Re: Press application to unseal all segregable portions of withheld memos and filings in the past month and, it seems, the superseding indictment filed January 8, 2026 US v. Alexander, et al., 24-cr-676 (VEC)

Dear Judge Caproni:

   Inner City Press has been covering the above captioned criminal case since its indictment in 2024 and has been troubled by the overbroad extent of sealing and redaction.

   At this morning's briefly-open session, the defense said they have filed memos under seal. It is unclear from the docket on PACER what they were referring to - this is an immediate request that all segregable powers be put in the docket immediately. Inner City Press also suggests that some method be implemented to inform the public and press when the courtroom becomes unsealed.

See, *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006) - which states, "The common law right of public access to judicial documents is firmly rooted in our nation's history."

If deemed necessary, this now is a request to intervene, see *United States v. All Funds on Deposit at Wells Fargo Bank*, 643 F. Supp. 2d 577, 580 (S.D.N.Y. 2009)

   Please act on, and docket, this request, as soon as possible. Thank you.

Respectfully submitted,

/s/

Matthew Russell Lee, Inner City Press

cc:  Mwilliams@wmhwlaw.com, marc@agilawgroup.com,
HSrebnick@royblack.com, Andrew.Jones2@usdoj.gov,
elizabeth.espinosa@usdoj.gov

Inner City Press: In-house SDNY: Room 480, 500 Pearl Street, NY NY 10007
E-mail: Matthew.Lee@innercitypress.com - Tel: 718-716-3540
Regular Mail: Dag Hammarskjold Center, Box 20047, New York, NY 10017