```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/13/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA :
:
      -against- : 24-CR-676 (VEC)
:
ALON ALEXANDER, OREN ALEXANDER, and : ORDER
TAL ALEXANDER, :
:
                    Defendants. :
:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on Tuesday, January 13, 2026, the Court held a final pretrial conference and discussed the parties' outstanding motions and other pretrial matters;

      IT IS HEREBY ORDERED that, for the reasons stated at the conference:

- Defendants' motion to sever Count Eleven of the S4 Superseding Indictment (Count Twelve of the S5 Superseding Indictment), *see* Dkt. 206, is DENIED.

- The Government's request that the Court allow Victim 6 to testify using a full pseudonym at trial, *see* Dkt. 273, is GRANTED.

- The Government's requests that the Court allow Victim 7 and Victim 20 to testify using full pseudonyms at trial, *see* Dkt. 279, are GRANTED.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 206.

      SO ORDERED.

                                                                     _____
Date: January 13, 2026                                      VALERIE CAPRONI
      New York, NY                                     United States District Judge