```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/16/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
    UNITED STATES OF AMERICA

                -against-                          24-CR-676 (VEC)

    ALON ALEXANDER, OREN ALEXANDER, and      ORDER
    TAL ALEXANDER,

                             Defendants.
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS Defendants moved, under seal, pursuant to Federal Rule of Evidence 412 ("Rule 412") to admit various pieces of evidence and testimony regarding the victims ("412 Motions"); and

        WHEREAS on Monday, January 12, 2026, and Tuesday, January 13, 2026, the Court heard oral argument under seal on Defendants' 412 Motions;

        IT IS HEREBY ORDERED that, for the reasons stated at the hearings and herein:

- Defendants' 412 Motion as to Victim 1 is DENIED in part. ███████

  ███████████████████████████████████

  ███████████████████████████████████

  ███████████████████████████████████

  ███████████████████████████████

  ███████████████████████████

- Defendants' 412 Motion as to Victim 2 is GRANTED in part. ███████

  ███████████████████████████████████

  ███████████████████████████████████

  ██████████████████████████

███████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████

██████████████████████████████████

███████████████████████████████████████

██████████████████████████████████

██████████████████████████

- Defendants' 412 Motion as to Minor Victim 3 is GRANTED in part and DENIED in part. ██████████████████

████████████████████████

███████████████████████████████

██████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

- Defendants' 412 Motion as to Victim 4 is GRANTED in part and DENIED in part as moot for the reasons given during the hearings. █████████████

███████████████████████████████████████

███████████████████████████████████████

██████████████████████████

- Defendants' 412 Motions as to Victims 5, 7, and 11 are DENIED for the reasons given during the hearings.

- Defendants' 412 Motions as to Victims 9, 12, 23, and Minor Victim 26 are DENIED as moot.

- Defendants' 412 Motions as to Victims 10 and 13 are GRANTED in part. ▅

    ▅

    ▅

    ▅

- Defendants' 412 Motion as to Victim 15 is GRANTED without objection from the Government.

- Defendants' 412 Motion as to Victim 21 is GRANTED. ▅

    ▅

    ▅

    ▅

    ▅

    ▅

SO ORDERED.

Date:  January 16, 2026　　　　　　　　　　　_____
　　　　New York, NY　　　　　　　　　　　　　VALERIE CAPRONI
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge