UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

                                          Case No. 24-CR-676 (VEC)

v.

ALON ALEXANDER,

    *Defendant.*

_____

## **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

    Jason Goldman, undersigned counsel for defendant Alon Alexander respectfully moves for an Order, pursuant to Local Criminal Rule 1.1(b) and 1.2 and Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, granting permission for my withdrawal from the case at bar on the following grounds:

1. Defendant Alon Alexander has additional counsel to represent him in this matter, attorneys Howard Srebnick and Jackie Perczek of Black Srebnick.

2. The undersigned has consulted with the Defendant, who has confirmed his understanding that Howard Srebnick and Jackie Perczek will be responsible for his representation in this matter. Discharging the undersigned counsel will further the Defendant's ability to allocate resources to best effectuate his defense in this matter. The undersigned is not asserting a retaining or charging lien.

3. Pursuant to Local Criminal Rules 1.1(b) and 1.2, permission for attorney withdrawal is required according to the terms of Local Civil Rule 1.4(b), which provides for granting withdrawal upon a showing of satisfactory reasons. The reasons for withdrawal in this

case, that highly qualified attorneys of another law firm have been designated by the Defendant to handle his representation, meet the requisite showing.

4. Undersigned counsel has conferred with the attorneys for the government in this case regarding the government's position on the instant motion to withdraw. The undersigned is authorized to represent that the government does not oppose the relief sought by this motion.

WHEREFORE, for the reasons set forth herein and in the interest of justice, the undersigned counsel respectfully requests that the Court grant the motion for leave to withdraw.

Respectfully submitted,

_____
Jason Goldman, Esq.
The Law Offices of Jason Goldman
275 Madison Ave., 35th Fl.
New York, New York 10016
212.466.6617

## CERTIFICATE OF SERVICE UPON DEFENDANT

I hereby certify that on this 19th Day of January, 2026, I served a copy of this motion upon Defendant Alon Alexander at MDC Brooklyn via U.S. Mail and provided notice to the Defendant via CorrLinks electronic correspondence.

BY: _____ 
Jason Goldman, Esq.