



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/21/2026

17 State Street
39th Floor
New York, NY 10004

Office 212-232-2500
Fax 212-232-2509

TorganCooperAaron.com

ATTORNEYS AT LAW

EVAN TORGAN
EDWARD T. COOPER
MITCHELL K. AARON

JONATHAN TABAR
BRENDAN BROWN

MITCHELL R. DRACH
Of Counsel

January 20, 2026

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Alon Alexander, Oren Alexander, and Tal Alexander
S4 24 Cr. 676 (VEC)

Your Honor:

We represent Victims 2, 4, 5, 10, 11, 12, 13, 15, 21, Minor Victims 3 and 26 in this matter. We hereby submit the instant letter motion seeking permission to file in redacted form the letter motion seeking to quash certain Rule 17(c) subpoenas on behalf of Minor Victim 3. As per the Part rules, the redacted version is being contemporaneously filed on ECF and a copy with the highlighted proposed redactions is being sent to Chambers via email with copy to all counsel of record. Counsel for Defendants consent to our request for redactions. We seek the redactions to protect the identity of our client and the privacy of other third parties named in the subject subpoenas.

Respectfully submitted,

TORGAN COOPER & AARON, P.C.

By: */s/Evan Torgan*
Evan Torgan
Jonathan Tabar

cc: All counsel (via ECF)

Application GRANTED. Minor Victim 3 may file her motion to quash Defendants' Rule 17(c) subpoena, and the exhibit thereto, with limited redactions. The documents submitted at Dkts. 345 and 345-1 are the operative public versions.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 344.

SO ORDERED.

*[signature: Valerie Caproni]*   1/21/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE