UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

ALON ALEXANDER, OREN ALEXANDER, and
TAL ALEXANDER,

                         Defendants.

-------------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:___1/22/2026___

24-CR-676 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 17, 2026, Defendants filed pretrial motions regarding the S6 Superseding Indictment, Dkt. 333, including (i) motions to sever Counts One and Eleven, (ii) a renewed motion to sever Count Twelve, (iii) a motion to exclude certain evidence related to a victim's birth certificate, (iv) renewed motions to dismiss Counts One, Two, Three, Four, Five, Six, Seven, Eight, and Nine for failures to state an offense, (v) renewed motions to dismiss Counts Ten and Eleven for improper venue, (vi) and a motion for a ruling on which uncharged acts will be admitted as direct evidence of the alleged conspiracy, *see* Dkt. 338;

IT IS HEREBY ORDERED that:

- For the reasons stated at the proceeding on January 20, 2026, Defendants' motions to sever Counts One and Eleven are DENIED.

- For the reason stated at the final pretrial conference on January 13, 2026, Defendants' renewed motion to sever Count Twelve is DENIED. *See* Dkt. 322.

- Defendants' motion to exclude certain evidence related to a victim's birth certificate is DENIED. Defendants have repeatedly expressed to the Court that they have taken pains to investigate the authenticity of the birth certificate in

question.  Even so, Defendants have not provided any credible evidence to support their assertion that the challenged birth certificate is not a validly issued document prepared by the victim's country of birth that accurately reflects her date of birth.

- For the reasons stated in the Court's October 17, 2025, Order & Opinion, Defendants' renewed motions to dismiss Counts One, Two, Three, Four, Five, Six, Seven, Eight, and Nine for failures to state an offense are DENIED.  *See* Dkt. 183.

- For the reasons stated in the Court's October 17, 2025, Order & Opinion, Defendants' renewed motions to dismiss Counts Ten and Eleven for improper venue are DENIED.  *See id.*

- For the reasons stated at the hearings on November 24, 2025, December 5, 2025, and December 11, 2025, Defendants' motion for a pretrial ruling as to which uncharged acts may be admitted as direct evidence of the alleged conspiracy is DENIED.  *See* Dkts. 210, 241, 252.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 338.

SO ORDERED.

Date:  January 22, 2026
　　　　New York, NY

_____
VALERIE CAPRONI
United States District Judge