

17 State Street
39th Floor
New York, NY 10004

Office 212·232·2500
Fax 212·232·2509

TorganCooperAaron.com

ATTORNEYS AT LAW

EVAN TORGAN
EDWARD  T. COOPER
MITCHELL K. AARON
————
JONATHAN TABAR
BRENDAN BROWN
————
MITCHELL R. DRACH
Of Counsel

January 26, 2026

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

<div align="center">

Re:     United States v. Alon Alexander, Oren Alexander, and Tal Alexander
        <u>S4 24 Cr. 676 (VEC)</u>

</div>

Your Honor:

        We represent Victims 2, 4, 5, 10, 11, 12, 13, 15, 21, Minor Victims 3 and 26 in this matter. We hereby submit the instant letter motion seeking permission to file in redacted form the letter motion seeking to quash a Rule 17(c) subpoena on behalf of Victim 12. As per the Part rules, the redacted version is being contemporaneously filed on ECF and a copy with the highlighted proposed redactions is being sent to Chambers via email with copy to all counsel of record. Due to having received a copy of the subject subpoena today at 5:50 p.m. via email requesting production of documents tomorrow morning, the instant motion is being made on an emergent basis and we were not able to ascertain defense counsel's position on our request for redactions. We seek the redactions so as to protect the identity of our client and the privacy of other third parties named in the subject subpoena.

<div style="margin-left: 50%;">

Respectfully submitted,

TORGAN COOPER & AARON, P.C.


By: <u>/s/Evan Torgan</u>
    Evan Torgan
    Jonathan Tabar

</div>

cc:     All counsel (via ECF)