

17 State Street
39th Floor
New York, NY 10004

Office 212·232·2500
Fax 212·232·2509

TorganCooperAaron.com

ATTORNEYS AT LAW

EVAN TORGAN
EDWARD T. COOPER
MITCHELL K. AARON

JONATHAN TABAR
BRENDAN BROWN

MITCHELL R. DRACH
Of Counsel



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/27/2026

January 26, 2026

**MEMO ENDORSED**

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

          Re:    United States v. Alon Alexander, Oren Alexander, and Tal Alexander
                  <u>S4 24 Cr. 676 (VEC)</u>

Your Honor:

      We represent Victims 2, 4, 5, 10, 11, 12, 13, 15, 21, Minor Victims 3 and 26 in this matter. We hereby submit the instant letter motion seeking permission to file in redacted form the letter motion seeking to quash a Rule 17(c) subpoena on behalf of Victim 12. As per the Part rules, the redacted version is being contemporaneously filed on ECF and a copy with the highlighted proposed redactions is being sent to Chambers via email with copy to all counsel of record. Due to having received a copy of the subject subpoena today at 5:50 p.m. via email requesting production of documents tomorrow morning, the instant motion is being made on an emergent basis and we were not able to ascertain defense counsel's position on our request for redactions. We seek the redactions so as to protect the identity of our client and the privacy of other third parties named in the subject subpoena.

                                                Respectfully submitted,

                                                TORGAN COOPER & AARON, P.C.

                                                By: <u>/s/Evan Torgan</u>
                                                    Evan Torgan
                                                    Jonathan Tabar

cc:    All counsel (via ECF)

Application GRANTED. Victim 12 may file her motion to quash Defendants' Rule 17(c) subpoena, and the exhibit thereto, with limited redactions. The documents submitted at Dkts. 361 and 361-1 are the operative public versions.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 360.

SO ORDERED.

1/27/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE