UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/28/2026
```

-----------------------------------------------------------------X

: 

   UNITED STATES OF AMERICA                :

: 

         -against-           :        24-CR-676 (VEC)

: 

   ALON ALEXANDER, OREN ALEXANDER, and  :        ORDER
   TAL ALEXANDER,              :

: 

                 Defendants.   :

: 

-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that Mr. Michael Jude Jannuzzi, Esq., of the law firm

Jannuzzi & Schwarz, be granted access to file via CM/ECF in the above-captioned action as the

representative of an interested party to this case.

SO ORDERED.

_____
Date:  January 28, 2026          VALERIE CAPRONI
      New York, NY           United States District Judge