UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
                                       :

UNITED STATES OF AMERICA          :

                      :

      -against-         :       24-CR-676 (VEC)

                      :

ALON ALEXANDER, OREN ALEXANDER, and  :       ORDER
TAL ALEXANDER,              :

                      :

              Defendants.   :

                      :
--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/29/2026__

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that Mr. Andrew R. Miller, Esq., of the Law Offices of

Miller & Miller, be granted access to file via CM/ECF in the above-captioned action as the

representative of an interested party to this case.

      SO ORDERED.

_____
Date:  January 29, 2026           VALERIE CAPRONI
      New York, NY           United States District Judge