```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/30/2026___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                 :

UNITED STATES OF AMERICA              :

                               :

          -against-                 :          24-CR-676 (VEC)

                               :

ALON ALEXANDER, OREN ALEXANDER, and  :          ORDER
TAL ALEXANDER,

                               :

                     Defendants.     :

                               :

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 30, 2026, Non-Party Witness 2 filed a motion to quash a subpoena served on her by Defendants, *see* Dkt. 371;

      IT IS HEREBY ORDERED that Defendants are directed to submit a response, if any, to Non-Party Witness 2's motion to quash not later than **9:00 A.M. on Monday, February 2, 2026**.

      SO ORDERED.

Date:  January 30, 2026
       New York, NY                        VALERIE CAPRONI
                                        United States District Judge