

Office: 305.371.6421
HSrebnick@royblack.com

December 19, 2025

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Alon Alexander et al.*, 24 Cr. 676 (VEC)

Dear Judge Caproni,

    We write pursuant to the Court's order of December 12, 2025, directing the defendants to "submit to the Court for *in camera* review any evidence, including transcripts of any relevant, contemporaneous statements made by Defendant Alon Alexander, that may support Defendant's withdrawal defense." ECF 252.

    Alon asked Shani to marry him on the morning of March 29, 2019, while they were watching the sun rise in Miami Beach. Alon's brothers Oren and Tal, and their parents Orly and Shlomi, were watching from a distance. After Shani said yes, Alon, Oren, Tal, Orly, and Shlomi had breakfast together at Orly and Shlomi's home. During breakfast, Alon, Oren, and Tal made statements that were recorded on video. Transcripts of those statements are provided below, and the corresponding videos can be accessed at the following link: https://royblack.sharefile.com/d-sb4aeebdae1e4469c8056e9a9037baa0b. Also at the link are the social media "stories" referenced below:

1. **Transcript of video recordings of Alon's statements on March 29, 2019, after he and Shani got engaged:**

    **Video 1A: Alon**: So that, for a long time, that--you don't just get engaged, right? You get engaged and you get married and you start a family and you start a whole new life. So a lot of thought that went into

it and I've been thinking about this for a long time and how I'm going to do it, and where I'm going to do it, and what am I going to do, and we don't grow up in a family that has a lot of these, we don't really know where to go. Um and Shani's not from America, she doesn't have five girl best friends that all did the same thing and who to talk to and what kind of ring does she like and had the measurements ready to go...

**Video 1B: Alon**: I literally had to Google today if it was the left-hand or the right-hand. What do I know this from? Who teaches me these things? Yea, you know, but a lot of it was Google. Um, but I I really have to say that, the idea just comes, you know, and it and it just couldn't be more fitting for, for our relationship, of the situation, and when I proposed to Shani, I told her that we – on our second date, we shared a sunset together and did a meditation – think about, I I come from America, I meet a girl in Israel, and I say, "let's let's go on a bike ride" and then I said, "why don't we stop over here and sleep on the beach, one of the beaches…"

**Video 1C: Alon**: To the airport that I always go to, and I said "I'll teach you how to meditate," she's looking at me like I'm crazy, and what word do I say [HEBREW], yea and we we did a meditation and we shared a sunset and and what I told her this morning was, that sunset was the closing chapter in our lives, and today the sunrise in Miami, in Bal Harbour, the beach that I grew up with, was an opening of a new chapter that Shani and I will be together. Um so thank you all for for coming and being a part of it, you know, everyone's got busy schedules, but we were able to get everyone together here, so really thank you and you know, in in order for this to happen, this needed to happen, and having you guys embrace Shani and and bring her into the home, and make her comfortable, which makes me comfortable, so thank you everybody.



2. **Transcript of video recording of Oren's statement on March 29, 2019, after Alon and Shani got engaged:**

   **Video 2: Oren**: and um Shani has done that, and I welcome her to our family, and I can't think of a better person to fit that void that was in his life and I look forward to um just just the beginning and looking forward from here to to continue to grow our family together and um we love you, we welcome you, and um wishing nothing but for the best in your new, um as you start this journey together.

3. **Transcript of video recording of Tal's statements on March 29, 2019, after Alon and Shani got engaged:**

   **Video 3: Tal**: So I think it was two summers ago when Alon was very excited about yea he had uh a girl I guess he had a crush, Shani – that would be Shani – that he was bringing to the Hamptons, and I remember him telling, "you know, I got something pretty good, I got someone pretty good coming for the weekend," alright don't worry I got you set up, you know, um I got the boat for you, I got Jay's boat, don't worry just show up just show up and I remember we got the boat right away with the jet boat, the Jay's boat, and I think Shani like didn't even knew what hit her she was just like, woah, what's going on over here? You know, we're in the Hamptons like old people, young people just like, it's like a little bit of a mix, you know the dinner, the wine, and you know, and I just remember having a really great weekend and I think – I kinda knew, I just I kinda knew – I mean I think Alon definitely had to know, but I I kinda felt it and um yea…



Honorable Valerie E. Caproni
December 19, 2025
Page 4
_____

4. **Video 4 - Instagram stories posted by Alon on March 29, 2019:**



5. **Video 5 - Instagram story posted by Tal on March 29, 2019, captioned "Mazal Tov to my brother @alon_alexander and my sister @shanizigron":**





6. **Video 6 - Instagram story by Tal on March 29, 2019, captioned "New Sister":**



7. **Video 7 - Instagram story by Oren on March 29, 2019, captioned "@razlip dropping some dvar Torah on the newly engaged couple @alon_alexander & @shanizigron":**





Honorable Valerie E. Caproni
December 19, 2025
Page 6
_____

8. Video 8 - Instagram story by Oren on March 29, 2019, captioned "Mazal Tov @alon_alexander & @shanizigron":



9. Video 9 - Instagram story by Oren on March 29, 2019, captioned "WHAT A DAY!!! SO HAPPY FOR @ALON_ALEXANDER & SHANIZIGRON"





Honorable Valerie E. Caproni
December 19, 2025
Page 7
_____

## 10. Facebook post by Alon on March 29, 2019:







Honorable Valerie E. Caproni
December 19, 2025
Page 8
_____

### 11. Facebook post by Alon on April 1, 2019:







Honorable Valerie E. Caproni
December 19, 2025
Page 9
_____

The excerpts below from two Second Circuit cases further support the admission of this evidence to advance Alon's withdrawal / statute of limitations defense:

> Of course, *evidence that Iarossi had been incarcerated since April 1970 would have been enough to make his withdrawal a jury issue*, see *United States v. Borelli*, 336 F.2d 376, 389 (2d Cir. 1964), *cert. denied*, 379 U.S. 960 (1965),[5] but Iarossi's counsel chose apparently for tactical reasons not to put the fact of this imprisonment before the jury.
>
>> FN. 5 In *Borelli* we held that imprisonment for an offense unrelated to the conspiracy charged does not, *standing alone*, entitle a defendant to a directed verdict with respect to his withdrawal. Although in some instances a conspirator's incarceration will imply that his membership in the conspiracy is terminated, in other instances the conspirator's participation can continue during his prison term: he may passively retain a stake in the venture with the intention of rejoining it upon his release, or he may even manage to play an active role in the conspiracy from his prison cell. Thus, *whether an imprisonment constitutes withdrawal from a conspiracy must be decided by the jury* in light of the length and location of the internment, the nature of the conspiracy, and any other available evidence.

*United States v. Panebianco*, 543 F.2d 447, 453-54 & n.5 (2d Cir. 1976) (emphasis added).

> It is well settled that "a criminal defendant is entitled to have instructions presented relating to any theory of defense for which there is any foundation in the evidence, no matter how weak or incredible that evidence may be." *United States v. Durham*, 825 F.2d 716, 718-19 (2d Cir.1987). Since there was some testimony from which it could be



_____

inferred that LaMorte withdrew from the conspiracy in 1984, LaMorte was, as the district court concluded, entitled to a jury instruction on withdrawal.

\* \* \*

Here, we have no doubt that the district court's charge adequately informed the jury of defendant's theory of withdrawal. Indeed, the charge contained within it, as one of several alternative examples, the precise theory of withdrawal that defendant espoused, that he could withdraw "by doing acts which are inconsistent with the objective of the conspiracy and making reasonable efforts to communicate those acts to his co-conspirators." Further, the defense alerted the jury to this portion of the charge by stressing in summation that "the defense position is extremely simple. Mr. LaMorte quit participating, ended his participation in any illegal activities and he communicated that to his co-conspirators, that's it."

\* \* \*

[T]he government acknowledged in summation that "a defendant can announce to all the conspirators his lack of future participation and make certain that they all understand that he is no longer part of the conspiracy."

*United States v. LaMorte*, 950 F.2d 80, 84-85 (2d Cir. 1991).



Honorable Valerie E. Caproni
December 19, 2025
Page 11

_____

      We continue to search through the discovery and social media posts for text messages, audio recordings, video footage, etc. to further corroborate Alon's "communication of the abandonment in a manner reasonably calculated to reach co-conspirators." *Borelli*, 336 F.2d at 388. We anticipate to complete our search by January 7, 2026, when the defense exhibit list is due.

                                      Respectfully submitted,

                                      */s/ Howard Srebnick*
                                      Howard Srebnick
                                      Jackie Perczek

