```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-                              24-CR-676 (VEC)

ALON ALEXANDER, OREN ALEXANDER, and    ORDER
TAL ALEXANDER,

                            Defendants.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that Defendants may submit a response, if any, to Minor Victim 25's motion to quash, *see* Dkt. 396, not later than **Saturday, February 7, 2026**. If Defendants can articulate how the Rule 17(c) subpoena issued to Minor Victim 25, *see id.*, Ex. A, satisfies the standard set forth in *United States v. Nixon*, 418 U.S. 683, 700 (1974) (party seeking production must demonstrate "(1) relevancy; (2) admissibility; [and] (3) specificity"), the Court will **sua sponte** reconsider its previous orders quashing identical subpoenas issued to Victim 9 and Minor Victim 26, respectively. *See* Dkts. 386, 389.

SO ORDERED.

Date: February 6, 2026
      New York, NY

                                                                              VALERIE CAPRONI
                                                                               United States District Judge