

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 17, 2026

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Alon Alexander et al.*, S6 24 Cr. 676 (VEC)

Dear Judge Caproni:

    The Government respectfully writes in response to the February 13, 2026 letter filed by Matthew Russell Lee of Inner City Press regarding public accessibility of exhibits. (Dkt. 410). The Government has been releasing exhibits to the press at the end of each trial week and will continue to do so throughout trial. Given the pseudonymous witnesses in this case, each batch of exhibits must be carefully checked to ensure no personally identifying information is improperly released. For this past week, the Government released exhibits on February 14, 2026, mooting Mr. Lee's request.

                                         Respectfully submitted,

                                         JAY CLAYTON
                                         United States Attorney

                     By:   /s                        
                        Kaiya Arroyo
                        Elizabeth A. Espinosa
                        Andrew W. Jones
                        Madison Reddick Smyser
                        Assistant United States Attorneys
                        (212) 637-2226/-2216/-2249/-2381