UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED STATES OF AMERICA,

   V.

                                                         1:24-cr-00676-VEC

ALON ALEXANDER, OREN ALEXANDER
AND TAL ALEXANDER,

                            Defendants.

-------------------------------------------------------------X

## NOTE FROM JURY

### PLEASE PRINT

**Message:**

As a matter of law with respect to the first element of "Inducement to Travel to Engage in Unlawful Sexual Activity," is a factual finding of [direct] contact or communication between the defendant and alleged victim in order to persuade, induce or entice such victim to travel necessary to satisfy the first element, or is indirect communication through a third party that results in the defendant enticing or inducing the alleged victim sufficient to satisfy this element.

**Print Name:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Sign Name:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Date:** March 9, 2026

**Time:** 9:50 am

---

THIS SECTION BELOW IS FOR COURT USE ONLY

**COURT EXHIBIT#** #2

**RECEIVED ON:** 3 · 9 , 2026

**TIME RECEIVED:** 10:00  [X] A.M.  [ ] P.M.