UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA,

   V.

                                                  1:24-cr-00676-VEC

ALON ALEXANDER, OREN ALEXANDER
AND TAL ALEXANDER,

                               Defendants.

---------------------------------------------------------------X

## NOTE FROM JURY

### PLEASE PRINT

**Message:**

As a matter of law with respect to the first element of the charge of Inducement to Travel to Engage in Unlawful Sexual Activity, if a defendant's actions have the causal effect of persuading, inducing or enticing an alleged victim to travel without the victims knowledge of the role of the defendant in such persuading, inducing or enticing, has the first element been satisfied.

Print Name: ███████████████

Sign Name: ███████████████

Date: March 9, 2026

Time: 9:50 am

---

**THIS SECTION BELOW IS FOR COURT USE ONLY**

COURT EXHIBIT# #3

RECEIVED ON: 3-9, 2026

TIME RECEIVED: 10:10   [X] A.M.  [ ] P.M.