UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

UNITED STATES OF AMERICA,

     V.                                      1:24-cr-00676-VEC

ALON ALEXANDER, OREN ALEXANDER
AND TAL ALEXANDER,

                             Defendants.

--------------------------------------------------------------X

## NOTE FROM JURY

## PLEASE PRINT

Message:

With respect to the 2nd element of the charge of aggravated Sexual abuse by force or intoxicant, ① does the term "administering" require that the defendant personally gave an intoxicant to an alleged victim, and ② does satisfaction of this element require identifying which defendant or third party administered the intoxicant?

---

Print Name: ██████████████████

Sign Name: ███████████████

Date: March 9, 2026

Time: 2:08 pm.

---

**THIS SECTION BELOW IS FOR COURT USE ONLY**

COURT EXHIBIT# 4

RECEIVED ON: 3.9 , 2026

TIME RECEIVED: 2:15 [ ] A.M. [X] P.M.