**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

**UNITED STATES OF AMERICA,**

     **V.**                                                                        **1:24-cr-00676-VEC**

**ALON ALEXANDER, OREN ALEXANDER**
**AND TAL ALEXANDER,**

                            **Defendants.**

------------------------------------------------------------------X

## NOTE FROM JURY

### PLEASE PRINT

**Message:**

We have a verdict.

**Print Name:** ███████████████

**Sign Name:** ███████████████

**Date:** March 9, 2026

**Time:** 5:23

---

**THIS SECTION BELOW IS FOR COURT USE ONLY**

**COURT EXHIBIT#** 5

**RECEIVED ON:** 3 . 9 , 2026

**TIME RECEIVED:** 5:25 [ ] A.M. [X] P.M.