USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/17/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
    :
  UNITED STATES OF AMERICA    :
    :
      -against-    :    24-CR-676 (VEC)
    :
  ALON ALEXANDER, OREN ALEXANDER, and  :    ORDER
  TAL ALEXANDER,    :
    :
          Defendants.  :
    :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that Count Six (sex trafficking by force, fraud, or coercion) and Count Seven (sex trafficking by force, fraud, or coercion) of the S6 Superseding Indictment, *see* Dkts. 332, 333, are DISMISSED.

SO ORDERED.

_____

Date:  March 17, 2026          VALERIE CAPRONI
      New York, NY          United States District Judge