

250 Vesey Street
27th Floor
New York, NY 10281

wmhwlaw.com
T: 212-335-2030
F: 212-335-2040

March 18, 2026

**<u>Via ECF</u>**
Hon. Valerie Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    ***United States v. Alon Alexander, Oren Alexander & Tal Alexander,***
       **24 Cr. 676 (VEC)**

Dear Judge Caproni:

The parties respectfully submit this joint letter to propose a schedule for any post-trial motions pursuant to the Court's March 10, 2026 order.  ECF 441.  We propose the following:

- May 1, 2026: Post-trial motions

- May 29, 2026: Oppositions briefs to post-trial motions

- June 26, 2026: Reply briefs

The parties thank the Court for its consideration.

Sincerely,

*/s/ Milton L. Williams*
Milton L. Williams
Deanna Paul
Alexander Kahn

*Attorneys for Tal Alexander*

*/s/ Howard Srebnick*
Howard Srebnick
Jackie Perczek

*Attorneys for Alon Alexander*

*/s/ Marc Agnifilo*
Marc Agnifilo
Teny Geragos
Zach Intrater

*Attorneys for Oren Alexander*

cc:  All counsel (via ECF)