

250 Vesey Street        wmhwlaw.com
27th Floor              T: 212-335-2030
New York, NY 10281      F: 212-335-2040

March 18, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/20/2026__

**MEMO ENDORSED**

**Via ECF**
Hon. Valerie Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    ***United States v. Alon Alexander, Oren Alexander & Tal Alexander***,
       **24 Cr. 676 (VEC)**

Dear Judge Caproni:

The parties respectfully submit this joint letter to propose a schedule for any post-trial motions pursuant to the Court's March 10, 2026 order.  ECF 441.  We propose the following:

- May 1, 2026: Post-trial motions

- May 29, 2026: Oppositions briefs to post-trial motions

- June 26, 2026: Reply briefs

The parties thank the Court for its consideration.

                      Sincerely,

                      */s/ Milton L. Williams*
                      Milton L. Williams
                      Deanna Paul
                      Alexander Kahn

                      *Attorneys for Tal Alexander*

                       */s/ Howard Srebnick*
                      Howard Srebnick
                      Jackie Perczek

                      *Attorneys for Alon Alexander*

                       */s/ Marc Agnifilo*
                      Marc Agnifilo
                      Teny Geragos
                      Zach Intrater

                      *Attorneys for Oren Alexander*

cc:  All counsel (via ECF)

Application GRANTED.  The parties' deadline to file post-trial motions, if any, is **Friday, May 1, 2026.**  The parties' deadline to submit opposition papers to any post-trial motions is **Friday, May 29, 2026**.  The parties' deadline to reply is **Friday, June 26, 2026**.

**Absent extraordinary cause, these deadlines will not be extended.**

SO ORDERED.

3/20/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE