USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                           :

  UNITED STATES OF AMERICA           :

                         :

        -against-         :        24-CR-676 (VEC)

                         :

  ALON ALEXANDER, OREN ALEXANDER, and  :      SCHEDULING ORDER
  TAL ALEXANDER,             :

                         :

                  Defendants.  :

                         :

---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the sentencing in this action scheduled for Thursday, August 6, 2026, is ADJOURNED to **Tuesday, October 6, 2026, at 10:00 A.M.** The sentencing will take place in Courtroom **26A** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. **Absent extraordinary cause, this date will not be extended further.** Pre-sentencing submissions must be filed not later than **Tuesday, September 22, 2026**.

IT IS FURTHER ORDERED that not later than **Friday, August 7, 2026**, the Government must inform the Court and Defendants how many victims, if any, it anticipates will speak at the sentencing hearing.

IT IS FURTHER ORDERED that not later than **Thursday, September 17, 2026**, the parties must notify the Court whether any party requests a *Fatico* hearing.

SO ORDERED.

_____
VALERIE CAPRONI
United States District Judge

Date:  May 12, 2026
       New York, NY