**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-CR-676 (VEC) |
| -against- | |
| ALON ALEXANDER, OREN ALEXANDER, and TAL ALEXANDER, | |
| Defendants. | |

**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, as a result of the combination of Cadwalader, Wickersham & Taft LLP and Hogan Lovells US LLP, effective July 1, 2026, the name of the firm representing Victim 9 is Hogan Lovells Cadwalader US LLP. The new email address for counsel is:

- gina.castellano@hlc.com

The mailing address, telephone number, and facsimile numbers for counsel remain unchanged.

Dated:    July 1, 2026
          New York, NY

Respectfully submitted,

HOGAN LOVELLS CADWALADER US LLP

By:  /s/ Gina Castellano
     Gina Castellano
     200 Liberty Street
     New York, New York 10281
     (212) 504-6234
     gina.castellano@hlc.com

*Attorney for Victim 9*