UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TAL ALEXANDER,<br><br>Defendant. | Case No.: 24-CR-676 (VEC)<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

To:     The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that Walden Macht Haran & Williams LLP has changed its name to Walden Haran Williams LLP.  The firm and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change.  Please take notice that updated email addresses will include the new domain "whwllp.com," replacing "wmhwlaw.com," although all emails to addresses at the old domain will be forwarded to the corresponding new address.

Dated:   New York, NY
             July 1, 2026

Respectfully submitted,

**WALDEN HARAN WILLIAMS LLP**

By:     _/s/        Milton L. Williams_
          Milton Williams
          Deanna M. Paul
          Alexander Kahn
          250 Vesey Street, 27th Floor
          New York, NY 10281
          Tel: (212) 335-2030
          mwilliams@whwllp.com
          dpaul@whwllp.com
          akahn@whwllp.com

*Attorneys for Defendant Tal Alexander*