USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__7/22/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                           :
:
-against-                                      :          24-CR-676 (VEC)
:
ALON ALEXANDER, OREN ALEXANDER, and           :          SCHEDULING ORDER
TAL ALEXANDER,                                              :
:
Defendants.              :
:
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED, due to a change in the Court's calendar, the Court requests

that the parties' pre-sentencing submissions be filed not later than **Friday, September 11, 2026**.

IT IS FURTHER ORDERED that not later than **Friday, September 11, 2026**, the parties

must notify the Court whether any party requests a *Fatico* hearing.

All other deadlines remain as scheduled.


SO ORDERED.

_____

Date:   July 22, 2026                                          VALERIE CAPRONI
New York, NY                                       United States District Judge