

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 7, 2026

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:    *United States v. Alon Alexander, Oren Alexander, and Tal Alexander,*
>        **24 Cr. 676 (VEC)**

Dear Judge Caproni:

The Government respectfully writes to inform the Court of the number of victims the Government anticipates will speak at sentencing. *See* Dkt. No. 492 (scheduling order). To date the Government has been informed by six victims that they wish to speak at sentencing and by nine others that they are considering speaking, though they have not made final decisions. There are additional victims the Government has contacted or attempted to contact to ask about their desire to speak at sentencing from whom answers have not yet been received. When the Government files its sentencing submission, it will again update the Court as to how many victims wish to speak at sentencing. The Government is also able to provide the Court with an earlier update, if requested.

Respectfully submitted,

JAMES M. McDONALD
United States Attorney

By: ___/s_____
   Kaiya Arroyo, Elizabeth A. Espinosa
   Andrew Jones, Madison Reddick Smyser
   Assistant United States Attorneys
   (212) 637-2226/-2216/-2249/-2381