# EXHIBIT A

**Teny Geragos**

| | |
|---|---|
| **From:** | Teny Geragos |
| **Sent:** | Wednesday, August 19, 2026 4:40 PM |
| **To:** | Smyser, Madison (USANYS); Deanna Paul; Marc Agnifilo; Zach Intrater; Howard Srebnick; Jackie Perczek; mwilliams; Alexander Kahn |
| **Cc:** | Espinosa, Elizabeth (USANYS); Jones, Andrew (USANYS); Arroyo, Kaiya (USANYS) |
| **Subject:** | Re: Alexander Brothers Final PSR |

Do you intend to disclose these names in advance of sentencing at all to give us a chance to object? For those who fall into category 4: (1) have you provided all prior statements for these individuals; and (2) did all of these individuals speak to law enforcement prior to the trial?

Thanks,
Teny

Sent from my iPad

---

**From:** Smyser, Madison (USANYS) <Madison.Smyser@usdoj.gov>
**Sent:** Wednesday, August 19, 2026 1:34 PM
**To:** Deanna Paul <dpaul@wmhwlaw.com>; Teny Geragos <teny@agilawgroup.com>; Marc Agnifilo <marc@agilawgroup.com>; Zach Intrater <zach@agilawgroup.com>; Howard Srebnick <hsrebnick@royblack.com>; Jackie Perczek <jperczek@royblack.com>; mwilliams <mwilliams@wmhwlaw.com>; Alexander Kahn <akahn@wmhwlaw.com>
**Cc:** Espinosa, Elizabeth (USANYS) <Elizabeth.Espinosa@usdoj.gov>; Jones, Andrew (USANYS) <Andrew.Jones2@usdoj.gov>; Arroyo, Kaiya (USANYS) <Kaiya.Arroyo@usdoj.gov>
**Subject:** RE: Alexander Brothers Final PSR

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Deanna:

We are not in a position to disclose the names at this time and do not intend to disclose them on a particular date. We can tell you that there are victims who have indicated they may wish to speak who fall into the following categories: (1) victim(s) who testified at trial; (2) victim(s) whom we noticed, and Judge Caproni ruled could testify as evidence of the conspiracy but did not ultimately testify; (3) victim(s) whom we noticed, and Judge Caproni ruled could testify under Rule 413 but did not ultimately testify; and (4) victim(s) whom we did not notice and who did not testify.

**Maddie R. Smyser**
[redacted]
madison.smyser@usdoj.gov

---

**From:** Deanna Paul <dpaul@wmhwlaw.com>
**Sent:** Friday, August 14, 2026 3:04 PM
**To:** Smyser, Madison (USANYS) <Madison.Smyser@usdoj.gov>; Teny Geragos <teny@agilawgroup.com>; Marc Agnifilo

<marc@agilawgroup.com>; Zach Intrater <zach@agilawgroup.com>; Howard Srebnick <hsrebnick@royblack.com>; Jackie Perczek <jperczek@royblack.com>; Milt Williams <mwilliams@wmhwlaw.com>; Alexander Kahn <akahn@wmhwlaw.com>
**Cc:** Espinosa, Elizabeth (USANYS) <Elizabeth.Espinosa@usdoj.gov>; Jones, Andrew (USANYS) <Andrew.Jones2@usdoj.gov>; Arroyo, Kaiya (USANYS) <Kaiya.Arroyo@usdoj.gov>
**Subject:** [EXTERNAL] Re: Alexander Brothers Final PSR

All:

We thought that we would receive the names of individuals whom you anticipate speaking at sentencing in conjunction with Friday's filing. Is there a date by which you intend to disclose the names to us? We want to make sure we have adequate time to object.

Deanna Paul
**Walden Haran Williams LLP**
250 Vesey Street | 27th Floor
New York, New York 10281
(W) 212.335.2035 | (M) [redacted]
dpaul@whwllp.com
www.whwllp.com

---

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]