USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 9/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

ALON ALEXANDER, OREN ALEXANDER, and TAL ALEXANDER,

Defendants.

---------------------------------------------------------------X

24-CR-676 (VEC)

<u>SCHEDULING ORDER</u>

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the *Fatico* hearing scheduled for Tuesday, October 6, 2026, and all submission deadlines contingent thereon, is hereby ADJOURNED *sine die*.

IT IS FURTHER ORDERED that not later than **Friday, October 2, 2026**, the parties must exchange with each other and submit to the Court any exhibits and records not introduced at trial that either party intends to rely on for contested issues at sentencing. The parties may include any briefing on **contested issues** in their respective sentencing submissions due **Friday, October 9, 2026**. Any reply to **contested issues** identified in the parties' sentencing submissions must be filed not later than **Wednesday, October 14, 2026**.

SO ORDERED.

Date: September 30, 2026
New York, NY

VALERIE CAPRONI
United States District Judge