USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 10/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

UNITED STATES OF AMERICA

-against-

ALON ALEXANDER, OREN ALEXANDER, and TAL ALEXANDER,

Defendants.

---------------------------------------------------------------- X

24-CR-676 (VEC)

SCHEDULING ORDER

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the parties must appear for a conference on **Monday, October 19, 2026, at 10:00 A.M.**, to discuss contested sentencing issues identified by the parties in their forthcoming pre-sentencing submissions, as well as objections identified in the pre-sentence reports, *see* Dkts. 505, 506, 507 (sealed). In particular, the parties should be prepared to discuss: (i) whether the enhancement contained in 4B1.5(b)(1) of the sentencing guidelines should be assessed as to any Defendant; (ii) whether the "restraint of victim" enhancement contained in 3A1.3 of the sentencing guidelines should be assessed[1] as to Defendants Alon (Group 7), Oren (Group 12), and Tal (Group 10) regarding the assault of Minor Victim-26; and (iii) whether the Court should recommend to the Bureau of Prisons that the three Defendants be designated to different facilities.[2]

The conference will take place in Courtroom **26A** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

---

[1] The Court understands that Defendants are generally objecting to the restraint enhancement given the application of the enhancement for use of force. The defense should be prepared to discuss the applicability of the enhancement if the Court rejects the broader argument regarding the use of force enhancement.

[2] It is the Court's understanding that the general practice of the Bureau of Prisons is (i) to designate identical twins to different facilities; and (ii) to not necessarily designate brothers to different facilities.

IT IS FURTHER ORDERED that not later than **Thursday, October 15, 2026**, the parties must inform the Court how much time they would like to allocate for oral presentations at sentencing on Tuesday, October 27, 2026.

SO ORDERED.

Date: October 7, 2026
New York, NY

VALERIE CAPRONI
United States District Judge