USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ALON ALEXANDER, OREN ALEXANDER, and TAL ALEXANDER,

Defendants.

24-CR-676 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 8, 2026, the Court ordered that the parties must appear for a conference on Monday, October 19, 2026, at 10:00 A.M., and should be prepared to discuss, *inter alia*, whether the enhancement contained in 4B1.5(b)(1) of the sentencing guidelines should be assessed as to any Defendant;

IT IS HEREBY ORDERED that the Court has since resolved this issue without the need for further input from the parties; accordingly, the parties need not be prepared to address it at the conference.

SO ORDERED.

Date: October 9, 2026
New York, NY

VALERIE CAPRONI
United States District Judge