# EXHIBIT 1

# (Filed Under Seal)

| Victim Name / Pseudonym | Victim Number | Location and Date | PSR Group (Alon) | PSR Group (Oren) | PSR Group (Tal) |
|---|---|---|---|---|---|
| Lindsey Acree | Victim-1 | Hamptons, 2011 | Group 4 | Group 4 | Group 1 |
| Bela Koval | Victim-2 | Hamptons, 2016 | Group 1 | Group 1 | Group 2 |
| Isa Brooks | Minor Victim-3 | Hamptons, 2009 | Group 3 | Group 5 | Group 3 |
| [redacted] | Victim-4 | Hamptons, 2009 | Group 11 | Group 6 | Group 5 |
| [redacted] | Victim-5 | Hamptons, 2009 | Group 12 | Group 7 | Group 6 |
| Maya Miller | Victim-6 | Hamptons, 2014 | Group 5 | Group 8 | Group 4 |
| Rhonda Stone | Victim-7 | Cruise Ship, 2012 | Group 2 | Group 2 | NA |
| Amelia Rosen | Minor Victim-8 | Manhattan, 2009 | NA | Group 3 | NA |
| Rachel Stevens | Victim-9 | Aspen, 2017 | Group 9 | Group 9 | Group 7 |
| Katie Moore | Victim-12 | Manhattan, 2012 | Group 6 | Group 10 | Group 8 |
| Ava Wells | Victim-13 | Tel Aviv, 2016 | NA | NA | NA |
| Kelly Hudson | Victim-20 | Aspen, 2009 | NA | NA | NA |
| Kayley Brown | Minor Victim-25 | Aspen, 2017 | Group 8 | Group 11 | Group 9 |
| Maylen Gehret | Minor Victim-26 | Aspen, 2017 | Group 7 | Group 12 | Group 10 |
| [redacted] | Victim-29 | Hamptons, 2016 | NA | NA | NA |
| Amber Davis | Victim-30 | Bahamas, 2017 | Group 10 | Group 13 | Group 11 |