# EXHIBITS 4-34

# (Filed Under Seal)