Black Srebnick
CIVIL | CRIMINAL

HOWARD SREBNICK, *Partner*
Office: 305.371.6421
Mobile: 305.608.2600
*hsrebnick@royblack.com*

October 14, 2026

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007

***Re:*** ***United States v. Alexander et al.*****, No. 24 Cr. 676 (VEC)**

Dear Judge Caproni:

Defendants respectfully submit this letter requesting clarification of this Court's Order (ECF 514) scheduling a hearing on October 19, 2026, at 10:00 a.m., to discuss "contested sentencing issues" identified by the parties pre-sentencing submissions and objections to the pre-sentence reports. The Order identified three issues for discussion: (1) the § 4B1.5(b)(1) enhancement; (2) the restraint-of-victim enhancement; and (3) Bureau of Prisons designations. The Court subsequently removed the first issue from consideration (ECF 517).

The defense understands the Order to limit the hearing to the remaining two issues, with all other contested issues reserved for the October 27 sentencing. The government interprets the Order to require resolution of all contested sentencing issues and PSR objections on October 19, leaving only the 18 U.S.C. § 3553(a) factors for October 27.

Defendants respectfully request clarification of the scope of issues to be addressed during the October 19 hearing so the parties may adequately prepare and anticipate the time needed for oral presentations at sentencing.

Respectfully submitted,

*/s/ Jeanelle Gomez*
Howard Srebnick
Jackie Perczek
Jeanelle Gomez

*Attorneys for Alon Alexander*

Marc Agnifilo

---

Zach Intrater
Teny Geragos

*Attorneys for Oren Alexander*

Deanna Paul

*Attorney for Tal Alexander*