**AGNIFILO**
**INTRATER**

October 15, 2026

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007

**Re:** ***United States v. Alon Alexander, Oren Alexander & Tal Alexander*, 24 Cr. 676 (VEC)**

Dear Judge Caproni:

The parties submit this joint letter pursuant to the Court's October 7, 2026, Order that the parties must inform the Court how much time they would like to allocate for presentations at sentencing. (ECF 514.)

*Defense Position*

Each defendant's counsel requests 90 minutes for each presentation on behalf of each defendant, which would include each defendant's statement.

*Government Position*

If the defense's request is granted, the government requests up to an hour, to be split between an initial presentation and rebuttal, if necessary.

Thank you for your consideration.

Respectfully submitted,

Marc Agnifilo
Zach Intrater
Teny Geragos

*Attorneys for Oren Alexander*

Howard Srebnick
Jackie Perczek
Jeanelle Gomez

*Attorneys for Alon Alexander*

Deanna Paul

*Attorneys for Tal Alexander*

cc: All counsel (via ECF)