USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>ALON ALEXANDER, OREN ALEXANDER, and TAL ALEXANDER,<br><br>Defendants. | 24-CR-676 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 19, 2026, the parties appeared for a conference to discuss, *inter alia*, the parties' objections to the Presentence Reports ("PSRs") and calculations under the United States Sentencing Guidelines ("USSG");

IT IS HEREBY ORDERED that, for the reasons stated at the conference:

- Defendants' objections to the inclusion of Victims-4 and -5 in the Probation Office's grouping analysis are SUSTAINED;
- The parties' remaining objections to the Probation Office's grouping analysis are OVERRULED;
- Defendants' objection to applying the physical-restraint enhancement in USSG § 3A1.3 for Minor Victim-26 is taken under advisement;
- Defendants' remaining objections to applying the physical-restraint enhancement in USSG § 3A.1.3 are OVERRULED;
- Defendants' objection to applying the vulnerable-victim enhancement in USSG § 3A1.1(b)(1) for Victim-30 is taken under advisement;
- Defendants' remaining objections to applying the vulnerable-victim enhancement in USSG § 3A1.1(b)(1) are OVERRULED;

- Defendants' objections to applying the enhancement in USSG § 3A1.1(b)(2) for a large number of vulnerable victims are OVERRULED;
- Defendants' objection to applying the use-of-force enhancement in USSG § 2A3.1(b)(1) for Victim-9 is taken under advisement;
- Defendants' objection to applying the use-of-computer enhancement in USSG § 2A3.1(b)(6)(B) for Minor Victim-3 is taken under advisement;
- Alon Alexander's objection to the application of the enhancement in USSG § 4B1.5(b)(1) is OVERRULED;
- Defendants' objections to the Court receiving the Victim Impact Statements at Exhibits 5, 6, 8, 9, 10, 12, 14, 18, 19, 20, 21, 22, 23, 24, 25, and 27 to the Government's presentencing submission, *see* Dkt. 521, are OVERRULED;
- Defendants' request that the Court strike the above-listed Victim Impact Statements is DENIED;
- Defendants' objection to certain victims—those who submitted the above-listed Victim Impact Statements—speaking at the sentencing is OVERRULED; and
- Defendants' objection to the Probation Office including the factual portions of the PSRs related to Victims-4, -9, and -29 is OVERRULED.

IT IS FURTHER ORDERED that the Government must file evidence to support, or indicate where in the record the Court may find evidence to support, the second sentence of paragraph 90 of Oren's PSR. This filing is due by **Thursday, October 22, 2026, at 11:00 A.M.**

IT IS FURTHER ORDERED that Defendants' objection that no restitution is due to the victims is OVERRULED. The parties must meet and confer on a joint restitution order and, by

**Monday, November 30, 2026**, file a joint order or a letter succinctly stating each party's position on any disputed restitution amounts.

SO ORDERED.

Date: October 21, 2026
New York, NY

VALERIE CAPRONI
United States District Judge