Dear Judge Caproni,

My name is Janine Cascio, and I am 34 years old. I have known the Alexander brothers for more than ten years, from the time we were close friends in New York City.

The Alexanders are a hardworking, well-established family, and I was fortunate to be close with them. I attended their family Shabbat dinners and spent a great deal of time with them in our circle of friends. Family has always been at the center of their lives, and I saw firsthand the strong values they were raised with.

In all the years I have known them, I always felt safe and comfortable around Oren, Tal, and Alon. I was never pressured to drink or use drugs, and none of them ever made any sexual advances toward me. They always treated me with respect.

I understand the seriousness of this case, and I can only speak to my own experience. I am writing so the Court can know the men I have known for over a decade.

Thank you for your time and consideration.

Respectfully,
Janine Cascio

EXHIBIT
48
U.S. v. Alexander, 24 Cr. 676 (VEC)

Dear Judge Caproni,

My name is Philip Corbisiero and I am a single 82 year old male. I am a graduate of the University of Miami in1965.

In 1950 my father opened a restaurant and catering business in Astoria Queens, NYC. I have worked under him all through my educational years and purchased the business from him in 1985. After 70 years of operation Covid took it's toll and had to terminate the business.

I married in 1974, never had children and widowed in 1990.

In 1995 I purchased a home in the gated community of Bal Harbour and became active in the community with the Civic Association.

I became a board member and elected to several positions. As Treasury, is when I met Orly Alexander whose company held the contract for the security in the neighborhood. Living together in the same community there were many interactions both formally and informally and on many occasions meeting the entire family. This led to a friendship that continues today.

Over the past 5-6 years I have done part time driving for the entire family.

Tal, Oren and Alon's weddings were one of many opportunities where I have gotten to know them personally.

I have personally witnessed their interactions with both wives and children on numerous occasions.

Their dedication to family is nothing but admirable. They have demonstrated to me true family qualities and I have always been treated with kindness and respect.

In sentencing, I request leniency and thank you Your Honor for reading this letter.

Sincerely,

Philip Corbisiero

October 9, 2026

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007

**Re: United States v. Alexander, et al., 24 Cr. 676 (VEC)**

Dear Judge Caproni,

I know we met briefly in your courtroom; you may remember me as the woman who did not allow enough time to get downtown and was regrettably quite late for such an important matter. Please allow me to apologize again for that embarrassing snafu. My name is Danielle Epstein, and I write this letter on behalf of Alon Alexander, one of my first boyfriends, my first real love, and someone I have known and observed since we met in 2005.

I'd like to first point out that although I was very close with Alon and his family during the time we dated and for some time thereafter, about 2008-2018, we lost touch and became just acquaintances once he got married and started a family. I found that a bit off-putting, and upsetting, considering how close we were for so long, but in my mind he wanted to put his past-girlfriends, hookups, rowdy behavior, etc. behind him as he started a family. That, along with what I observed from social media, occasional run-ins, and stories from friends led me to realize how much he changed from the boy I knew. I saw he became quite religious, a family man, and not at all interested in the party scene as we both used to be.

Alon and I met freshman year at University of Maryland; we lived in the same dorm on the same floor. When I first met Alon I found him completely obnoxious. We hung out in the same group of friends but didn't much care for each other until a couple years later when I had transferred to Georgetown University and was visiting Maryland and my friends there for Halloween, I danced with him at a bar and I was impressed by how much he had grown up. He was ambitious, well liked by both men and (a lot) of women, and seemed so much more mature than all of the other fraternity boys.

We very quickly became close and started dating; he graduated a semester early in the winter of 2008, and I attended his graduation with his family and brothers. I then graduated Georgetown in the spring of 2009 at which point we both moved to NYC for law school.

We dated for about 2 years. Although we didn't have a conventional, strictly monogamous relationship, Alon may be the only man I've ever dated that I never caught in a lie. He was always honest with me, upfront about what he wanted, and respectful of me. We would study together and spend about 4 nights a week at my apartment and 1 or 2 at his, where he lived with his brothers. We also sometimes all went out together. He studied VERY hard, and often his brothers and I would butt heads because I think they felt I was taking Alon's time and attention away from them. I just think Alon was growing up and losing some interest in the non-stop partying.

In the time we dated, Alon taught me a lot about life. He had such an incredible work ethic; I would be sleeping in and he would wake up at 7 AM and put on a suit and go check on some of his employees (he was working for his family business already while in law school). He'd then go to all his classes and then come home and study with me. He also taught me not to be so judgmental of people; he befriended, loved, and accepted people from all walks of life. We were both raised believing in the importance of charity and it meant a lot to me in a partner to see, as much as he was a "hustler" and loved making money, that he was always thinking of ways to give back and executing them. He was also incredibly good at social networking and making loyal friends and he is responsible for introducing me to a vast majority of the people I call my closest friends today. He was always looking to open doors for people, especially ones who needed help. Never once did he exhibit aggressive or violent behavior with me or in my presence with anyone else. He was gentle and respectful in the bedroom, not in a lame way, but in a way I have not seen with many men I have been with since Alon. These are some of the reasons his conviction has caused me a lot of confusion, anguish, and sadness.

The charges Alon has been convicted of are very serious and I don't write to question the findings or minimize any damage the boys have done. I strongly believe Alon is a very different man today than he was in yesteryears; for anyone close to the three of them paying attention, it was clear Alon veered off the party boy course quite some time ago. I believe he has a lot of positive, wonderful gifts to share with his family, community, and the world if given the opportunity.

Respectfully,

Danielle C. Epstein Esq.

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007

**Re: United States v. Alexander, et al, 24 Cr. 676 (VEC)**

Dear Judge Caproni,

My name is Eran Frenkel, and I am family to Tal, Oren and Alon.

I do not know how much a letter from a family member can matter at a moment like this, and I do not presume to address the matters that were heard in court. I write mainly because it is hard for me to stand aside and not say a few words about the three people I have known for so many years.

For me, Tal, Oren and Alon are first of all family. Children who grew up in a home with values, with great love of family, and with a genuine desire to help others.

Over the years I saw them help people time after time — with donations, with financial help, but no less importantly, with actions. Not for publicity and not so that anyone would know. They knew how to be there for family, for friends, and also for people who did not always have anything to give back to them.

I know their parents and the way they raised them. I saw this family up close, and that is why the reality we are in today is very hard for me to accept.

I know that the Court sees and hears things that I, as family, cannot and should not judge. I only ask that within everything that has been said and written, there also remain room to see the human beings I know — three brothers who are sons, fathers, partners, friends and family, and behind whom stand whole lives that do not begin and end with this difficult period.

And to Tal, Oren and Alon — if these words reach you as well, it is important to me that you know one thing: no courtroom and no period in life can erase all the years in which we knew you, loved you, and saw the good that you did.

I do not know what tomorrow will bring, but I know who you were for me and for my family throughout all the years.

And that was important for me to say.

With great respect and great pain,

Eran Frenkel

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007

**Re: United States v. Alexander, et al, 24 Cr. 676 (VEC)**

Dear Your Honor,

My name is Liraz Frenkel. I am a teacher, and I married into a family that has loved the Alexander family for decades. That is how, ten years ago, Oren, Tal and Alon came into my life.

I remember being nervous about entering a circle of people who had known each other forever. With the three of them, that feeling lasted about five minutes. They didn't treat me like the new wife of a friend — they treated me like someone who had always belonged. I can't fully explain how they did it. Some people just have that warmth, and all three of them have it.

Over ten years I saw the same heart in each of them, again and again. They are the kind of men who call to ask if we need anything — not once, not when it's convenient, but always, without being asked and without wanting anything back. I watched how they carry their family on their shoulders quietly, like it's nothing, when I could see it was everything. Alon was often the one calling us, Oren and Tal showed it in their own ways, but it was clearly the same upbringing and the same heart in all three. Watching how these brothers take care of the people they love changed how I think about what it means to be family. They are smart and capable men, but what stayed with me most is how kind they are.

I know about their conviction and I do not take it lightly. I am not writing to argue with the Court. I am writing because in ten years, close up, in ordinary unglamorous moments, I saw who these brothers are to the people around them — and they are good, devoted and kind, and I could not stay silent about it.

From my heart, I ask the Court to impose the lowest appropriate sentence. Thank you for reading my words, Your Honor.

Sincerely,

Liraz Frenkel

**To the Honorable Judge Caproni:**

Dear Judge Caproni,

I am writing this letter with the utmost respect to share my personal experience with the Alexander brothers and the kind of people I have known them to be.

I came to know the Alexander brothers through business in Miami and throughout Florida. During the time I have known them, they were always respectful, professional, kind, and considerate toward me. They treated me with dignity and were always willing to help whenever I needed assistance.

The Alexander brothers helped me in many situations, both personally and professionally. Their guidance, support, and connections played an important role in helping me build my business and become successful in Miami and in Florida. I will always be grateful to them for the opportunities and assistance they gave me.

Because of my personal experience with them, it is very difficult for me to think of them as the people described only by the most negative characterization of them. I do not see them as monsters. I have known them as human beings who showed me kindness, respect, generosity, and friendship.

I understand that the Court is dealing with serious matters, and I fully respect the responsibility of the Court and the decisions that must be made. I am not writing this letter to dismiss or minimize anything before the Court. I am simply asking that, when considering their sentence and their future, you also consider the people who have experienced their positive side and the good they have done in our lives.

For me, the Alexander brothers were not simply business associates. They were people who helped me at important moments in my life and contributed to my success. I believe people should be judged not only by their mistakes or by the darkest chapter of their lives, but also by their character, the relationships they have built, and their capacity to change and do better.

I respectfully ask Your Honor to consider my personal experience with them and the positive impact they had on my life and my business.

Thank you very much for taking the time to read my letter and for allowing me to share my honest perspective.

With the greatest respect,

Karl Gignac
Synthetic Grass FL
Hallandale Florida

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007

Re: *United States v. Alexander, et al*, 24 Cr. 676 (VEC)

Dear Your Honor,

Thank you for taking the time and consideration to read my letter. I am currently a stay-at-home mother and am very actively involved in volunteering within the community where I reside in California.

At the time I met the Alexander brothers, in 2014-2015, I was working full-time in New York City in the Fashion and Advertising industry. I had a wonderful group of friends, who all worked very hard and we would often travel together on holiday. It was at the end of December 2014 when I met Alon and Tal on the beach in Tulum. I was there on holiday with a smart, beautiful and funny girlfriend, and many of our mutual friends were also in town, staying at different hotels. The brothers were tossing a football back and forth in the surf when I asked if I could join them.

We later ordered lunch at the beach and exchanged numbers. I remember them talking about all the different excursions they were planning to do while in Tulum, and I felt really moved by the fact that they wanted to visit the cenotes and Mayan ruins and genuinely embrace the history and beauty of the peninsula we were on. Alon was more outgoing and fun and Tal was quiet and more focused. I learned that day that their brother Oren would be joining them on holiday but he had not yet arrived. Alon spoke very highly of Oren and his entire family, he was clearly very proud. He also spoke about wanting to have a large family of his own one day. I loved getting to know the brothers, I could not have asked for better company.

As the holiday progressed, and after Oren arrived, we naturally began making plans to meet each day after their excursions. It quickly became the part of my day I looked forward to most. We would spend time by the ocean, ride bikes along the beach road, explore all the magical spots in Tulum, and then head out for dinner, never quite knowing where the night might take us.

We shared so many laughs, stories, dreams, and aspirations. There was an ease and comfort between us that felt special. I felt safe with the brothers, and I was genuinely grateful for the new friendships.

One night I remember being at a full moon party in front of Ahau Tulum sitting on the beach with Oren and learning about his upbringing. It was very clear how important his mother was to him and how important having a good work ethic was, I could see his drive and it was beautiful. That night Oren bought me a couple drinks and we laughed and danced until I went home to my cute little bungalow I was renting. When I was in deep conversations with Oren, my girlfriend spent a lot of time with Alon and shared many laughs. Tal was present but more shy and focused on hanging with his other guy friends who were down there.

The brothers were all staying at the same hotel which was quite modest and I think I recall they were sharing rooms. One evening they invited me and my girlfriend out to an elegant dinner and then we went down the beach to a place to dance. Oren is a fabulous dancer and we danced for hours. Our dancing style was more swing meets salsa, and we were such a hit. Along with the dancing and twirls there were plenty of drinks spilled on me that night and I felt sticky, after we went back to the brothers hotel (as it was closer) and I showered there before we all sat on the beach and admired the stars with the little light pollution. In the wee hours my friend and I retreated back to our bungalow.

The brothers were my companions throughout that week. I felt completely safe with all of them and, in many ways, even protected by them. I had three respectable, smart, handsome, and fun brothers to explore a beautiful beach town with. I remember going home from the trip and telling my dad about the wonderful guys I had met.

After returning to New York, I went back to focusing on work, and not long after, I moved out to California. I stayed in touch with the brothers here and there and was happy to watch their success in their careers and, eventually, see each of them meet the loves of their lives. Seeing photos and videos of Alon and his daughters made me smile. What a sweet girl dad he had become.

I truly believe these brothers are stand-up, hardworking, devoted family men, and I will always look back so fondly on our time together in Tulum. It was a special time in my life, and I feel very grateful that our paths crossed.

Sincerely,

Jen H.

**Re: The Alexander Brothers**

Dear Judge Caproni,

I am writing to you regarding the Alexander brothers, whom I have known personally for many years.

I fully understand and respect the seriousness of the proceedings before the Court, and I do not presume to comment on the legal issues or on matters that are for the Court alone to determine. I am writing simply as someone who knows them personally and wishes to share the perspective that comes from that relationship.

Over the years, I have known them as warm, caring and generous people, deeply devoted to their family and their community. I have personally witnessed their willingness to help others. They have supported people in their community, extended a hand to those who needed assistance, and were there for others in difficult times. Their generosity was not something reserved for a particular occasion; it was part of the way I came to know them.

I believe these qualities are also part of who they are and deserve to be considered alongside everything else before the Court. A person is more than the circumstances that bring him before a court, and my purpose in writing is simply to offer the Court a fuller picture of the people I have known over the years.

I recognize that the Court must weigh many serious considerations in determining an appropriate sentence. I respectfully ask that, when the time comes to make that difficult decision, Your Honor also take into account their character as a whole, their personal circumstances, their strong family and community ties, and the profound impact that a lengthy sentence would have not only on them, but also on those who love and depend upon them.

I am not asking the Court to disregard the law or the seriousness of the circumstances. I ask only for compassion and proportionality, and that the sentence imposed leave room for hope — and for the possibility that, in time, they may rebuild their lives and move forward.

Thank you, Your Honor, for taking the time to consider my personal perspective.

Respectfully,

**Ahuva Koren**

The Honorable Valerie E. Caproni

United States District Judge

Southern District of New York

500 Pearl Street, Courtroom 20C

New York, NY 10007

Dear Judge Caproni:

We are writing to you as the aunt and uncle of Alon Alexander, Tal Alexander, and Oren Alexander. We have known our nephews their entire lives, and we ask with great respect and humility that you consider leniency when determining their sentences.

Throughout their lives, Alon, Tal, and Oren have had deep roots in their community. They worked exceptionally hard to build their success through their own efforts, and despite that success, they never forgot the importance of giving back. They have consistently contributed to charitable causes and hosted charitable events, using their time and resources to help others and support their community.

Most importantly, over the years we have watched them grow from young boys into husbands and fathers. Today, they are married men with young children, and they have become devoted family men. Their families depend on them not only financially, but emotionally, as fathers, husbands, and role models.

Our family has also experienced its own challenges, including raising a son on the autism spectrum. Throughout the years, Alon, Tal, and Oren have shown him genuine kindness, patience, and love. They have always encouraged him and supported him in his endeavors, and they have shown up for him and for our family time and time again. During difficult moments and through the struggles our family has faced, they have been there for us. Their support was never something we had to ask for; it came naturally to them because of the love and compassion they have always had for our family.

The men we have known throughout our lives are kind, considerate, generous, and deeply devoted to the people they love. We have personally witnessed the way they treat those around them, including those who may need a little extra understanding, patience, or support. Their compassion toward our son is just one example of the kind of person they have been to our family throughout their lives.

It is difficult to imagine our family and their young children facing the loss of their presence for a significant period. Their children are at an age when they need their fathers' love, guidance, and support every day, and we hope you will consider the lasting impact their absence would have on these young families.

We respectfully ask that you look at Alon, Tal, and Oren not only through the circumstances that have brought them before the Court, but also through the many years of their lives that we have personally witnessed. We hope you will consider their character, their devotion to their families, their charitable contributions, and the kindness and compassion they have shown to the people around them.

Thank you for taking the time to read our letter and for considering our perspective as members of their family. We are deeply grateful for your consideration and respectfully ask for mercy and leniency in sentencing Alon, Tal, and Oren.

Respectfully,

Gil and Ronit Neuman

Rabbi Chaim Elya Pollak
**Dubenka**
128A Franklin Avenue
Brooklyn NY 11205

חיים אליהו פאללאק
אבד"ק
דובענקא
וויליאמסבורג יצ"ו

The Honorable Valerie E. Caproni United States District Judge Southern District of New York 500 Pearl Street, Courtroom 20C New York, NY 10007

August 28, 2026

Re: United States v. Alexander, et al, 24 Cr. 676 (VEC)

Dear Judge Caproni:

My name is Rabbi Chaim E. Pollack, and I am a member of the Satmar Jewish community. I have spent much of my life doing what my faith and my upbringing have taught me to do: to be present for families when they are struggling, to sit with people in their hardest moments, and to help quietly wherever I can. It is in that spirit, and with great respect for this Court, that I write to you about Oren, Tal, and Alon Alexander.

I have come to know Oren, Tal, and Alon over the course of many years, and I have seen them in the kind of ordinary, unguarded moments that reveal a person's true character. Because so much of my life has been spent close to families in need, I have watched how these three brothers respond when someone around them is suffering. What I can tell you honestly, Your Honor, is that they show up. Not for recognition, and not for any benefit to themselves, but because they genuinely cannot stand by while another person carries a burden alone.

I remember a family in our community who fell on very difficult times. The parents were overwhelmed, embarrassed, and afraid to ask anyone for help. When the brothers learned of the situation, they did not hesitate, and they did not make a show of it. They stepped in with a quiet generosity that preserved the family's dignity, and they continued to check in long after the immediate crisis had passed. That, to me, is the measure of a person: not what they do when others are watching, but what they do when no one is.

I have also seen the devotion Oren, Tal, and Alon have to their own family. They are the kind of people others lean on. When someone is sick, when a family is grieving, or when a person simply needs to be reminded that they are not alone, the brothers are there. Over the years, I have watched people young and old come to rely on their kindness, and I have never once seen them turn anyone away.

I am aware of the seriousness of the matter before the Court, and I do not write to minimize it or to make excuses. I understand that Oren, Tal, and Alon have been convicted, and I do not ask the Court to overlook that. I write only to share the side of them that I have personally witnessed over many years, because I believe it is a true and important part of who they are. Despite everything, I continue to hold each of them in high regard, and my respect for the good they have done for others remains genuine.

I respectfully ask that Your Honor take these qualities into account and impose the lowest appropriate sentence, as the amount of good that they've done and can continue to do for their community and people in need will suffer while they are incarcerated. I am grateful for the Court's time and for the opportunity to share what I know of Oren, Tal, and Alon.

Respectfully,

Rabbi Chaim E. Pollack