**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 22, 2026

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** ***United States v. Alon Alexander, Oren Alexander, and Tal Alexander,*** **S6 24 Cr. 676 (VEC)**

Dear Judge Caproni:

The Government submits this letter in accordance with the Court's order that the Government respond to defendants' letter motion that sought assistance in coordinating with the U.S. Marshals Service to speak with the deputies that worked during the trial to inquire about their observations of the defendants during trial. *See* Dkt. 573. The Government conveyed this request to the relevant Supervisory Deputy United States Marshal and sent him a copy of the defendants' letter. The supervisor has told the Government that USMS would decline the request to describe their out-of-court observations of the defendants. The complete response we received is copied below.

> Thank you for sharing defense counsel's request.
>
> After consideration, we do not support the request to have the deputies who provided security during the trial meet with defense counsel to discuss their observations of the defendant's conduct outside the presence of the Court. The deputy's role was limited to providing courtroom security and maintaining the safety and orderly conduct of the proceedings. Soliciting their observations regarding the defendant's conduct outside the courtroom falls outside the scope of their assigned security responsibilities.
>
> We do not believe it would be appropriate to facilitate contact between defense counsel and the deputies for this purpose.
>
> Thank you for consulting with us regarding this matter.

The Government has no additional response to the defendants' request, other than to relay the position of the U.S. Marshals Service.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s
Kaiya Arroyo, Elizabeth A. Espinosa
Andrew Jones, Madison Reddick Smyser
Assistant United States Attorneys
(212) 637-2226/-2216/-2249/-2381