**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 22, 2026

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: *United States v. Alon Alexander, Oren Alexander, and Tal Alexander,* S6 24 Cr. 676 (VEC)**

Dear Judge Caproni:

The Government respectfully submits this letter in response to the Court's October 21, 2026 order requesting evidentiary support for the second sentence of paragraph 90 of Oren's PSR. (Dkt. 572 at 2). That second sentence reads: "OREN ALEXANDER sexually assaulted Victim-9 [Rachel Stevens] as she told him to stop, tried to get away, and put her hands over her vagina to prevent him from raping her." (PSR ¶ 90 (Oren)). The support for this sentence comes primarily from Stevens' 3500 material, which the Government submitted to the Court in connection with its October 14, 2026 filing, and the relevant portions of which are re-attached to this letter.

In her interviews with the Government, Stevens explained that [redacted]

The testimony at trial corroborates Stevens' account. Both Gehret and Brown saw Oren on top of Stevens on the bed opposite Brown. (Tr. 1894, 2375). After Gehret came out of the bathroom, Stevens got off the bed and told her "she wanted to leave and that she didn't want to be there anymore" and then "she said, this is bad, this is bad, I don't want to be here, I'm leaving, and she ran out of the room." (Tr. 1894). Following this testimony, the Court remarked that Gehret "saw Oren assaulting Rachel. She saw it with her own eyes." (Tr. 1907).

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s

Kaiya Arroyo, Elizabeth A. Espinosa
Andrew Jones, Madison Reddick Smyser
Assistant United States Attorneys
(212) 637-2226/-2216/-2249/-2381