GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
256 5th Avenue |Floor 3
New York, New York 10001
T (213) 625-3900 | F (213) 232-3255
www.geragos.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/2026

October 20, 2026

MEMO ENDORSED

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007

***Re: United States v. Alexander et al.*, No. 24 Cr. 676 (VEC)**

Dear Judge Caproni,

Following yesterday's conference, we respectfully request the Court's assistance in gathering evidence before it decides whether to recommend that the Bureau of Prisons house the defendants separately. The Government takes no position on this request.

The Court expressed concern that the defendants are negative influences on one another and invited the defense to address that concern at sentencing. The Deputy U.S. Marshals who transported and supervised the defendants throughout their seven-week trial may offer a unique, independent perspective. These deputies were present during one of the most frightening and emotionally difficult periods of the brothers' lives. They witnessed moments of significant distress, when the brothers turned to one another for comfort, reassurance, and support. Their observations may help the Court understand how much the brothers rely on one another, the emotional stability they provide each other, and what separating them during incarceration could mean for their well-being and mental health.

We do not know the identities of the deputies assigned to the Alexanders during trial. Given that sentencing is next week, we respectfully request that the Court direct the Government to coordinate promptly with the U.S. Marshals Service to identify the relevant deputies or their supervisor and help obtain any necessary authorization for defense counsel to speak with them. We also request leave to supplement the sentencing record with any statements the deputies are willing and authorized to provide.

Although we recognize that the ultimate designation decision rests with the Bureau of Prisons, the Court's recommendation could have lasting consequences for the brothers. We therefore ask that the Court have the benefit of these firsthand observations before deciding whether to recommend separating them.

Respectfully submitted,

______________________________
Deanna Paul

*Attorneys for Tal Alexander*

Marc Agnifilo
Teny Geragos
Zach Intrater

*Attorneys for Oren Alexander*

Howard Srebnick
Jackie Perczek
Jeanelle Gomez

*Attorneys for Alon Alexander*

Application DENIED. The Government conveyed the Defendants' request to the U.S. Marshals Service, and the relevant Supervisory Deputy United States Marshal stated that the USMS would decline the request. *See* Dkt. 575. The Court agrees with the USMS that it is not appropriate for deputy U.S. Marshals, whose job it is to provide security and safe transport for the Defendants to and from trial, to be required to share their observations of the Defendants with defense counsel. Moreover, the deputies' observations of the Defendants while they were on trial is not relevant to any issue before the Court.

SO ORDERED.

10/23/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE