GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
256 5th Avenue | Floor 3
New York, New York 10001
T (213) 625-3900 | F (213) 232-3255
www.geragos.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2026

October 30, 2026

**MEMO ENDORSED**

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007

***Re:*** ***United States v. Alexander et al.*****, No. 24 Cr. 676 (VEC)**

Dear Judge Caproni,

At sentencing, the Court indicated that it generally does not recommend that the Bureau of Prisons ("BOP") allow defendants to remain at the Metropolitan Detention Center ("MDC") while their appeals are pending. We respectfully ask the Court to reconsider that position because of the unique circumstances raised by this case, where most of the issues on appeal are joint issues affecting all three Alexander brothers. In this context, it is critical for appellate counsel to be able to have joint meetings with all three brothers, just as it was critical for trial counsel to have joint meetings to prepare for trial and sentencing.

While the brothers remain at MDC, these meetings can be easily arranged in person, by telephone, or by video while the appeals are drafted. On the other hand, if BOP designates them to different institutions, as soon as they are transferred to those institutions it will be effectively impossible to have joint defense meetings or telephone calls, and there will be no way for the defendants to jointly communicate with counsel about their appeals. Compounding this problem is the fact that transferring the brothers to their designated institutions could take weeks, during which counsel may have no ability to communicate with them at all. Therefore, to ensure that appellate counsel can effectively communicate with the brothers together and at the same time, so that their appeals are coordinated and can most efficiently present their appellate claims to the Second Circuit, we renew our request that the Court recommend that BOP allow them to remain together at MDC during the pendency of their appeals, or at the very least until their opening briefs are filed.

Respectfully submitted,

Deanna Paul

*Attorneys for Tal Alexander*

Marc Agnifilo
Teny Geragos
Zach Intrater

*Attorneys for Oren Alexander*

Howard Srebnick
Jackie Perczek
Jeanelle Gomez

*Attorneys for Alon Alexander*

Application DENIED. The Court reminds counsel that it typically takes 60 to 90 days for the Bureau of Prisons to designate a defendant to an institution. The Court recommends that counsel make efficient use of the time that is available prior to designations.

SO ORDERED.

11/2/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE